B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MY RANCH, INC. D/B/A FRESH HARVEST MARKET** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**39-4215965** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4650 N. Sheridan Road**<br>**Chicago, IL**<br>ZIP Code **60640** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                           Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

_____
Address

                                          **Email: foringpc@aol.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**September 25, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Rasheeda Oghafua**
Signature of Authorized Individual

**Rasheeda Oghafua**
Printed Name of Authorized Individual

**Presidenrt**
Title of Authorized Individual

**September 25, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACC Capital<br>c/o Kennet Donke<br>7220 W. 194th St. Suite 105<br>Tinley Park, IL 60487 | ACC Capital<br>c/o Kennet Donke<br>7220 W. 194th St. Suite 105<br>Tinley Park, IL 60487 | Equipment lease | | 69,080.46 |
| Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | Business line of credit | | 61,000.00 |
| Charter One<br>PO Box 18204<br>Bridgeport, CT 06601-3204 | Charter One<br>PO Box 18204<br>Bridgeport, CT 06601-3204 | Revolving credit (Mastercard) | | 20,000.00 |
| Charter One Bank<br>1215 Superior Avenue<br>Cleveland, OH 44114 | Charter One Bank<br>1215 Superior Avenue<br>Cleveland, OH 44114 | Business line of credit | | 44,726.49 |
| Chase Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886 | Chase Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886 | Revolving credit | | 16,930.95 |
| Ervin Leasing<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | Ervin Leasing<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | Equipment lease arrears | | 5,818.32 |
| Fifth Third Bank<br>Business Mastercard<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 | Fifth Third Bank<br>Business Mastercard<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 | Revolving business credit card | | 20,624.98 |
| Fifth Third Bank<br>5001 Kingsley Dr.<br>Cincinnati, OH 45208 | Fifth Third Bank<br>5001 Kingsley Dr.<br>Cincinnati, OH 45208 | 10 freezer doors, meat saw, and other kitchen equipment | | 184,000.00<br><br>(40,000.00 secured) |
| George S. May International Co.<br>303 S. Northwest Hwy.<br>Park Ridge, IL 60068 | George S. May International Co.<br>303 S. Northwest Hwy.<br>Park Ridge, IL 60068 | Consulting services | | 17,666.20 |
| Harris Bank<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067 | Harris Bank<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067 | Equipment lease arrears | | 18,630.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   __MY RANCH, INC. D/B/A FRESH HARVEST MARKET__                           Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Huntington<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 | Huntington<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 | Equipment lease arrears | | 8,500.00 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Sales tax | | 9,322.20 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | Charge for books of Instant Lottery Tickets | | 7,500.77 |
| Innovative Bank<br>SOHO Loans<br>360 14th Street<br>Oakland, CA 94612 | Innovative Bank<br>SOHO Loans<br>360 14th Street<br>Oakland, CA 94612 | SBA guaranteed loan (line of credit) | | 19,613.46 |
| J P Morgan Chase Bank<br>25 East Washington St. Suite 1000<br>Chicago, IL 60602 | J P Morgan Chase Bank<br>25 East Washington St. Suite 1000<br>Chicago, IL 60602 | Line of credit | | 48,000.00 |
| Marlin Leasing<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Marlin Leasing<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Equipment lease arrears | | 5,572.16 |
| National City<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 | National City<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 | Revolving credit | | 13,611.07 |
| National City<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 | National City<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 | Line of credit | | 50,631.89 |
| National City Commercial Capital Co<br>c/o Borst & Collins<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 | National City Commercial Capital Co<br>c/o Borst & Collins<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 | Equipment lease arrears | | 20,000.00 |
| National City Commercial Capital Co<br>c/o Borst & Collinjs<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 | National City Commercial Capital Co<br>c/o Borst & Collinjs<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 | Equipment lease arrears | | 10,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                                Case No.   _____
                                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Presidenrt of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **September 25, 2009**_____                Signature   **/s/ Rasheeda Oghafua**_____
                                                        **Rasheeda Oghafua**
                                                        **Presidenrt**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                                      ,    Case No. _____
                                                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **UCC-1** | | | | | |
| **Fifth Third Bank** **5001 Kingsley Dr.** **Cincinnati, OH 45208** | - | | | **10 freezer doors, meat saw, and other kitchen equipment** | | | | | |
| | | | | Value $                40,000.00 | | | | 184,000.00 | 144,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 184,000.00 | 144,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 184,000.00 | 144,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                              Case No. _____
_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **xxxx7781**<br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606** | - | | | **2005**<br><br>**Sales tax** | | | | 9,322.20 | 0.00 | 9,322.20 |
| Account No. **xx1757**<br><br>**Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606** | - | | | **2005**<br><br>**Charge for books of Instant Lottery Tickets** | | | | 7,500.77 | 0.00 | 7,500.77 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 16,822.97 | 0.00<br>16,822.97 |
| | Total (Report on Summary of Schedules) | 16,822.97 | 0.00<br>16,822.97 |

B6F (Official Form 6F) (12/07)

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx0392** | | | | | Equipment lease | | | | |
| **ACC Capital** c/o Kennet Donke 7220 W. 194th St. Suite 105 Tinley Park, IL 60487 | X | - | | | | | | | 69,080.46 |
| Account No. **Unknown** | | | | | Equipment lease arrears | | | | |
| **America United Bank** 321 W. Golf Road Schaumburg, IL 60196 | X | - | | | | | | | 3,500.00 |
| Account No. **Unknown** | | | | | Business line of credit | | | | |
| **Bank of America** P.O. Box 17054 Wilmington, DE 19884 | X | - | | | | | | | 61,000.00 |
| Account No. | | | | | Line of credit | | | | |
| **Bank of America Business Card** P.O. Box 15710 Wilmington, DE 19886-5710 | X | - | | | | | | | 5,500.00 |
| __5__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 139,080.46 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                                              Case No. _____
,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Revolving credit (Mastercard) | | | | |
| **Charter One PO Box 18204 Bridgeport, CT 06601-3204** | X | - | | | | | | 20,000.00 |
| Account No. **xxx-xxxx-xxxxxxx-xxxx-xxx0001** | | | | Business line of credit | | | | |
| **Charter One Bank 1215 Superior Avenue Cleveland, OH 44114** | X | - | | | | | | 44,726.49 |
| Account No. **Account ending in 2064** | | | | Revolving credit | | | | |
| **Chase Cardmember Service PO Box 15548 Wilmington, DE 19886** | | - | | | | | | 16,930.95 |
| Account No. **xxx-xxxxxx7-000** | | | | Equipment lease arrears | | | | |
| **CIT Technology Fin. Serv, Inc. 21146 Network Place Chicago, IL 60673-1211** | X | - | | | | | | 4,372.48 |
| Account No. **xxx44-02** | | | | Equipment lease arrears | | | | |
| **Ervin Leasing 3893 Research Park Drive Ann Arbor, MI 48108** | X | - | | | | | | 5,818.32 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,848.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-3332** | | | | Revolving business credit card | | | | |
| **Fifth Third Bank** **Business Mastercard** P.O. Box 740789 Cincinnati, OH 45274-0789 | X | - | | | | | | 20,624.98 |
| Account No. **xx0771** | | | | Consulting  services | | | | |
| **George S. May International Co.** 303 S. Northwest Hwy. Park Ridge, IL 60068 | | - | | | | | | 17,666.20 |
| Account No. **xxxxxxxx9000** | | | | Equipment lease arrears | | | | |
| **Great America Leasing** 625 First Street S.E. Suite 800 Cedar Rapids, IA 52401 | X | - | | | | | | 2,500.00 |
| Account No. **Unknown** | | | | Equipment lease arrears | | | | |
| **Harris Bank** **Bankruptcy Department** 150 West Wilson Palatine, IL 60067 | X | - | | | | | | 18,630.00 |
| Account No. **Master Lease x0657, Sch. 001** | | | | Equipment lease arrears | | | | |
| **Huntington** 105 East Forth Street Suite 200 Cincinnati, OH 45202 | | - | | | | | | 8,500.00 |

Sheet no.  **2**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,921.18

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Master Lease x0657, Sch. 002** | | | - | | Equipment lease arrears | | | | |
| **Huntington**<br>**105 East Forth Street**<br>**Suite 200**<br>**Cincinnati, OH 45202** | | | | | | | | | 4,000.00 |
| Account No. **xx4354** | X | | - | | 02/06/2007<br>SBA guaranteed loan (line of credit) | | | | |
| **Innovative Bank**<br>**SOHO Loans**<br>**360 14th Street**<br>**Oakland, CA 94612** | | | | | | | | | 19,613.46 |
| Account No. **Unknown** | X | | - | | Line of credit | | | | |
| **J P Morgan Chase Bank**<br>**25 East Washington St. Suite 1000**<br>**Chicago, IL 60602** | | | | | | | | | 48,000.00 |
| Account No. **KPMxxx1654** | | | - | | Equipment lease arrears | | | | |
| **Key Equipment Finance**<br>**600 Travis, Suite 1300**<br>**Houston, TX 77002** | | | | | | | | | 4,000.00 |
| Account No. **xxx-xxxxxx4-001** | X | | - | | Equipment lease arrears | | | | |
| **Leaf Fnancial**<br>**PO Box 644006**<br>**Cincinnati, OH 45264** | | | | | | | | | 2,500.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    78,113.46

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx-xxxxxx3-001**<br><br>**Marlin Leasing**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | X | - | | | Equipment lease arrears | | | | 5,572.16 |
| Account No. **xxxx-xxxx-xxxx-2896**<br><br>**National City**<br>**P.O. Box 3038**<br>**Kalamazoo, MI 49003-3038** | X | - | | | Revolving credit | | | | 13,611.07 |
| Account No. **xxxx-xxxx-xxxx-1483**<br><br>**National City**<br>**P.O. Box 3038**<br>**Kalamazoo, MI 49003-3038** | X | - | | | Line of credit | | | | 50,631.89 |
| Account No. **xxxxx4000**<br><br>**National City Commercial Capital Co**<br>**c/o Borst & Collins**<br>**180 N. Stetson Ave., Ste 3050**<br>**Chicago, IL 60601** | X | - | | | Equipment lease arrears | | | | 20,000.00 |
| Account No. **xxxxx4001**<br><br>**National City Commercial Capital Co**<br>**c/o Borst & Collinjs**<br>**180 N. Stetson Ave., Ste 3050**<br>**Chicago, IL 60601** | X | - | | | Equipment lease arrears | | | | 10,000.00 |

Sheet no. __4___ of __5___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

99,815.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx9096**<br><br>**QuickLease Powered by Coactive**<br>**655 Business Center Drive**<br>**Suite 250**<br>**Horsham, PA 19044** | | - | | **Arrears of two leases** | | | | 4,500.00 |
| Account No. **JD7501**<br><br>**Tree of Life.**<br>**c/o Transworld Systems Inc**<br>**P.O. Box 15630, Dept 23**<br>**Wilmington, DE 19850** | X | - | | **Purchase of products** | | | | 5,312.68 |
| Account No. **x8711**<br><br>**U.S. Foodservice, Inc**<br>**c/o Kohner Mann & Kailas, S.C.**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212** | X | - | | **Purchase of food** | | | | 4,545.34 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __5___ of __5___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,358.02 |
| | Total (Report on Summary of Schedules) | 491,136.48 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
### Northern District of Illinois

In re    **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                ,        Case No. _____
                                    Debtor

                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Rasheeda Oghaful**<br>**914 W. 51st Place, Apt.1**<br>**Chicago, IL 60609** | **Common** | **1000** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Presidenrt of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**September 25, 2009**_____        Signature **/s/ Rasheeda Oghafua**_____
                                            **Rasheeda Oghafua**
                                            **Presidenrt**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET** _____  Case No. _____
Debtor(s)      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **49**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 25, 2009** _____      **/s/ Rasheeda Oghafua** _____
**Rasheeda Oghafua/Presidenrt**
Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

ACC Capital
c/o Kennet Donke
7220 W. 194th St. Suite 105
Tinley Park, IL 60487


America United Bank
321 W. Golf Road
Schaumburg, IL 60196


Bank of America
P.O. Box 17054
Wilmington, DE 19884


Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of the West


Borst & Collins, LLC
180 N. Stetson Ave.
Suite 3050
Chicago, IL 60601


Bret Rappaport
2610 Lake Cook
Riverwoods, IL 60015


Cecela Johnson
6448 S. Eberhart Ave.
Chicago, IL 60637


Cecela Johnson
6448 S. Eberhart Ave,
Chicago, IL 60637


Cecelia Johnson
6448 S. Eberhart Ave.
Chicago, IL 60637


Cecelia Johnson
6448 S. Ebrhart Ave.
Chicago, IL 60637

Cecelia Johnson
6448 S. Eberhart
Chicago, IL 60637


Cecelia N. Johnson
6548 S. Eberhart Ave.
Chicago, IL 60640


Charter One
PO Box 18204
Bridgeport, CT 06601-3204


Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114


Chase Cardmember Service
PO Box 15548
Wilmington, DE 19886


CIT Technology Fin Serv, Inc
PO Box 550599
Jacksonville, FL 32255-0599


CIT Technology Fin. Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211


Cit. Tech. Fin. Serv. Corp.
P.O. Box 550599
Jacksonville, FL 32255-0599


Citizens Capital / Coactive Partner


Curchill, Quinn, Richtman, Hamilton
Two South Whitney
PO Box 284
Grayslake, IL 60030


David Hazen
Diver Grach Quade & Masini
111 N. County St.
Waukegan, IL 60085

Ervin Leasing
3893 Research Park Drive
Ann Arbor, MI 48108

Fifth Third Bank
Business Mastercard
P.O. Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
5001 Kingsley Dr.
Cincinnati, OH 45208

Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274-0789

George S. May International Co.
303 S. Northwest Hwy.
Park Ridge, IL 60068

Great America Leasing
625 First Street S.E. Suite 800
Cedar Rapids, IA 52401

Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, IL 60067

Huntington
105 East Forth Street
Suite 200
Cincinnati, OH 45202

Huntington
105 East Forth St.
Suite 200
Cincinnati, OH 45202

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612


J P Morgan Chase Bank
25 East Washington St. Suite 1000
Chicago, IL 60602


J.P. Morgan Chase Bank
P.O. Box 260180
Baton Rouge, LA 70826-0180


Key Equipment Finance
600 Travis, Suite 1300
Houston, TX 77002


Key Equipment Finance
26000 Cannon Road
Cleveland, OH 44146


Leaf
PO Box 644006
Cincinnati, OH 45264


Leaf Fnancial
PO Box 644006
Cincinnati, OH 45264


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


Marlin Leasing
PO box 13604
Philadelphia, PA 19101-3604


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

National City Commercial Capital Co
c/o Borst & Collins
180 N. Stetson Ave., Ste 3050
Chicago, IL 60601


National City Commercial Capital Co
c/o Borst & Collinjs
180 N. Stetson Ave., Ste 3050
Chicago, IL 60601


National City Commercial Capital Co


QuickLease Powered by Coactive
655 Business Center Drive
Suite 250
Horsham, PA 19044


Tree of Life.
c/o Transworld Systems Inc
P.O. Box 15630, Dept 23
Wilmington, DE 19850


U.S. Foodservice, Inc
c/o Kohner Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212