Case No. 09 B 35697
In re: My Ranch, Inc. d/b/a Fresh Harvest Market

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on September 29, 2009, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603
Counsel for Debtor

District Counsel
Internal Revenue Service
Ste. 2300
200 W. Adams St.
Chicago IL 60606

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago IL 60604

_____
Secretary/Deputy Clerk

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 2 9 2009

KENNETH S. GARDNER, CLERK
TEAM - D

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                          )
                                                )
MY RANCH, INC. d/b/a FRESH                      )
   HARVEST MARKET                               )     No. 09 B 35697
                                                )
            Debtor.                             )

### ORDER

### ON MOTION OF COURT:

#### Date to File Plan and Disclosure Statement

A. Debtor is ordered to file Plan and Disclosure Statement by January 14, 2010, unless excused by further order of Court on notice of motion and for good cause shown. Nothing in this Order will extend the Debtor's exclusive time within which to file Plan and Disclosure Statement. Counsel preparing such documents should submit preliminary drafts to the United States Trustee and creditor's counsel on the notice list for comment before filing so as to invite and consider questions that may be raised.

B. THE COURT HEREBY SETS THIS CASE FOR A REPORT ON THE STATUS OF THE PLAN AND DISCLOSURE STATEMENTS ON **JANUARY 19, 2010, AT 10:30 A.M.** WITHOUT FURTHER NOTICE.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated and entered this 29th day of September 2009.