IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MY RANCH, INC. | ) | Case No. 09-35697 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Schmetterer |
| | ) | |

## DEBTOR'S STATEMENT UNDER § 1116

NOW COMES the Debtor MY RANCH, INC. ("My Ranch"), through its President Rasheeda Oghafua, under penalty of perjury, pursuant to 11 U.S.C. § 1116(1), states as follows with respect to documents in existence on the petition date:

1. No current balance sheet of the Debtor had been prepared.

2. No statement of operations of the Debtor had been prepared.

3. No cash-flow statement for the Debtor had been prepared.

4. No Federal tax returns for the Debtor had been prepared.

                                                        Respectfully submitted,

                                                        MY RANCH, INC

                                          By:  /s/ Rasheeda Oghafua
                                                President of the Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838