IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Judge Schmetterer |
| d/b/a Fresh Harvest Market | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-35697 |
| | ) | |
| | ) | Hearing: October 15, 2009 9:30 AM |

**ORDER ALLOWING EMPLOYMENT OF ATTORNEYS**

This matter came to be heard on the application of the Debtor and Debtor in Possession, MY RANCH, INC., d/b/a Fresh Harvest Market, for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as their attorneys in this Chapter 11 case.  Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, and  FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties.

This order is effective retroactively to September 25, 2009.

Dated:                                                                        BY THE COURT


_____
The Honorable Judge Jack B. Schmetterer
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.

1