### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Judge Schmetterer |
| d/b/a Fresh Harvest Market | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-35697 |
| | ) | |
| | ) | Hearing: October 15, 2009 9:30 AM |

**ORDER**

This matter came to be heard on **Debtor's Motion to Extend Time to File Original Schedules.** Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

The Debtors are granted until October 23, 2009 to file its **Original Schedules**.

Dated: 10/15/09

BY THE COURT

The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

OCT 16 2009

This document was prepared by
Forrest L. Ingram, P.C.