**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases:  My Ranch, Inc.. Case No: 09-35697 Chapter 11
All Cases:  Moving Creditor: THE HUNTINGTON NATIONAL BANK Date Case Filed: September 25, 2009

Nature of relief Sought:  ■ Lift Stay      ☐ Annul Stay      ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7:    ☐ No-Asset Report filed on _____;
              ☐ No-Asset Report not filed, Date of Creditors Meeting: _____

1. Collateral
    a. ☐ Home: ____
    b. ☐ Car (Year, Make and Model)
    c. ■ Other: "(1) Fox 48" Cardboard Baler, (2) 5 Door reach-in glass door freezers, (1) Remote Refrigeration System Condensing Unit, Hussmann/Krack Model #HTSD-0500MSK, (1) Evaporator Coil, (1) Walk-in Cooler 14' x 14' x 7', (1) Cook & Hold Henny Penny Chicken, "(1) New Southern Stainless Equipment 1 Walk-in Cooler/Freezer Combo Dim, 8'X22'7, (1) CFC-Free Urethane Insulation Stucco Embossed Gal. Volume Interior & Exterior Finish, (1) .100 Diamond Aluminum Interior Floor (In Freezer Only), (2) Standard 34"x78" Access Doors with Kick plates In & Out, Exterior Ramp, and (1) Heated door Frame & Pressure Relief Vent (freezer only)

2. Balance Owed as of Petition Date: $126,529.03
    Total of all other Liens against Collateral $0.00

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.  None.
4. Estimated Value of Collateral (must be supplied in *all* cases): $21,000.00
5. Default
    a. ■ Pre-Petition Default
       Number of months 4                    Amount $8,874.68

    b. ■ Post-Petition Default
       i.  ■ On direct payments to the moving creditor
           Number of months  1               Amount $2,218.67

       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months                  Amount $_____

6. Other Allegations
    a. ■ Lack of Adequate Protection § 362(d)(1)
       i.   ☐ No insurance _____
       ii.  ☐ Taxes unpaid _____     Amount $_____
       iii. ☐ Rapidly depreciating asset _____
       iv.  ■ Other Default

    c.    ☐ Other "Cause" § 362(d)(1) _____
        i.    ☐ Bad Faith _____
        ii.    ☐ Multiple filings _____
        iii.    ☐ Other (describe) _____

    d.    Debtor's Statement of Intention regarding the Collateral
        i.    ☐ Reaffirm    ii.    ☐ Redeem
        iii.    ☐ Surrender    iv.    ■ No Statement of Intention Filed

Date:  October 23, 2009        /s/ Monette Cope
        Attorney for Movant