Case No. 09 B 37011
In re: Cecelia N. Johnson

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on October 30, 2009, I caused to be mailed by United States first class mail copies of the foregoing ORDER to the following:

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603
Counsel for Debtor

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

District Counsel
Internal Revenue Service
Ste. 2300
200 W. Adams St.
Chicago IL 60606

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago IL 60604

*Dorothy Clay*
Secretary/Deputy Clerk