IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-35697 |
| | ) | |

## CERTIFICATE OF SERVICE

I, Crystal Brown, a non-attorney, certify that I caused a true and correct copy of the attached **Order and Notice Setting Bar Date, signed by this Court on October 27, 2009 released via CM/ECF on October 27, 2009,** to be served upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on the 30th day of October, 2009.

/s/ Crystal Brown
Crystal Brown

Forrest L. Ingram#3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838