## SERVICE LIST

**By ECF Notice:**
*U.S. Trustee*
**William T Neary**
219 S Dearborn St
Room 873
Chicago, IL 60604

AEL Financing
600 N Buffalo Grove Rd
Buffalo Grove, IL 60089

America United Bank
321 W. Golf Road
Schaumburg, IL 60196

Apartment 301
4650 N. Sheridan
Chicago, IL 60640

Apartment 302
4650 N. Sheridan
Chicago, IL 60640

Apartment 303
4650 N. Sheridan
Chicago, IL 60604

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19886-5710

Bank of the West
c/o Kennet Donke
7220 W. 194th St. Suite 105
Tinley Park, IL 60487

Bank of the West
c/o Kenneth Donkel
7220 W 194th St
Tinley Park, IL 60487

Borst & Collins, LLC
180 N. Stetson Ave.
Suite 3050
Chicago, IL 60601

Bret Rappaport
2610 Lake Cook
Riverwoods, IL 60015

Cecela Johnson
6448 S. Eberhart Ave.
Chicago, IL 60637

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

Charter One Bank
PO Box 18204
Bridgeport, CT 06601-3204

Chase Bank
PO Box 15548
Wilmington, DE 19886

CIT Technology Fin Serv, Inc
PO Box 550599
Jacksonville, FL 32255-0599

CIT Technology Fin. Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211

Citizens Capital / Coactive Partner
328 S. Saginaw St.
Flint, MI 48502

Curchill, Quinn, Richtman, Hamilton
Two South Whitney
PO Box 284
Grayslake, IL 60030

David Hazen
Diver Grach Quade & Masini
111 N. County St.
Waukegan, IL 60085

Dean Food Co.
3600 N. River Road
Franklin Park, IL 60131

Ervin Leasing
3893 Research Park Drive
Ann Arbor, MI 48108

Fifth Third Bank
Business Mastercard
P.O. Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
5001 Kingsley Dr.
Cincinnati, OH 45208

First Equity Cards
PO BOX 84075
Columbus, GA 31908-4075

George S. May International Co.
303 S. Northwest Hwy.
Park Ridge, IL 60068

Great America Leasing
625 First Street S.E. Suite 800
Cedar Rapids, IA 52401

Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, IL 60067

Huntington
105 East Forth Street
Suite 200
Cincinnati, OH 45202

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612

J P Morgan Chase Bank
712 Mail St. 4th Floor N.
Attn: Bankrutpcy Dept.
Houston, TX 77002

J.P. Morgan Chase Bank
P.O. Box 260180
Baton Rouge, LA 70826-0180

Key Equipment Finance
600 Travis, Suite 1300
Houston, TX 77002

Key Equipment Finance
26000 Cannon Road
Cleveland, OH 44146

Leaf Financial
PO Box 644006
Cincinnati, OH 45264

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054

Marlin Leasing
PO box 13604
Philadelphia, PA 19101-3604

McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

National City Commercial Capital Co
c/o Borst & Collins
180 N. Stetson Ave., Ste 3050
Chicago, IL 60601

National City Commercial Capital Co
995 Dalton Ave.
Cincinnati, OH 45203

Popular Leasing USA
3000 Dundee Rd Ste 301
Northbrook, IL 60062

QuickLease Powered by Coactive
655 Business Center Drive
Suite 250
Horsham, PA 19044

TCF Equipment Finance
11100 Wayzata Blvd. # 801
Hopkins, MN 55305

Tree of Life.
c/o Transworld Systems Inc
P.O. Box 15630, Dept 23
Wilmington, DE 19850

U.S. Foodservice, Inc
c/o Kohner Mann & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212

Washington Mutual
1301 Second Ave.
Seattle, WA 98101