UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
MY RANCH, INC. d/b/a FRESH )
   HARVEST MARKET ) Bankruptcy No. 09 B 35697
) Filed under Chapter 11 of Title 11, U.S.C.
            Debtor. )

## NOTICE AND ORDER TO ALL CREDITORS

1. This bankruptcy case was filed on September 25, 2009.

2. For all creditors that wish to file claims against the bankruptcy estate, (a) claims that arose prior to the case filing date are to be filed with the Clerk of Court by __Jan 1st__, 20__10__, except claims defined in part (b) hereof; and (b) claims of any governmental unit or any creditor being served at an address outside the United States (required to be noticed under 11 U.S.C. § 1514) having claims that arose prior to the case filing date are to be filed with the Clerk not later than 180 days after this bankruptcy case was filed.

All claims must be filed at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn St., Room 713
    Chicago IL 60604

If you fail to file a timely claim, it is possible that your claim may not be allowed, and you may also be barred from being able to vote on any proposed Plan of Reorganization and from receiving any distribution. However, under the law some parties need not file claims.[*]

3. All objections to filed claims must be filed and notice thereof served on non-governmental and non-foreign claimants by __Jan 29__, 20__10__, and must be filed and notice thereof served on governmental creditors and foreign claimants within 210 days after the date the bankruptcy case was filed.

4. Debtor's counsel will separately serve copies of this Notice and Order on all creditors by __Oct 30__, 20__09__, and separately file proof of service thereof with the Clerk of Court.

ENTERED
OCT 27 2009

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

Dated this _____ day of _____, 20____.

[*] Under 11 U.S.C. § 1111(a), a claim may be deemed filed if it appears in debtor's schedules of debt, unless scheduled as disputed, contingent, or unliquidated. Parties must rely on their own inspection of the schedules or advice of counsel to determine if filing of a claim by them is unnecessary.