# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MY RANCH, INC. d/b/a FRESH | ) |
| HARVEST MARKET | ) Bankruptcy No. 09 B 35697 |
| | ) Filed under Chapter 11 of Title 11, U.S.C. |
| Debtor. | ) |

## NOTICE AND ORDER TO ALL CREDITORS

1.    This bankruptcy case was filed on September 25, 2009.

2.    For all creditors that wish to file claims against the bankruptcy estate, (a) claims that arose prior to the case filing date are to be filed with the Clerk of Court by _Jan 1st_, 20 _10_, except claims defined in part (b) hereof; and (b) claims of any governmental unit or any creditor being served at an address outside the United States (required to be noticed under 11 U.S.C. § 1514) having claims that arose prior to the case filing date are to be filed with the Clerk not later than 180 days after this bankruptcy case was filed.

All claims must be filed at the following address:

> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn St., Room 713
> Chicago IL 60604

If you fail to file a timely claim, it is possible that your claim may not be allowed, and you may also be barred from being able to vote on any proposed Plan of Reorganization and from receiving any distribution. However, under the law some parties need not file claims.[*]

3.    All objections to filed claims must be filed and notice thereof served on non-governmental and non-foreign claimants by _Jan 29_, 20 _10_, and must be filed and notice thereof served on governmental creditors and foreign claimants within 210 days after the date the bankruptcy case was filed.

4.    Debtor's counsel will separately serve copies of this Notice and Order on all creditors by _Oct 30_, 20 _09_, and separately file proof of service thereof with the Clerk of Court.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

OCT 27 2009

Dated this _27th_ day of _October_, 20 _09_.

---

[*] Under 11 U.S.C. § 1111(a), a claim may be deemed filed if it appears in debtor's schedules of debt, unless scheduled as disputed, contingent, or unliquidated. Parties must rely on their own inspection of the schedules or advice of counsel to determine if filing of a claim by them is unnecessary.