Case 09-35697    Doc 28    Filed 11/02/09    Entered 11/03/09 12:26:19    Desc Main
                           Document      Page 1 of 2

09-35697:16.3:Motion for Relief Stay:Proposed Order Entered: 10/23/2009 3:28:55 PM by:Monette Cope Page 1 of 2
WWR# 7893452

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: MY RANCH, INC.

                Debtor,

Case No. 09-35697
Chapter 11
Hon. Jack B. Schmetterer

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE TEN-DAY STAY PURSUANT TO RULE 4001(a)(3)

This matter comes before the Court on a Motion for Relief from the Automatic Stay filed by Creditor, THE HUNTINGTON NATIONAL BANK. Due notice having been given, and with the Court being fully advised in the premises:

The Court having noted that Creditor THE HUNTINGTON NATIONAL BANK has complied with applicable provisions of Fed. R. Bankr. P. 9013 & 4001(a)(1); and

The Court having determined that continuation of the automatic stay against Creditor THE HUNTINGTON NATIONAL BANK would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. § 361(3);

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to THE HUNTINGTON NATIONAL BANK is hereby granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to THE HUNTINGTON NATIONAL BANK's lien interest in "(1) Fox 48" Cardboard Baler, (2) 5 Door reach-in glass door freezers, (1) Remote Refrigeration System Condensing Unit, Hussmann/Krack Model #HTSD-0500MSK, (1) Evaporator Coil, (1) Walk-in Cooler 14' x 14' x 7', (1) Cook & Hold Henny Penny Chicken, "(1) New Southern Stainless Equipment 1 Walk-in Cooler/Freezer Combo Dim, 8'X22'7, (1) CFC-Free Urethane Insulation Stucco Embossed Gal. Volume Interior & Exterior Finish, (1) .100 Diamond Aluminum Interior Floor (In Freezer Only), (2) Standard 34"x78" Access Doors with Kick plates In & Out, Exterior Ramp, and (1) Heated door Frame & Pressure Relief Vent (freezer only) is lifted and THE HUNTINGTON NATIONAL BANK is permitted to enforce its security interest and liquidate the property.

**IT IS FURTHER ORDERED** that the ten-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

Entered: 10/2/09

Jack B. Schmetterer, Judge
United States Bankruptcy Court

NOV 0 2 2009