RECEIVED
IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20080317   0915
$20.00   Electronic

13049726                    FS

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Diligenz            (800)858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Diligenz, Inc.
6500 Harbour Heights Pkwy #400
Mukilteo, WA, 98275

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MY RANCH, INC. | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6448 EBERHART AVENUE | CHICAGO | IL | 60637 | USA |
| 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATION ID #, if any | |
| CORPORATION | IL | 59854526 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIFTH THIRD BANK | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 222 SOUTH RIVERSIDE PLAZA 1MOC2A | CHICAGO | IL | 60606 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
ALL ASSETS.

**5. ALTERNATIVE DESIGNATION (if applicable):** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable) **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) ☐ ALL DEBTORS ☐ DEBTOR 1 ☐ DEBTOR 2

**8. OPTIONAL FILER REFERENCE DATA**
23-2513 - 805749743 - MY RANCH, INC. [32951020]

FILING OFFICE COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)