## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Judge Schmetterer |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | |
| Debtor and Debtor in possession. | ) | Case No. 09-35697 |
| | ) | |
| | ) | Hearing: November 5, 2009 at 10:00 AM |

### ORDER

This matter came to be heard on the motion of the Debtor and Debtor in Possession, My Ranch, Inc., to Incur Indebtedness. This Court, having deemed sufficient notice to have been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

Debtor and Debtor in Possession My Ranch, Inc. is hereby authorized to incur indebtedness in the amount of $8,725.00 from Premium Financing Specialists, Inc. on the terms and for the purposes stated in Debtor's Motion.

Dated: 11/5/09

BY THE COURT

_____
The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

NOV 05 2009

This document was prepared by
Forrest L. Ingram, P.C.