11/06/09 5:55PM

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
                                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-xxxx3332** <br><br>**Fifth Third Bank**<br>**5001 Kingsley Dr.**<br>**Cincinnati, OH 45208** | X | - | **Blanket Lien**<br><br>**All property of the Debtor, including cash on hand.**<br><br>Value $ 76,342.79 | | | | 184,000.00 | 107,657.21 |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 184,000.00 | 107,657.21 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 184,000.00 | 107,657.21 |

B6E (Official Form 6E) (12/07)

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

      **1**    continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **x0694** <br><br> **City of Chicago** <br> **Department of Revenue** <br> **333 S. State St. LL** <br> **Chicago, IL 60609** | - | | | | | | 2,455.64 | 0.00 | 2,455.64 |
| Account No. **xxxx7781** <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph St.** <br> **Chicago, IL 60606** | - | | **2005** <br><br> **Sales tax** | | | | 9,322.20 | 0.00 | 9,322.20 |
| Account No. **xx1757** <br><br> **Illinois Department of Revenue** <br> **Bankruptcy Section Level 7-425** <br> **100 W. Randolph St.** <br> **Chicago, IL 60606** | - | | **2005** <br><br> **Charge for books of Instant Lottery Tickets** | | | | 7,500.77 | 0.00 | 7,500.77 |
| Account No. **xx-xxx5965** <br><br> **Internal Revenue Service** <br> **230 S. Dearborn Street** <br> **Suite 3030** <br> **Chicago, IL 60604** | - | | | | | | 884.09 | 0.00 | 884.09 |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 20,162.70 | 0.00 <br> 20,162.70 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 20,162.70 | 0.00 <br> 20,162.70 |

B6F (Official Form 6F) (12/07)

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6127** <br><br> **AEL Financing** <br> **600 N Buffalo Grove Rd** <br> **Buffalo Grove, IL 60089** | X | - | Lease arrears | | | | 1,226.50 |
| Account No. **xxxxx xxx6239** <br><br> **Allied Waste Service** <br> **2608 S. Damen** <br> **Chicago, IL 60608** | X | - | Garbage Services | | | | Unknown |
| Account No. **Unknown** <br><br> **America United Bank** <br> **321 W. Golf Road** <br> **Schaumburg, IL 60196** | X | - | Equipment lease arrears | | | | 3,500.00 |
| Account No. **1729** <br><br> **American Credit System** <br> **400 W. Lake Street** <br> **PO BOX 72849** <br> **Roselle, IL 60172** | X | - | | | | | 1,966.10 |

__10__ continuation sheets attached

Subtotal (Total of this page) **6,692.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**             ,                 Case No.  **09-35697**
                                                           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1007** <br><br> **American Express** <br> **c/o Becket and Lee** <br> **PO Box 3001** <br> **Malvern, PA 19355** | X | - | **Credit Card** | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x1004** <br><br> **American Express** <br> **c/o Becket and lee** <br> **PO Box 3001** <br> **Malvern, PA 19355** | X | - | **Credit Card** | | | | **Unknown** |
| Account No. **xxxxxxxxxx7599** <br><br> **Bank of America** <br> **P.O. Box 17054** <br> **Wilmington, DE 19884** | X | - | **Business line of credit** | | | | **61,000.00** |
| Account No. **xxxxxxxxxxxx4300** <br><br> **Bank of America Business Card** <br> **P.O. Box 15710** <br> **Wilmington, DE 19886-5710** | X | - | **Line of credit** | | | | **5,500.00** |
| Account No. **xxxx0392** <br><br> **Bank of the West** <br> **c/o Kennet Donke** <br> **7220 W. 194th St. Suite 105** <br> **Tinley Park, IL 60487** | X | - | **ACC Capital Equipment Lease Arrears** | | | | **21,317.08** |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **87,817.08**

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
                                                                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx-xxx0001**<br><br>**Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | X | - | Business line of credit | | | | 44,726.49 |
| Account No. **xxxxxxxxxxxx5930**<br><br>**Charter One Bank**<br>**PO Box 18204**<br>**Bridgeport, CT 06601-3204** | X | - | Revolving credit (Mastercard) | | | | 20,000.00 |
| Account No. **xxxxxxxxxxxx2070**<br><br>**Chase Bank**<br>**PO Box 15548**<br>**Wilmington, DE 19886** | X | - | Revolving credit | | | | 7,000.00 |
| Account No. **xxxx-xxxx-xxxx-1754**<br><br>**Chase Cardmember Service**<br>**PO Box 15298**<br>**Wilmington, DE 19886** | X | - | Credit Card | | | | 7,000.00 |
| Account No. **xxx-xxx3427**<br><br>**CIT Technology Fin. Serv, Inc.**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | X | - | Equipment lease arrears | | | | 4,372.48 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **83,098.97**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2204** <br><br> **Citibank** <br> **PO Box 6077** <br> **Sioux Falls, SD 57117** | X | - | **Credit Card** | | | | **15,262.75** |
| Account No. **xxx4268** <br><br> **Citizens Leasing** <br> **328 S. Saginaw Street** <br> **Flint, MI 48502** | X | - | **Equipment Lease Arrears** | | | | **7,988.05** |
| Account No. **xxx0909** <br><br> **Dean Food Co.** <br> **3600 N. River Road** <br> **Franklin Park, IL 60131** | X | - | **Food Deliveries** | | | | **1,934.00** |
| Account No. **Ranch** <br><br> **Dietz & Kolodenko** <br> **2404 S. Wolcott** <br> **Units 24 & 25** <br> **Chicago, IL 60608** | X | - | | | | | **Unknown** |
| Account No. **xxx44-02** <br><br> **Ervin Leasing** <br> **3893 Research Park Drive** <br> **Ann Arbor, MI 48108** | X | - | **Equipment lease arrears** | | | | **5,818.32** |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,003.12**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**,    Case No. **09-35697**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx44-01**<br><br>**Ervin Leasing**<br>**3893 Research Park Drive**<br>**Ann Arbor, MI 48108** | X | - | **Equipment Lease Arrears** | | | | 563.11 |
| Account No. **FRH001**<br><br>**Evergreen Produce**<br>**2404 S. Wolcott Ave.**<br>**Units 8 & 9**<br>**Chicago, IL 60608** | | - | **Store inventory** | | | | 1,613.50 |
| Account No. **Unknown**<br><br>**Everyday Fresh**<br>**PO Box 656**<br>**Lemont, IL 60459** | X | - | **Store Inventory** | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-7240**<br><br>**Fifth Third Bank**<br>**Business Mastercard**<br>**P.O. Box 740789**<br>**Cincinnati, OH 45274-0789** | X | - | **Revolving business credit card** | | | | 20,624.98 |
| Account No. **xxxxxxxxxxxx0150**<br><br>**First Equity Cards**<br>**PO BOX 84075**<br>**Columbus, GA 31908-4075** | X | - | **Business Credit Cards** | | | | 1,000.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **23,801.59**

Case 09-35697  Doc 33  Filed 11/06/09  Entered 11/06/09 17:58:15  Desc Main
Document  Page 9 of 14  11/06/09 5:55PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0771** <br><br>George S. May International Co. <br>303 S. Northwest Hwy. <br>Park Ridge, IL 60068 | | - | Consulting services | | | | 17,666.20 |
| Account No. **xxxxxx1164** <br><br>Global Communication <br>PO Box 715248 <br>Columbus, OH 43271 | X | - | Telecom Services | | | | 5,677.69 |
| Account No. **xxx8089** <br><br>Great America Leasing <br>625 First Street S.E. Suite 800 <br>Cedar Rapids, IA 52401 | X | - | Equipment lease arrears | | | | 4,916.92 |
| Account No. **xxxxxx3227** <br><br>Harris Bank <br>Bankruptcy Department <br>150 West Wilson <br>Palatine, IL 60067 | X | - | American Capital Equipment Lease Arrears | | | | 18,630.00 |
| Account No. **Master Lease x0657, Sch. 001** <br><br>Huntington <br>105 East Forth Street <br>Suite 200 <br>Cincinnati, OH 45202 | X | - | Equipment lease arrears | | | | 8,500.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,390.81**

11/06/09 5:55PM

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Master Lease x0657, Sch. 002** <br><br> **Huntington** <br> **105 East Forth Street** <br> **Suite 200** <br> **Cincinnati, OH 45202** | X | - | **Equipment lease arrears** | | | | **Unknown** |
| Account No. **xx4354** <br><br> **Innovative Bank** <br> **SOHO Loans** <br> **360 14th Street** <br> **Oakland, CA 94612** | X | - | **02/06/2007** <br> **SBA guaranteed loan (line of credit)** | | | | **19,613.46** |
| Account No. **xx-IL4860** <br><br> **Irwin Naturals** <br> **5310 Beethoven St.** <br> **Los Angeles, CA 90066** | X | - | **2/24/2009** <br> **Store Inventory** | | | | **741.45** |
| Account No. **Unknown** <br><br> **J P Morgan Chase Bank** <br> **712 Mail St. 4th Floor N.** <br> **Attn: Bankrutpcy Dept.** <br> **Houston, TX 77002** | X | - | **Line of credit** | | | | **48,000.00** |
| Account No. **MNR** <br><br> **Jack Tuchten Produce** <br> **2404 S. Wolcott Ave** <br> **Unit 31** | X | - | **Store Invnetory** | | | | **1,613.50** |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **69,968.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9921** <br><br> **Key Equipment Finance** <br> **600 Travis, Suite 1300** <br> **Houston, TX 77002** | X | - | **Equipment lease arrears** | | | | **4,000.00** |
| Account No. **xxx-xxxxxx4-001** <br><br> **Leaf Financial** <br> **PO Box 644006** <br> **Cincinnati, OH 45264** | X | - | **Equipment lease arrears** | | | | **2,500.00** |
| Account No. **xxx-xxxxxx3-001** <br><br> **Marlin Leasing** <br> **300 Fellowship Road** <br> **Mount Laurel, NJ 08054** | X | - | **Equipment lease arrears** | | | | **5,572.16** |
| Account No. **Unknown** <br><br> **Martin Weisenburger** <br> **8630 Wheeler Dr** <br> **Orland Park, IL 60462** | X | - | **Attorneys Fees** | | | | **Unknown** |
| Account No. **6610** <br><br> **Michael J. Navillo & Sons** <br> **2404 S. Wolcott Ave.** <br> **Unit 26-27** <br> **Chicago, IL 60608** | X | - | | | | | **4,753.00** |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,825.16**

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**,          Case No. **09-35697**
    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2896**<br>**National City**<br>**P.O. Box 3038**<br>**Kalamazoo, MI 49003-3038** | X | - | **Revolving credit** | | | | **13,611.07** |
| Account No. **xxxx-xxxx-xxxx-1483**<br>**National City**<br>**P.O. Box 3038**<br>**Kalamazoo, MI 49003-3038** | X | - | **Line of credit** | | | | **50,631.89** |
| Account No. **xxxxx4000**<br>**National City Commercial Capital Co**<br>**c/o Borst & Collins**<br>**180 N. Stetson Ave., Ste 3050**<br>**Chicago, IL 60601** | X | - | **Equipment lease arrears** | | | | **20,000.00** |
| Account No. **xxxxx4001**<br>**National City Commercial Capital Co**<br>**c/o Borst & Collins**<br>**180 N. Stetson Ave., Ste 3050**<br>**Chicago, IL 60601** | X | - | **Equipment lease arrears** | | | | **10,000.00** |
| Account No. **xxxx0000**<br>**Nealey Foods**<br>**900 W. Fulton St.**<br>**Chicago, IL 60607** | X | - | **Store Inventory** | | | | **15,000.00** |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **109,242.96**

**B6F (Official Form 6F) (12/07) - Cont.**

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6721** <br><br> **Popular Leasing USA** <br> **3000 Dundee Rd Ste 301** <br> **Northbrook, IL 60062** | X | - | **Equipment Lease Arrears** | | | | **15,022.45** |
| Account No. **xx9096** <br><br> **QuickLease Powered by Coactive** <br> **655 Business Center Drive** <br> **Suite 250** <br> **Horsham, PA 19044** | X | - | **Arrears of two leases** | | | | **4,500.00** |
| Account No. **xxx2650** <br><br> **Supervalu Foods** <br> **11840 Valley View Road** <br> **Eden Prairie, MN 55344** | X | - | **Store Inventory** | | | | **80,000.00** |
| Account No. **xxxxxxxxxx-x0001** <br><br> **Swift Financial / M&I Bank** <br> **PO Box 3025** <br> **Milwaukee, WI 53201-3023** | X | - | **Lease Arrears** | | | | **7,000.00** |
| Account No. **xx6646** <br><br> **TCF Equipment Finance** <br> **11100 Wayzata Blvd. # 801** <br> **Hopkins, MN 55305** | X | - | **Lease Arrears** | | | | **6,152.80** |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **112,675.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JD7501** <br><br> **Tree of Life** <br> **c/o Transworld Systems Inc** <br> **P.O. Box 15630, Dept 23** <br> **Wilmington, DE 19850** | X | - | **Purchase of products** | | | | 5,312.68 |
| Account No. **x8711** <br><br> **U.S. Foodservice, Inc** <br> **c/o Kohner Mann & Kailas, S.C.** <br> **4650 N. Port Washington Road** <br> **Milwaukee, WI 53212** | X | - | **Purchase of food** | | | | 4,545.34 |
| Account No. **xxxxx5701** <br><br> **Washington Mutual** <br> **1301 Second Ave.** <br> **Seattle, WA 98101** | X | - | **Line of Credit** | | | | 46,000.00 |
| Account No. **xxxx7206** <br><br> **YPV Distribution** <br> **160 Scott St.** <br> **Elk Grove Village, IL 60007** | X | - | **Store Inventory** | | | | **Unknown** |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **55,858.02**

Total (Report on Summary of Schedules) **652,373.97**