B6G (Official Form 6G) (12/07)

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**,   Case No. **09-35697**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **America United Bank**<br>321 W. Golf Road<br>Schaumburg, IL 60196 | See Replevin action 20091501348 |
| **Apartment 301**<br>4650 N. Sheridan<br>Chicago, IL 60640 | Month to month resident at $950/Mo. |
| **Apartment 302**<br>4650 N. Sheridan<br>Chicago, IL 60640 | Month to month resident at $1150/Mo. |
| **Apartment 303**<br>4650 N. Sheridan<br>Chicago, IL 60604 | Month to month resident at $1350/Mo. |
| **Bank of the West**<br>c/o Kenneth Donkel<br>7220 W 194th St<br>Tinley Park, IL 60487 | Holding ACC Capital Lease Number 25383-1, being represented by Kenneth Donkel |
| **CIT Technology Fin Serv, Inc**<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Lease# 902-0013427-000<br>NCR Terminal |
| **Citizens Capital / Coactive Partner**<br>328 S. Saginaw St.<br>Flint, MI 48502 | Equipment Lease |
| **Ervin Leasing**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 | Lease# 66544-02 |
| **Harris Bank**<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067 | Harris Bank, as assignee of American Capital Financial Services, Inc. |
| **Huntington**<br>105 East Forth St.<br>Suite 200<br>Cincinnati, OH 45202 | Schedule 001 to Master Lease # 70657<br>Schedule 002 to Master Lease # 70657 |
| **Key Equipment Finance**<br>26000 Cannon Road<br>Cleveland, OH 44146 | Account# KPM0001654 |

**1**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**  ,  Case No.  **09-35697**
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Leaf**<br>PO Box 644006<br>Cincinnati, OH 45264 | 015-3323354-001 |
| **Marlin Leasing**<br>PO box 13604<br>Philadelphia, PA 19101-3604 | **Marlin Lease Number 001-1218913-001**<br>**Restaurant Equipment** |
| **National City Commercial Capital Co**<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | **Equipment Lease 110804000** |
| **National City Commercial Capital Co**<br>995 Dalton Ave.<br>Cincinnati, OH 45203 | **Equipment Lease 110804001** |

Sheet  **1**  of  **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

**B6H (Official Form 6H) (12/07)**

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**,  Case No. **09-35697**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cecelia Johnson<br>6548 S. Eberhart Ave.<br>Chicago, IL 60640 | Bank of America Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Fifth Third Bank<br>Business Mastercard<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | CIT Technology Fin. Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Harris Bank<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Innovative Bank<br>SOHO Loans<br>360 14th Street<br>Oakland, CA 94612 |
| Cecelia Johnson<br>6448 S. Ebrhart Ave.<br>Chicago, IL 60637 | J P Morgan Chase Bank<br>712 Mail St. 4th Floor N.<br>Attn: Bankrutpcy Dept.<br>Houston, TX 77002 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Bank of the West<br>c/o Kennet Donke<br>7220 W. 194th St. Suite 105<br>Tinley Park, IL 60487 |
| Cecelia Johnson<br>6448 S. Eberhart<br>Chicago, IL 60637 | America United Bank<br>321 W. Golf Road<br>Schaumburg, IL 60196 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | Charter One Bank<br>1215 Superior Avenue<br>Cleveland, OH 44114 |

**4**    continuation sheets attached to Schedule of Codebtors

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**  , Case No. **09-35697**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Charter One Bank**<br>PO Box 18204<br>Bridgeport, CT 06601-3204 |
| **Cecelia Johnson**<br>6448 S. Eberhart<br>Chicago, IL 60637 | **U.S. Foodservice, Inc**<br>c/o Kohner Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Leaf Financial**<br>PO Box 644006<br>Cincinnati, OH 45264 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Marlin Leasing**<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **National City**<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **National City**<br>P.O. Box 3038<br>Kalamazoo, MI 49003-3038 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **National City Commercial Capital Co**<br>c/o Borst & Collins<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **National City Commercial Capital Co**<br>c/o Borst & Collins<br>180 N. Stetson Ave., Ste 3050<br>Chicago, IL 60601 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave,<br>Chicago, IL 60637 | **Tree of Life**<br>c/o Transworld Systems Inc<br>P.O. Box 15630, Dept 23<br>Wilmington, DE 19850 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Ervin Leasing**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Great America Leasing**<br>625 First Street S.E. Suite 800<br>Cedar Rapids, IA 52401 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **AEL Financing**<br>600 N Buffalo Grove Rd<br>Buffalo Grove, IL 60089 |

Sheet  **1**  of  **4**   continuation sheets attached to the Schedule of Codebtors

In re   **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**                          ,   Case No.   **09-35697**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Chase Bank**<br>PO Box 15548<br>Wilmington, DE 19886 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Citizens Leasing**<br>328 S. Saginaw Street<br>Flint, MI 48502 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Dean Food Co.**<br>3600 N. River Road<br>Franklin Park, IL 60131 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Ervin Leasing**<br>3893 Research Park Drive<br>Ann Arbor, MI 48108 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **First Equity Cards**<br>PO BOX 84075<br>Columbus, GA 31908-4075 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Huntington**<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Huntington**<br>105 East Forth Street<br>Suite 200<br>Cincinnati, OH 45202 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Irwin Naturals**<br>5310 Beethoven St.<br>Los Angeles, CA 90066 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Key Equipment Finance**<br>600 Travis, Suite 1300<br>Houston, TX 77002 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Popular Leasing USA**<br>3000 Dundee Rd Ste 301<br>Northbrook, IL 60062 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **QuickLease Powered by Coactive**<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **TCF Equipment Finance**<br>11100 Wayzata Blvd. # 801<br>Hopkins, MN 55305 |

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Codebtors

In re **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**, Case No. **09-35697**
Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Chase Cardmember Service**<br>PO Box 15298<br>Wilmington, DE 19886 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Swift Financial / M&I Bank**<br>PO Box 3025<br>Milwaukee, WI 53201-3023 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Citibank**<br>PO Box 6077<br>Sioux Falls, SD 57117 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **American Express**<br>c/o Becket and lee<br>PO Box 3001<br>Malvern, PA 19355 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave,<br>Chicago, IL 60637 | **American Express**<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Nealey Foods**<br>900 W. Fulton St.<br>Chicago, IL 60607 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Supervalu Foods**<br>11840 Valley View Road<br>Eden Prairie, MN 55344 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Martin Weisenburger**<br>8630 Wheeler Dr<br>Orland Park, IL 60462 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **YPV Distribution**<br>160 Scott St.<br>Elk Grove Village, IL 60007 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **American Credit System**<br>400 W. Lake Street<br>PO BOX 72849<br>Roselle, IL 60172 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Allied Waste Service**<br>2608 S. Damen<br>Chicago, IL 60608 |
| **Cecelia Johnson**<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637 | **Global Communication**<br>PO Box 715248<br>Columbus, OH 43271 |

Sheet **3** of **4** continuation sheets attached to the Schedule of Codebtors

In re  **MY RANCH, INC. D/B/A FRESH HARVEST MARKET**,                         Case No.  **09-35697**
                                                            Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave.**<br>**Chicago, IL 60637** | **Everyday Fresh**<br>**PO Box 656**<br>**Lemont, IL 60459** |
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave.**<br>**Chicago, IL 60637** | **Michael J. Navillo & Sons**<br>**2404 S. Wolcott Ave.**<br>**Unit 26-27**<br>**Chicago, IL 60608** |
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave,**<br>**Chicago, IL 60637** | **Jack Tuchten Produce**<br>**2404 S. Wolcott Ave**<br>**Unit 31** |
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave,**<br>**Chicago, IL 60637** | **Dietz & Kolodenko**<br>**2404 S. Wolcott**<br>**Units 24 & 25**<br>**Chicago, IL 60608** |
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave.**<br>**Chicago, IL 60637** | **Fifth Third Bank**<br>**5001 Kingsley Dr.**<br>**Cincinnati, OH 45208** |
| **Cecelia Johnson**<br>**6448 S. Eberhart Ave.**<br>**Chicago, IL 60637** | **Washington Mutual**<br>**1301 Second Ave.**<br>**Seattle, WA 98101** |

Sheet  **4**  of  **4**  continuation sheets attached to the Schedule of Codebtors