B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  My Ranch, Inc. d/b/a Fresh Harvest Market  ,    Case No. 09-35697
       *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **September**                                Date filed: **9/25/09**

Line of Business: **retail grocery**               NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Rasheeda Oghafua*
Original Signature of Responsible Party

**Rasheeda Oghafua**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☐ | ☑ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 14,643.24

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 7,046.51
Cash on Hand at End of Month      $ 1,596.73

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 6,301.56

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 13,153.68

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*     $ 14,414.72
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 13,153.68

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 1,201.04

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  6
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18,000.00 | $ 14,414.72 | $ 3585.28 |
| EXPENSES | $ 16,000.00 | $ 13,153.68 | $ 2846.32 |
| CASH PROFIT | $ 2,000.00 | $ 1,261.04 | $ 738.96 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $ 90,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $ 85,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $ 5,000.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

My Ranch, Inc. d/b/a Fresh Harvest Market
Case No. 09-35697

2. No, bills were not Paid on time.

**Taxes**
19. We have past due Illinois State tax returns, Illinois Sales Tax Returns, and our 2008 Business Tax Returns. We were behind on our government and state tax liabilities for the previous year because we were remodeling the business at the time and we fell behind. We were not operating our business during this time period.

**Income**
Total Income  $14,643.24
Cash on hand at the start of the Month 9/25/09   $7,046.51
Cash on hand at the end of the Month 9/30/09   $7,596.73
Current Cash Available to the business 9/30/09   $6301.56

**Expneses**
9/25/09
Dean's Milk     338.69 cash inventory
El Milagro Tortillas 68.56 cash inventory
Gelato Uno   400.00 cash  inventory
Alpha Baking 40.12 cash   inventory
Geko Distributors 1571.65 cash    inventory
Expenses: 2419.02

9/26/09
Today's Temptations     85.00 cash/inventory
El Milagro              93.90 cash/inventory
Change for bank         120.00 cash/inventory
George Weston Bakery    99.25/cash inventory
Expenses                1442.52

9/27/09
Levinson's Bakery       12.00/cash inventory
Chicago Tribune         6.84/cash inventory

El Milagro Tortillas      22.40/cash/inventory
6 Corner Bakery      7.50/cash/ inventory
Chicago Sun times      16.02/cash/inventory
Expenses:      64.76

9/28/09
Dean's Milk      166.12/cash/inventory
Dutch Farm      1156.68/check/inventory
Geko Distributors      2120.00 cash/inventory

9/29/09
Today's Temptations      45.00/cash/inventory
El Milagro Tortillas      26.18 cash/inventory
Alpha Baking Co.      109.32/cash
Chicago Baking Co.      107.69
George Weston Bakery      47.38
Geko Distributors      1935.18
Expenses:      2270.75

9/30/09
Synder's of Hanover Chips      230.67/cash/inventory
Frito lay      277.64 cash
Labriolla Baking Co.      685.50 cash/inventory
Lifeway Foods      95.10/cash/inventory
Rapid Circular Press      850.00/cash/advertising
Geko Distributors      2775.15 cash/inventory
Rbs World Pay      153.24/credit card processing fees
Expenses:      4836.63

Cash Profit

Income for the Month      $14,414.72
Expenses for the Month      $13,153.68

FRESH HARVEST MARKET
Period to Date Group/Dept Report
Printed on 12-02-2009 17:08:49

Reporting Dates: 09/25/2009 to 09/30/2009
Found Dates: 09/25/2009 to 09/30/2009

```
                                      Sales $         Dept %         Group %
Group : 00 - n/a
99     MISC ITEMS                   $1,183.23        100.00%
Group Total                         $1,183.23                         8.23%

Group : 10 - MAJOR GROCERY
01     GROCERY                      $3,185.64         44.15%
02     DAIRY                        $1,772.76         24.57%
03     FROZEN                         $544.64          7.55%
04     BAKERY                         $605.15          8.39%
05     BEVERAGE                       $709.99          9.84%
06     NONFOOD                        $397.52          5.51%
Group Total                         $7,215.70                        50.21%

Group : 20 - MAJOR PRODUCE
07     PRODUCE                      $2,900.73         90.99%
08     PLANTS FLOWERS                   $6.31          0.20%
09     WHLSALE PRODUCE                 $51.00          1.60%
14     VEAL                           $230.09          7.22%
Group Total                         $3,188.13                        22.18%

Group : 25 - n/a
25     DRUG                            $85.46        100.00%
Group Total                            $85.46                         0.59%

Group : 30 - MAJOR MEAT
11     CHICKEN                         $58.12          4.69%
16     PREPACK CHICKEN                $542.86         43.77%
17     WHOLESALE MEAT                   $2.28          0.18%
36     PREPACK BEEF                   $637.12         51.36%
Group Total                         $1,240.38                         8.63%

Group : 40 - MAJOR KITCHEN
18     SALAD BAR                      $169.31         79.62%
20     SOUP BAR                        $43.35         20.38%
Group Total                            $212.66                        1.48%

Group : 50 - MAJOR DELI
21     DELI COUNTER                    $66.22          6.60%
22     PACKAGED DELI                  $404.08         40.25%
30     PREPARED FOODS                 $533.69         53.16%
Group Total                         $1,003.99                         6.99%

Group : 60 - MAJOR HBA
24     HBA HIGH TAX                    $41.56        100.00%
Group Total                            $41.56                         0.29%

Group : 70 - MAJOR COFFEE
26     COFFEE                          $43.27         23.43%
28     SMOOTHIES                        $3.79          2.05%
29     GELATO                          $56.98         30.86%
31     CAKES AND PIES                  $80.61         43.66%
Group Total                            $184.65                        1.28%
```

Page 1

```
Group : 80 - MAJOR MISC
32      MAGAZINES                        $5.90          35.93%
33      GREETING CARDS                  $10.52          64.07%
Group Total                             $16.42                          0.11%
--------------------------------------------------------------------------------
Group : 90 - MAJOR WATER TAX
35      WATER TAX      <memo+>          $42.54          n/a
Group Total                              $0.00                          0.00%
--------------------------------------------------------------------------------
Dept Total                          $14,372.18
Memo Dept Total                         $42.54
Less Total Time Discounts                $0.00
Grand Total                         $14,414.72
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------

Page 2
```