U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: __My Ranch, Inc.__     CASE NO: __09-35697__

FOR CALENDAR QUARTER ENDING: __September 30__, __2009__.

DISBURSEMENTS*

1. MONTH                           DISBURSEMENTS
   __September__                   $   __13,153.68__
   __August__                      $   __0.00__
   __July__                        $   __0.00__

   TOTAL DISBURSEMENTS
   FOR QUARTER                     $   __13,153.68__

2. QUARTERLY FEE OWED PURSUANT TO   $   __325.00__
   28 U.S.C. §1930(A)(6)

3. QUARTERLY FEE PAID               $   __325.00__
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)   $   __0.00__

I, __Rasheeda Oghaufa__ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __December 4th, 2009__         __/s/ Rasheeda Oghaufa__
                                      For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and         __Rasheeda Oghaufa__
capacity of person signing
this Declaration).              __Manager My Ranch, Inc.__

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

