JUL 30, 2008

**INVOICE**

Page 1 of 3
11553

Project:
My Ranch Inc. Leasing Specialists
4650 N. Sheridan Rd.
Chicago, IL 60640-0000
(773) 516-4860 Fax: (773) 516-4861

From:
Olympic Store Fixtures
4758 S. Cicero Ave
Chicago, IL 60638
(773) 585-3755 Fax: (773) 585-1105

To:
My Ranch Inc. Leasing Specialist
4650 N. Sheridan Rd.
Chicago, IL 60640
(773) 516-4860 Fax: (773) 516-4861

| Item | Qty | Description | Sell Each | Sell Total |
|---|---|---|---|---|
| 1 | 1 | 96" X 72"<br>RW Displays Model No. 96" X 72"<br>(S/N #24546644) 96" X 72" Check out counter RW Roberts L-Shaped Registers & Printers & Scales | 6,325.00 | 6,325.00 |
| 2 | 1 ea | TENDERIZER, MEAT, ELECTRIC<br>Berkel Inc. Model No. 705<br>Tenderizer, countertop model, 1-1/4" thick product capacity, burnished aluminum housing, with stainless steel cutting blades, gear driven, 1/2hp, 1 | 3,715.00 | 3,715.00 |
|   | 1 | 1 year parts, service & travel warranty, std. | | |
|   | 1 | 115v/60/1ph, std.<br>Extended Total for Item No. 2    3,715.00 | | |
| 3 | 1 ea | SAW, MEAT, ELECTRIC<br>Hobart Model No. 5700<br>S/N # BWL # D-294396-1 Meat Saw, vertical blade, center-crown, dual flange pulleys, push-pull switch, s/s open-frame, 6 s/s roller bearings w/tri-rail carriage, direct-gear transmission, split rear table, adj. legs, hose down capabilities, 200-230/60/3, 3 hp | 4,790.00 | 4,790.00 |
|   | 1 | 1-Yr. parts, labor & travel time during normal working hrs<br>Extended Total for Item No. 3    4,790.00 | | |
| 4 | 2 ea | LABEL PRINTING SCALE<br>Globe Model No. GSP30A<br>Label Printing Scale, 30 lb x .01 lb. cap., legal for trade, thermal dot printer, fluorescent tube display, (88) one-touch preset price keys, holds up to 3800 PLU's, UL, NTEP, 115/60/1, .09 amps | 2,198.25 | 4,396.50 |
|   | 2 | 1 year parts (excludes wear/expendable parts), 1 year labor warranty - CONTACT FACTORY FOR DETAILS<br>Extended Total for Item No. 4    4,396.50 | | |

Olympic Store Fixtures

EXHIBIT A

JUL 30, 2008

**My Ranch Inc. Leasing Specialist**

Page 2 of 3
11553

| Item | Qty | Description | Sell Each | Sell Total |
|---|---|---|---|---|
| 5 | 2 ea | HEAT SEAL MACHINE<br>Alfa International Model No. 625A<br>(S/N # 35468788, S/N # 35468789) Heat Seal Wrapper, for film wrapping packages with hot rod cut-off, 22-1/4"W x 29"L x 5"H, one roll capacity, with mounting axle, maximum film size 18" wide, front mounted 6" x 15" hot plate, s/s and aluminum construction, USDA and UL approved, film roll NOT included | 694.00 | 1,388.00 |
| 6 | 1 ea | FOOD PROCESSOR, ELECTRIC<br>Globe Model No. GVC600<br>Vegetable Cutter, ergonomic 45° angle, on-off latch, double safety interlock, processes up to 900 lbs. per hour, polished cast aluminum hopper head and sealed upper housing, s/s body & base, antimicrobial protection, gear-driven, 3/4 Hp, ETL, NSF, 115/60/1, 5.6 amps, 340 RPMs (discs sold separately) | 5,990.00 | 5,990.00 |
|  | 1 | 2 year parts (excludes wear/expendable parts & cutting discs), 2 year labor warranty - CONTACT FACTORY FOR DETAILS |  |  |
|  |  | Extended Total for Item No. 6       5,990.00 |  |  |
| 7 | 1 ea | WALK IN, MODULAR, BOX ONLY<br>Nor-Lake Model No. 8X8X7-7<br>(S/N #965565564LM) Fast-Trak™ Walk-In Freezer, 8'x 8'x 7'-7"H, smooth aluminum interior floor, 26 gauge embossed coated steel interior & exterior finish, self-closing door, locking deadbolt handle, stocked for 5-day sh | 8,976.00 | 8,976.00 |
|  | 1 | Door size 26" x 78" |  |  |
|  | 1 | Door hinged on right, specify door location with sketch |  |  |
|  |  | Extended Total for Item No. 7       8,976.00 |  |  |
| 8 | 1 ea | REFRIGERATED COUNTER, WORK TOP<br>True Food Service Equipment, Inc Model No. TWT-48<br>Work Top Refrigerator, two-section, 12 cu.ft., (4) PVC coated wire shelves, s/s top with rear splash, (2) door & sides, white aluminum interior with 300 series s/s floor, 5" castors, rear mount, 1/5 HP, | 2,658.00 | 2,658.00 |
|  | 1 | Warranty - 5 year compressor (self-contained only) |  |  |
|  | 1 | Warranty - 1 year parts and labor |  |  |
|  |  | Extended Total for Item No. 8       2,658.00 |  |  |
| 9 | 1 ea | SHELF, TABLE MOUNT<br>TWO JAYS SHEET METAL Model No. TMS-2-17120 3/4<br>Knee Wall Mounted Shelf, double tier, 17" wide, 120" long, 18 gauge s/s, working height 18" above table, includes (6) s/s legs & rubber expanding inserts for mounting | 5,987.00 | 5,987.00 |

Olympic Store Fixtures

JUL 30, 2008

**My Ranch Inc. Leasing Specialist**

Page 3 of 3
11553

| Item | Qty | Description | Sell Each | Sell Total |
|---|---|---|---|---|
| 10 | 2 ea | WORK TABLE<br>SSP, Inc. Model No. CAB18S60BS<br>Work Table, open front, cabinet base, 60" long, 18" wide, 16/304 stainless steel top w/4" backsplash, galvanized understructure, 18 ga. s/s body & shelves, 6" s/s legs w/adj. feet, NSF | 1,423.00 | 2,846.00 |
| | 10 ft | CT-21 Welded S/S Intermediate Undershelf (per foot) | 89.22 | 892.20 |
| | | Extended Total for Item No. 10    3,738.20 | | |

|  |  |
|---|---|
| Total | 47,963.70 |
| Freight | 1,068.00 |
| Installation | 2,958.50 |
| Grand Total | 51,990.20 |

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work specified. Payment will be made as outlined above. I personally agree unconditionally to be responsible for payment of all obligations assumed in the above business

If this account is placed on collections, I agree to pay Olympic Store Fixtures, Inc. all costs and expenses of collection, including attorney fees, court costs, and any contingency fees for a collection

This slip must accompany all claims and returned goods. All sales final - No Refunds. 25 % minimum restocking fee on all items authorized to return. Returned checks are punishable to the maximum extent of the law. Any and all outstanding, past-due balances are subject to finance charges. All final payments must be made in cash, or credit cards only. Sorry, we will not accept checks as a form of payment on delivery or pick up.

Accepted
Date: _____    Signature: _____

Date: _____    Signature: _____

**Olympic Store Fixtures**