1:56 AM
12/18/09
Cash Basis

**My Ranch Inc**
**Income for**
**November 2009**

Exhibit B

| Type | Date | Memo | Clr | Split | Original Amount |
|---|---|---|---|---|---|
| **46000 · Merchandise Sales** | | | | | |
| Deposit | 11/02/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,134.42 |
| Deposit | 11/02/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,637.28 |
| Deposit | 11/02/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,373.14 |
| Deposit | 11/03/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,366.68 |
| Deposit | 11/04/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,035.91 |
| Deposit | 11/05/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,533.49 |
| Deposit | 11/06/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,339.60 |
| Deposit | 11/09/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,455.02 |
| Deposit | 11/09/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,778.30 |
| Deposit | 11/09/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,646.03 |
| Deposit | 11/10/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,175.52 |
| Deposit | 11/12/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,563.40 |
| Deposit | 11/12/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,607.91 |
| Deposit | 11/13/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,723.32 |
| Deposit | 11/16/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,405.32 |
| Deposit | 11/16/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,806.35 |
| Deposit | 11/16/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,334.82 |
| Deposit | 11/17/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,841.06 |
| Deposit | 11/18/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,063.01 |
| Deposit | 11/19/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,730.03 |
| Deposit | 11/20/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,298.90 |
| Deposit | 11/23/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,523.44 |
| Deposit | 11/23/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,110.04 |
| Deposit | 11/23/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 2,706.22 |
| Deposit | 11/24/2009 | Direct Deposit | | 10007 · Merchant Account - Charter One | 1,692.41 |
| Deposit | 11/25/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 1,789.81 |
| Deposit | 11/27/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 1,109.96 |
| Deposit | 11/27/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 3,199.72 |
| Deposit | 11/30/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 955.06 |
| Deposit | 11/30/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 1,034.10 |
| Deposit | 11/30/2009 | Direct Deposit | | 10003 · DIP Merchant Acct-Charter One | 1,355.45 |
| General Journal | 11/30/2009 | Record cash sales for the month | | 10200 · Cash on Hand | 41,786.30 |
| **Total 46000 · Merchandise Sales** | | | | | **97,134.22** |

*Exhibit B*

|  | Sep 30, 09 | Oct 31, 09 | Nov 30, 09 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 10000 · DIP Operating- Charter One Bank | 0.00 | 4,901.51 | -2,396.37 |
| 10001 · DIP Payroll - Charter One Bank | 0.00 | 88.64 | -960.09 |
| 10003 · DIP Merchant Acct-Charter One | 0.00 | -639.81 | 123.78 |
| 10005 · Operating Acct - Charter One | -40.00 | -50.00 | -50.00 |
| 10006 · Charter One Checking | -1,641.36 | 878.75 | 239.08 |
| 10007 · Merchant Account - Charter One | 2,696.57 | 1,140.83 | -47.88 |
| 10008 · Charter One Payroll Account | -39.74 | -49.74 | -50.00 |
| 10200 · Cash on Hand | 0.00 | 7,467.28 | 18,789.40 |
| **Total Checking/Savings** | 975.47 | 13,737.46 | 15,647.92 |
| **Total Cash** | 975.47 | 13,737.46 | 15,647.92 |
| **TOTAL CASH** | 975.47 | 13,737.46 | 15,647.92 |
|  | 975.47 | 13,737.46 | 15,647.92 |
| Cash on Hand at Start of Month | | 975.47 | 13,737.46 |
| Income | | 86,220.90 | 97,134.22  *Exhibit B* |
| Expenses | | 73,458.91 | 95,223.76  *Exhibit C* |
| Cash on Hand at end of Month | | 13,737.46 | 15,647.92 |