2:03 AM
12/18/09
Cash Basis

**My Ranch Inc**
**Expenses Paid in the Month of November 30, 2009**

Exhibit C

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 11/02/2009 | 1038 | | DPI Midwest | Check | ✓ | 14000 · Inventory | 577.32 |
| Check | 11/03/2009 | 1005 | | George Theohans | Check | ○ | 14000 · Inventory | 4,630.00 |
| Check | 11/03/2009 | 1006 | | Fresh & Pure | Check | ○ | 14000 · Inventory | 512.54 |
| Check | 11/05/2009 | 1008 | | DPI Midwest | Check | ○ | 14000 · Inventory | 2,045.60 |
| Check | 11/05/2009 | 1007 | | Hinkley Springs | Check | ○ | 14000 · Inventory | 900.00 |
| Check | 11/06/2009 | 1009 | | Windy City Deli | Payee:DDA CHECK | ○ | 14000 · Inventory | 167.09 |
| Check | 11/09/2009 | 1012 | | Nicole's Crackers | Check | ○ | 14000 · Inventory | 127.20 |
| Check | 11/10/2009 | 1013 | | Fresh & Pure | Check | ○ | 14000 · Inventory | 286.60 |
| Check | 11/11/2009 | 1014 | | 7 up | Check | ○ | 14000 · Inventory | 396.66 |
| Check | 11/11/2009 | 1015 | | Dutch Farms | Check | ○ | 14000 · Inventory | 1,934.45 |
| Check | 11/12/2009 | 1017 | | Economy Packing Co | Check | ○ | 14000 · Inventory | 2,600.00 |
| Check | 11/16/2009 | | | Geko Distributors | Withdrawal | ○ | 14000 · Inventory | 2,000.00 |
| Check | 11/17/2009 | 1019 | | Fortune Fish Company | Check | ○ | 14000 · Inventory | 255.19 |
| Check | 11/18/2009 | 1022 | | Fortune Fish Company | Check | ○ | 14000 · Inventory | 26.10 |
| Check | 11/18/2009 | 1023 | | Geko Distributors | Check | ○ | 14000 · Inventory | 5,000.00 |
| Check | 11/18/2009 | 1020 | | Raciante | Check | ○ | 14000 · Inventory | 467.15 |
| Check | 11/18/2009 | 1021 | | Esala Imports | Check | ○ | 14000 · Inventory | 905.30 |
| Check | 11/19/2009 | 1027 | | Ken Young Distribution | Check | ○ | 14000 · Inventory | 512.00 |
| Check | 11/19/2009 | 1029 | | DPI Midwest | Check | ○ | 14000 · Inventory | 1,252.90 |
| Check | 11/19/2009 | 1028 | | Athenian Foods | Check | ○ | 14000 · Inventory | 241.71 |
| Check | 11/19/2009 | 1025 | | Windy City Deli | Check | ○ | 14000 · Inventory | 523.43 |
| Check | 11/19/2009 | 1026 | | Dutch Farms | Check | ○ | 14000 · Inventory | 819.95 |
| Check | 11/20/2009 | 1034 | | Pepsi | Check | ○ | 14000 · Inventory | 301.60 |
| Check | 11/20/2009 | 1032 | | Gourmet International | Check | ○ | 14000 · Inventory | 813.39 |
| Check | 11/20/2009 | 1031 | | Fresh & Pure | Check | ○ | 14000 · Inventory | 1,029.18 |
| Check | 11/23/2009 | 1035 | | European Imports | Check | ○ | 14000 · Inventory | 112.90 |
| Check | 11/23/2009 | 1036 | | Daily Meat Supply | Check | ○ | 14000 · Inventory | 1,967.34 |
| Check | 11/24/2009 | 1039 | | Papa Nichols Co | Check | ○ | 14000 · Inventory | 250.00 |
| Check | 11/25/2009 | 1042 | | Fresh & Pure | Check | ○ | 14000 · Inventory | 636.79 |
| Check | 11/27/2009 | 1043 | | Dutch Farms | Check | ○ | 14000 · Inventory | 1,125.34 |
| Check | 11/27/2009 | | | Geko Distributors | Withdrawal | ○ | 14000 · Inventory | 2,100.00 |
| Check | 11/30/2009 | 1044 | | Geko Distributors | Check | ○ | 14000 · Inventory | 5,000.00 |
| Check | 11/30/2009 | 1046 | | Sunrise | Check | ○ | 14000 · Inventory | 70.00 |
| Check | 11/30/2009 | 1045 | | Lipan Foods | Check | ○ | 14000 · Inventory | 1,620.12 |
| Check | 11/03/2009 | 1005 | | Sam's Club | Check | ○ | 14000 · Inventory | 179.86 |
| Check | 11/04/2009 | | | Clark American | Preauthorized Debit | ○ | 14000 · Inventory | 139.37 |
| Check | 11/05/2009 | 1007 | | Sam's Club | Check | ○ | 14000 · Inventory | 154.87 |
| Check | 11/05/2009 | 1006 | | Sam's Club | Check | ○ | 14000 · Inventory | 229.02 |
| Check | 11/20/2009 | 1030 | | Mid City Distribution | Check | ○ | 60000 · Advertising and Promotion | 325.00 |
| Check | 11/23/2009 | 1037 | | George's Sign Service | Check | ○ | 60000 · Advertising and Promotion | 432.00 |
| Check | 11/27/2009 | | | U-Haul Ctr | DBT Purchase | ○ | 60200 · Automobile Expense | 80.00 |
| Deposit | 11/27/2009 | | | U-Haul Ctr | DBT Return | ○ | 60200 · Automobile Expense | -22.58 |
| Check | 11/30/2009 | | | | Service Charge | ○ | 60400 · Bank Service Charges | 1.00 |
| Check | 11/30/2009 | | | | Service Charge | ○ | 60400 · Bank Service Charges | 1.00 |

2:03 AM
12/18/09
Cash Basis

# My Ranch Inc
## Expenses Paid in the Month of November 30, 2009

Exhibit C

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 11/03/2009 | | | | Insufficient Funds Fee | o | 60400 · Bank Service Charges | 25.00 |
| Check | 11/30/2009 | | | | Service Charge | o | 60400 · Bank Service Charges | 1.00 |
| Check | 11/30/2009 | | | Comcast | Preauthorized Debit | o | 61700 · Computer and Internet Expenses | 79.72 |
| Check | 11/25/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 31.20 |
| Check | 11/27/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 19.69 |
| Check | 11/27/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 50.90 |
| Check | 11/30/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 19.46 |
| Check | 11/30/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 20.62 |
| Check | 11/30/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | o | 62300 · Credit Card Processing Fees | 28.33 |
| Check | 11/02/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 25.27 |
| Check | 11/02/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 30.63 |
| Check | 11/02/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 34.46 |
| Check | 11/03/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 33.23 |
| Check | 11/04/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 30.56 |
| Check | 11/05/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 26.86 |
| Check | 11/06/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 29.40 |
| Check | 11/09/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 27.15 |
| Check | 11/09/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 33.14 |
| Check | 11/09/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 44.72 |
| Check | 11/10/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 34.78 |
| Check | 11/12/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 27.91 |
| Check | 11/12/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 33.93 |
| Check | 11/13/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 26.74 |
| Check | 11/16/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 31.55 |
| Check | 11/16/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 33.36 |
| Check | 11/16/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 38.56 |
| Check | 11/17/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 31.84 |
| Check | 11/18/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 34.02 |
| Check | 11/19/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 27.84 |
| Check | 11/20/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 23.25 |
| Check | 11/23/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 28.48 |
| Check | 11/23/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 38.70 |
| Check | 11/23/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 39.17 |
| Check | 11/24/2009 | | | Rbs Worldpay Bnkcrd Dep | Preauthorized Debit | | 62300 · Credit Card Processing Fees | 27.93 |
| Check | 11/08/2009 | 1010 | | American Security Insurance | Check | o | 63300 · Insurance Expense | 193.00 |
| Check | 11/04/2009 | | | Clark American | Preauthorized Debit | o | 64900 · Office Supplies | 194.42 |
| Check | 11/06/2009 | 1011 | | Chicago Equipment Supply | Check | o | 64900 · Office Supplies | 623.62 |
| Check | 11/20/2009 | 1033 | | Label Force | Check | | 64900 · Office Supplies | 300.00 |
| Check | 11/28/2009 | 1018 | | Chicago Equipment Supply | Check | | 64900 · Office Supplies | 500.00 |
| Check | 11/10/2009 | | | Paychex | Preauthorized Debit | o | 66001 · Payroll processing expense | 31.74 |
| Check | 11/19/2009 | | | Raincoat Maintenance | Preauthorized Debit | | 67200 · Repairs and Maintenance | 447.66 |
| General Journal | 11/06/2009 | 2009-PR1106 | ✓ | | -MULTIPLE- | o | 67300 · Salaries and Wages | 2,536.57 |
| General Journal | 11/13/2009 | 2009-PR1113 | ✓ | | -MULTIPLE- | o | 67300 · Salaries and Wages | 1,434.61 |
| General Journal | 11/20/2009 | 2009-PR1120 | ✓ | | -MULTIPLE- | | 67300 · Salaries and Wages | 1,950.93 |
| General Journal | 11/27/2009 | 2009-PR1127 | ✓ | | -MULTIPLE- | | 67300 · Salaries and Wages | 2,727.93 |

Page 2 of 3

*Exhibit C*

2:03 AM
12/18/09
Cash Basis

# My Ranch Inc
## Expenses Paid in the Month of November 30, 2009

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 11/30/2009 | | | Fiesta Mexicana | DBT Purchase | ✓ | 69600 · Uncategorized Expenses | 59.85 |
| Check | 11/17/2009 | | | Cash for Expenses | Withdrawal | o | Rent $10,200 Partial loan payment $1800 | 12,000.00 |
| Check | 11/06/2009 | 110509 | | Charter One Bank | Preauthorized Debit | o | Payroll taxes | 1,060.39 |
| Check | 11/13/2009 | 111209 | | Charter One Bank | Preauthorized Debit | o | Payroll taxes | 466.35 |
| Check | 11/20/2009 | 111909 | | Charter One Bank | Preauthorized Debit | o | Payroll taxes | 554.97 |
| Check | 11/27/2009 | 112609 | | Charter One Bank | Preauthorized Debit | o | Payroll taxes | 881.24 |
| General Journal | 11/30/2009 | 2009-11CR | ✓ | | Record cash payments to vendors | | See Detailed Sheet Exhib 17 C-1 | 26,750.18 |

Total Expenses 95,223.76

Page 3 of 3

Exhibit C-1

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

| November 2009 | | Amount |
|---|---|---|
| 11/1/2009 | El Milagro Tortillas | $ 150.20 |
| 11/1/2009 | Six corner Bakery | $ 8.75 |
| 11/1/2009 | La briola Bakery | $ 500.00 |
| 11/1/2009 | chicago lsun times | $ 11.53 |
| 11/2/2009 | George Weston Bakery | $ 119.77 |
| 11/2/2009 | six corner bakery | $ 7.00 |
| 11/2/2009 | earthgrains bakery | $ 18.42 |
| 11/2/2009 | turano bakery | $ 17.78 |
| 11/3/2009 | Frito lay Chips | $ 200.00 |
| 11/3/2009 | Jetro Cash/Carry Grocery | $ 338.00 |
| 11/3/2009 | six corner bakery | $ 20.75 |
| 11/3/2009 | george weston bakery | $ 119.77 |
| 11/4/2009 | six corner bakery | $ 12.00 |
| 11/4/2009 | jetro cash /carry | $ 373.86 |
| 11/4/2009 | lifeway foods | $ 124.60 |
| 11/5/2009 | Parker House Sausage | $ 39.00 |
| 11/5/2009 | El Milagro Tortillas | $ 46.00 |
| 11/5/2009 | Chicago Baking Co. | $ 81.75 |
| 11/5/2009 | Other Bread Co. | $ 169.00 |
| 11/5/2009 | Meat house | $ 240.00 |
| 11/5/2009 | Chicago Baking Co. | $ 79.00 |
| 11/5/2009 | six corner bakery | $ 9.25 |
| 11/5/2009 | little debbie | $ 28.40 |
| 11/5/2009 | turano bakery | $ 34.10 |
| 11/5/2009 | t & J meats | $ 240.00 |
| 11/5/2009 | frito lay | $ 172.27 |
| 11/6/2009 | bimbo bakeries | $ 75.72 |
| 11/6/2009 | staples supplies | $ 31.96 |
| 11/6/2009 | reynaldo's painting | $ 75.00 |
| 11/6/2009 | Today's Temptations | $ 85.00 |
| 11/6/2009 | chicago baking co. | $ 81.75 |
| 11/6/2009 | six corner bakery | $ 15.45 |
| 11/6/2009 | alpha baking co | $ 32.24 |
| 11/6/2009 | el milagro tortillas | $ 46.56 |
| 11/6/2009 | parker house sausage | $ 38.90 |
| 11/7/2009 | todays temptations | $ 85.00 |
| 11/8/2009 | el milagro tortillas | $ 52.00 |
| 11/9/2009 | Todays Temptation | $ 100.00 |
| 11/9/2009 | six corner  bakery | $ 16.25 |
| 11/9/2009 | Frito lay Chips | $ 105.00 |

Exhibit C-1

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

November 2009

| Date | Vendor | Amount |
|---|---|---|
| 11/9/2009 | superior knife co | $ 25.00 |
| 11/10/2009 | El Milagro Tortillas | $ 52.40 |
| 11/10/2009 | Greco Foods | $ 86.79 |
| 11/10/2009 | six corner bakery | $ 16.25 |
| 11/11/2009 | Tropicana | $ 235.00 |
| 11/11/2009 | frito lay | $ 150.57 |
| 11/11/2009 | greco foods | $ 86.79 |
| 11/11/2009 | six corner bakery | $ 10.00 |
| 11/11/2009 | lifeway foods | $ 81.90 |
| 11/12/2009 | Earthgrains Bakery | $ 14.02 |
| 11/12/2009 | Mounsef International | $ 24.06 |
| 11/12/2009 | six corner bakery | $ 6.10 |
| 11/12/2009 | Mounsef International | $ 24.06 |
| 11/12/2009 | bimbo bakerys | $ 25.13 |
| 11/12/2009 | tropicana | $ 245.49 |
| 11/12/2009 | turano bakery | $ 10.88 |
| 11/13/2009 | Window Cleaning/Paintings | $ 140.00 |
| 11/13/2009 | garbage disposal | $ 100.00 |
| 11/13/2009 | Staples Supplies | $ 46.41 |
| 11/13/2009 | El milagro Tortillas | $ 52.18 |
| 11/13/2009 | Perfect Pasta | $ 146.50 |
| 11/13/2009 | six corner bakery | $ 7.25 |
| 11/13/2009 | chicago baking co | $ 85.16 |
| 11/13/2009 | george weston bakery | $ 149.65 |
| 11/13/2009 | alpha baking co | $ 54.46 |
| 11/14/2009 | Six Corner Bakery | $ 67.25 |
| 11/14/2009 | Window Cleaning | $ 20.80 |
| 11/14/2009 | sunrise foods | $ 20.80 |
| 11/14/2009 | today temptations bakery | $ 67.50 |
| 11/14/2009 | chicago tribune | $ 3.00 |
| 11/15/2009 | chicago sun times | $ 14.77 |
| 11/15/2009 | el milagro tortillas | $ 11.20 |
| 11/16/2009 | Alpha Baking Co. | $ 75.00 |
| 11/16/2009 | Chicago Baking Co. | $ 25.00 |
| 11/16/2009 | Todays Temptations | $ 100.00 |
| 11/16/2009 | chicago sun times | $ 11.56 |
| 11/17/2009 | Lifeway kefir | $ 112.20 |
| 11/17/2009 | frito lay | $ 306.83 |
| 11/17/2009 | todays temptations | $ 80.00 |
| 11/17/2009 | sunrise | $ 60.00 |
| 11/17/2009 | james dade & Co. | $ 300.00 |
| 11/17/2009 | el milagro tortillas | $ 55.22 |

Exhibit C-1

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors
November 2009

| Date | Vendor | Amount |
|---|---|---|
| 11/17/2009 | six corner bakery | $ 9.00 |
| 11/18/2009 | Greco & Sons | $ 143.80 |
| 11/18/2009 | Egg Cream America | $ 24.00 |
| 11/18/2009 | Tropicana Inc. | $ 249.79 |
| 11/18/2009 | Parker House | $ 39.94 |
| 11/18/2009 | crafty beaver | $ 16.00 |
| 11/18/2009 | six corner bakery | $ 18.75 |
| 11/18/2009 | lifeway foods | $ 112.20 |
| 11/18/2009 | chicago tribune | $ 4.06 |
| 11/19/2009 | U.S. Cellular | $ 354.65 |
| 11/19/2009 | rapid circular press | $ 970.00 |
| 11/19/2009 | Greco Inc. | $ 315.65 |
| 11/19/2009 | gelato uno | $ 250.00 |
| 11/19/2009 | bimbo bakeries | $ 74.60 |
| 11/19/2009 | mounsef international | $ 24.09 |
| 11/19/2009 | tropicana | $ 249.79 |
| 11/20/2009 | earthgrains bakery | $ 20.41 |
| 11/20/2009 | El Milagro Tortillas | $ 49.52 |
| 11/20/2009 | greco foods | $ 315.65 |
| 11/20/2009 | george weston bakery | $ 226.22 |
| 11/20/2009 | alpha baking co | $ 21.71 |
| 11/20/2009 | parker house sausage | $ 39.34 |
| 11/21/2009 | menards | $ 123.58 |
| 11/21/2009 | geko distributors | $ 481.40 |
| 11/22/2009 | six corner bakery | $ 4.50 |
| 11/22/2009 | el milagro tortillas | $ 61.88 |
| 11/22/2009 | chicago tribune | $ 7.25 |
| 11/23/2009 | Sunrise | $ 50.00 |
| 11/23/2009 | six corner bakery | $ 7.50 |
| 11/23/2009 | superior knife | $ 25.00 |
| 11/24/2009 | home depot | $ 104.66 |
| 11/24/2009 | uhaul rental | $ 74.75 |
| 11/24/2009 | kennicott brothers flowers | $ 313.94 |
| 11/24/2009 | el milagro tortillas | $ 61.74 |
| 11/24/2009 | todays temptations bakery | $ 95.00 |
| 11/24/2009 | chicago baking co | $ 93.99 |
| 11/25/2009 | bimbo bread | $ 90.00 |
| 11/25/2009 | tropicana | $ 163.89 |
| 11/25/2009 | one stop foods | $ 3.24 |
| 11/25/2009 | six corner bakery | $ 10.75 |
| 11/25/2009 | frito lay | $ 198.88 |
| 11/25/2009 | reggios pizza | $ 160.80 |

Exhibit C-1

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

November 2009

| Date | Vendor | Amount |
|---|---|---|
| 11/26/2009 | El Milagro | $ 55.76 |
| 11/26/2009 | bimbo bakeries | $ 89.36 |
| 11/26/2009 | six corner bakery | $ 12.00 |
| 11/27/2009 | Todays temptation | $ 100.00 |
| 11/28/2009 | George Weston Bakery | $ 224.74 |
| 11/28/2009 | Alpha Baking Co. | $ 46.49 |
| 11/28/2009 | six corner bakery | $ 19.00 |
| 11/28/2009 | todays temptation | $ 95.00 |
| 11/29/2009 | el milagro tortillas | $ 19.25 |
| 11/29/2009 | chicago sun times | $ 10.88 |
| 11/30/2009 | El Milagro | $ 46.56 |
| 11/30/2009 | Todays Temptation | $ 57.50 |
| 11/30/2009 | Chicago Baking Co. | $ 12.25 |
|  |  | $ 13,659.92 |
| 11/1 - 11/30/09 | Casual Labor | $ 13,090.26 |
|  | Total cash expenditures | $ 26,750.18 |

To Exhibit E, Page 3