EXHIBIT D

My Ranch, Inc.
Unpaid invoices for the month of November
dated 9/25/09 - 11/30/09

| vendor | Amount |
|---|---|
| American Nut Candy | $ 464.41 |
| Chicagoland Equip. | $ 3,059.89 |
| Daily Meat Supply | $ 3,430.65 |
| DPI | $ 659.56 |
| Dutch Farms | $ 659.04 |
| Eagle Distributors | $ 332.95 |
| Economy Packing | $ 5,705.23 |
| Fresh N Pure | $ 772.10 |
| Grab em Snacks | $ 169.97 |
| GreenRidge Farms | $ 480.71 |
| Hinckley Springs | $ 325.00 |
| Joe N Ross | $ 2,393.62 |
| Kraft Pizza | $ 311.88 |
| La Briolla | $ 766.49 |
| Lipan Foods | $ 809.21 |
| Papa Nicholas Co. | $ 181.70 |
| Rapid Circular Press | $ 850.00 |
| Windy City Deli | $ 815.00 |
| Total | $ 22,187.41 |