WWR# 07895432

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: My Ranch, Inc.

                          Case No. 09-35697
        Debtor,         Chapter 11
                          Hon. Jack B. Schmetterer

_____/

## MOTION TO EXTEND DEADLINE TO FILE OBJECTION TO DISCHARGE OF DEBTS OR DISCHARGEABILITY OF A DEBT

Comes now The Huntington National Bank ("HNB"), by and through its counsel, Monette Cope, of Weltman, Weinberg and Reis, and states as follows:

1. Debtor filed for relief under Chapter 11 on September 25, 2009.

2. The last date to object to dischargeability of a debt or the debtor's discharge is January 4, 2010.

3. It has just come to HNB's attention that Cecelia Johnson, Debtor in 09-37011 NDIL, sold all her shares in My Ranch, Inc. to Rasheeda Oghafua in 2008, making Oghafua the sole shareholder of My Ranch, Inc.

4. The transfer of shares is not listed in Ms. Johnson's statement of financial affairs.

5. Ms. Johnson signed two equipment leases as President of My Ranch, Inc. on November 7, 2008 and December 23, 2008.

6. HNB needs to investigate the circumstances surrounding the sale of Ms. Johnson's shares and her signing of two leases with HNB in late 2008.

7. HNB needs additional time to conduct an investigation and/or propound discovery to determine whether to file a complaint for non dischargabilty against Ms. Johnson and/or My Ranch, Inc.

dischargeability of the debt to continue settlement negotiations.

WHEREFORE The Huntington National Bank requests that the Bankruptcy Court enter an order extending the deadline to object to discharge or to determine the dischargeability of a debt until March 12, 2010 and for such other and further relief as this Court deems just.

        Respectfully submitted,

        **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: January 4, 2010        By: /s/ Monette Cope
        Monette Cope
        180 N. LaSalle Street, Suite 2400
        Chicago, IL 60601
        Phone: 312-253-9624
        ARDC #6198913
        Attorney for Creditor
        The Huntington National Bank

## PROOF OF SERVICE

Creditor The Huntington National Bank filed a Motion for Adequate Protection, or in the Alternative, Motion for Relief from the Automatic Stay. All parties were served a copy of the motion on <u>January 4, 2010.</u> The Motion was served upon Debtor(s) and unrepresented Creditors by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

My Ranch, Inc.
4650 N. Sheridan Road
Chicago, IL  60603

Forrest L. Ingram
Attorney for Debtor
79 W. Monroe Street, Ste. 900
Chicago, IL  60603

U.S. Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL  60604

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

By: /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Phone: 312-253-9635
ARDC #6198913

WWR# 07895432

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: My Ranch, Inc.

        Debtor,        Case No. 09-35697
                              Chapter 11
                              Hon Jack B. Schmetterer

_____/

### NOTICE OF HEARING

TO:    My Ranch, Inc.                    Forrest L. Ingram
         4650 N. Sheridan Road         Attorney for Debtor
         Chicago, IL 60603               79 W. Monroe Street, Ste. 900
                                                    Chicago, IL 60603

                                                    U.S. Trustee
                                                    227 West Monroe St., Suite 3350
                                                    Chicago, IL 60604

PLEASE TAKE NOTICE that The Huntington National Bank's Motion for Relief from the Automatic Stay shall be brought on for hearing at 9:30 a.m. on January 12, 2010, or as soon thereafter as counsel may be heard before the Honorable Judge Jack B. Schmetterer at:

219 South Dearborn Street, Chicago, IL 60604, Courtroom 682

                                                    Respectfully submitted,

                                                    **WELTMAN, WEINBERG & REIS CO., L.P.A.**

---

Date: January 4, 2010                 By:  /s/ Monette Cope
                                                    Monette Cope
                                                    180 N. LaSalle Street, Suite 2400
                                                    Chicago, IL 60601
                                                    Phone: 312-253-9624
                                                    ARDC #6198913
                                                    Attorney for Creditor
                                                    The Huntington National Bank