WWR# 07895432

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: My Ranch, Inc.

          Debtor,

Case No. 09-35697
Chapter 11
Hon. Jack B. Schmetterer

_____/

### ORDER EXTENDING DEADLINE TO FILE OBJECTION TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

This matter came on for consideration upon the Motion of The Huntington National Bank to extend deadline to object to discharge or to determine the dischargeability of debts, due notice being served, the Court being fully advised:

IT IS ORDERED: that the Deadline to file an adversary complaint objecting to the Debtor's discharge or to determine the dischargeability of the Debt between the Debtor and Sterling, Inc. is extended until March 12, 2010.

Entered: _____          _____
                                                  Jack B. Schmetterer, Judge
                                                  United States Bankruptcy Court