IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: February 9, 2010 at 10:00 a.m. |

**ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES IN CASE NO. 09-37011 OF FORREST L. INGRAM, P.C.**

THIS MATTER came to be heard on the First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses in Case No. 09-37011 of Forrest L. Ingram, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$8,773.50** of the professional compensation requested for the time period beginning October 5, 2009 and ending December 31, 2009.

2. FORREST L. INGRAM, P.C. is awarded **$1,166.06** for reimbursement of expenses for the time period beginning October 5, 2009 and ending December 31, 2009.

3. FORREST L. INGRAM, P.C. is authorized to apply the pre-petition fee retainer of $6,050.00 towards the amounts awarded.

4. DEBTOR Cecilia N. Johnson is authorized and directed to pay FORREST L. INGRAM, P.C. the sum of **$3,889.56** in remaining professional fees.

Dated:                                                    BY THE COURT:

                                                          _____

This Order was prepared by:                               The Honorable Jack B. Schmetterer
Forrest L. Ingram, P.C.                                   U.S. Bankruptcy Judge