# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 09 B 35697 |
| | ) | |
| MY RANCH, INC., | ) | Hon. Jack B. Schmetterer |
|    d/b/a Fresh Harvest Market, | ) | |
| | ) | |
| Debtor. | ) | Ch. 11 |

## NOTICE OF MOTION

To:   See attached Service List:

**PLEASE TAKE NOTICE** that on February 11, 2010 at 10:00 a.m., the undersigned shall appear before the Honorable Jack B. Schmetterer, Courtroom 682, U.S. Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, and there present the

## ILLINOIS DEPARTMENT OF REVENUE'S MOTION TO DISMISS,

a copy of which is attached and served upon you.

        LISA MADIGAN
        Illinois Attorney General

By:  /s/ Faith Dolgin
      Faith Dolgin, SPAAG
      100 W. Randolph St., 13th Floor
      Chicago, Illinois  60601
      312.814.5195 / 312.814.3589 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served a copy of this Notice of Motion and the document therein mentioned on the parties set forth on the Service List, by the method therein described, January 20, 2010.

        /s/ Faith Dolgin
        Faith Dolgin

**SERVICE LIST**

**Via Electronic Mail Notice to ECF Registrants:**

The following is the list of parties who are currently on the list to receive e-mail notices for this case:

- Vincent T Borst     vtborst@borstcollins.com, jgaylord@borstcollins.com
- Monette W Cope     mcope@weltman.com, suwilliams@weltman.com
- David L Hazan     dlhazan@divergrach.com
- Forrest L Ingram     fingram@fingramlaw.com
- William T Neary     USTPRegion11.ES.ECF@usdoj.gov
- David P. Vallas     vallas@wildman.com, fleming@wildman.com;ecf-filings@wildman.com

**Via U.S. Mail:**  (See creditor list on following pages)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-35697<br>Northern District of Illinois<br>Chicago<br>Thu Jan 14 14:22:52 CST 2010 | My Ranch, Inc<br>4650 N. Sheridan Road<br>Chicago, IL 60640-5020 | National City Commercial Capital Company, LL<br>c/o Borst & Collins, LLC<br>180 N. Stetson St.<br>Suite 3050<br>Chicago, IL 60601-6718 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACC Capital<br>c/o Kennet Donke<br>7220 W. 194th St. Suite 105<br>Tinley Park, IL 60487-9228 | AEL Financing<br>600 N Buffalo Grove Rd<br>Buffalo Grove, IL 60089-2434 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Allied Waste Service<br>2608 S Damen<br>Chicago, IL 60608-5209 | America United Bank<br>321 W. Golf Road<br>Schaumburg, IL 60196-1085 |
| American Credit System<br>400 W lake Street<br>PO Box 72849<br>Roselle, IL 60172-0849 | American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | Apartment 301<br>4650 N Sheridan<br>Chicago, IL 60640-5020 |
| Apartment 302<br>4650 N Sheridan<br>Chicago, IL 60640-5020 | Apartment 303<br>4650 N Sheridan<br>Chicago, IL 60640-5020 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884-0001 |
| Bank of America Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | Bank of the West<br>C/O Kenneth Donkel<br>7220 W 194th St Ste 105<br>Tinley Park, IL 60487-9228 | Borst & Collins, LLC<br>180 N. Stetson Ave.<br>Suite 3050<br>Chicago, IL 60601-6718 |
| Bret Rappaport<br>2610 Lake Cook<br>Riverwoods, IL 60015-5711 | CIT Technology Fin Serv, Inc<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | CIT Technology Fin. Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| CIT Technology Financing Services Inc<br>Bankruptcy Processing Solutions Inc<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258-3941 | Cecela Johnson<br>6448 S. Eberhart Ave,<br>Chicago, IL 60637-3325 | Cecelia Johnson<br>6448 S. Eberhart<br>Chicago, IL 60637-3325 |
| Cecelia Johnson<br>6448 S. Eberhart Ave.<br>Chicago, IL 60637-3325 | Cecelia Johnson<br>6448 S. Ebrhart Ave.<br>Chicago, IL 60637-3325 | Cecelia N. Johnson<br>6548 S. Eberhart Ave.<br>Chicago, IL 60637-3206 |
| Charter One<br>PO Box 18204<br>Bridgeport, CT 06601-3204 | Charter One Bank<br>1215 Superior Avenue<br>Cleveland, OH 44114-3299 | Chase Bank<br>PO Box 15548<br>Wilmington, DE 19886-5548 |

| | | |
|---|---|---|
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Chase Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19886-5298 | Chase Cardmember Service<br>PO Box 15548<br>Wilmington, DE 19886-5548 |
| Churchhill Quinn Richtman & Hamilton LTD<br>2 S Whitney<br>POB 284<br>Grayslake, IL 60030-0284 | Cit. Tech. Fin. Serv. Corp.<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Citizens Capital / Coactive Partner<br>328 S Saginaw St<br>Flint, MI 48502-1923 | Citizens Leasing<br>328 S Saginaw Street<br>Flint, MI 48502-1940 | City of Chicago<br>Department of Revenue<br>333 S State St LL<br>Chicago, IL 60604-3900 |
| CoActiv Capital Partners, Inc.<br>c/o Deeb, Petrakis, Blum & Murphy, P.C.<br>1601 Market Street, Suite 2600<br>Philadelphia, PA 19103-2349 | Coca Cola Enerprises Inc<br>521 Lake Kathy Drive<br>Brandon, FL 33510-3945 | Curchill, Quinn, Richtman, Hamilton<br>Two South Whitney<br>PO Box 284<br>Grayslake, IL 60030-0284 |
| David Hazen<br>Diver Grach Quade & Masini<br>111 N. County St.<br>Waukegan, IL 60085-4325 | David P Vallas<br>Coactive Capital Partners Inc<br>225 W Wacker Dr Ste 2800<br>Chicago, IL 60606-1228 | Dean Dairy Holdings LLC dba Dean IL Dairies<br>c/o Alex D Madrazo<br>2515 McKinney Ave, Ste 1200<br>Dallas, TX 75201-1945 |
| Dean Food Co<br>3600 N River Road<br>Franklin Park, IL 60131-2185 | Dietz & Kolodenko<br>2404 S Wolcott<br>Units 24 & 25<br>Chicago, IL 60608-5300 | Ervin Leasing<br>3893 Research Park Drive<br>Ann Arbor, MI 48108-2217 |
| Everday Fresh<br>PO Box 656<br>Lemont, IL 60439-0656 | Evergreen Produce<br>2404 S wolcott Ave<br>Units 8 & 9<br>Chicago, IL 60608-5300 | Fifth Third Bank<br>5001 Kingsley Dr.<br>Cincinnati, OH 45227-1114 |
| Fifth Third Bank<br>Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546-6253 | Fifth Third Bank<br>Business Mastercard<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 | Fifth Third Bank<br>P.O. Box 740789<br>Cincinnati, OH 45274-0789 |
| First Equity Cards<br>Po Box 84075<br>Columbus, GA 31908-4075 | George S. May International Co.<br>303 S. Northwest Hwy.<br>Park Ridge, IL 60068-4232 | Global Communication<br>PO Box 715248<br>Columbus, OH 43271-5248 |
| Great America Leasing<br>625 First Street S.E. Suite 800<br>Cedar Rapids, IA 52401-2031 | GreatAmerica Leasing Corporation<br>Po Box 609<br>Cedar Rapids, IA 52406-0609 | Harris Bank<br>Bankruptcy Department<br>150 West Wilson<br>Palatine, IL 60067-0926 |

Huntington
105 East Forth St.
Suite 200
Cincinnati, OH 45202

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338


Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612-3200

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Irwin Naturals
5310 Beethoven St
Los Angeles, CA 90066-7015


J P Morgan Chase Bank
25 East Washington St. Suite 1000
Chicago, IL 60602-1705

J.P. Morgan Chase Bank
P.O. Box 260180
Baton Rouge, LA 70826-0180

JP Morgan Chase Bank
702 Mail St 4th Floor N
Attn Bankruptcy Dept
Houston, TX 77002-3201


JP Morgan Chase Bank
712 Mail St 4th Floor N
Attn Bankruptcy Dept
Houston, TX 77002-3231

Key Equipment Finance
26000 Cannon Road
Cleveland, OH 44146-1807

Key Equipment Finance
600 Travis, Suite 1300
Houston, TX 77002-3005


Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027-9456

Leaf
PO Box 644006
Cincinnati, OH 45264-0309

Leaf Financial
PO Box 644006
Cincinnati, OH 45264-0309


Leaf Fnancial
PO Box 644006
Cincinnati, OH 45264-0309

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Marlin Leasing
PO box 13604
Philadelphia, PA 19101-3604


Martin Weisenburger
8630 Wheeler Dr
Orland, Park, IL 60462-4704

McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146-1807

Michael J Navillo & Sons
2404 S Wolcott Ave
Unit 26-27
Chicago, IL 60608-5343


Midwest Ice Cream Co LLC
c/o Alex D Madrazo
2515 McKinney Ave, Ste 1200
Dallas, TX 75201-1945

National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

National City Commercial Capital Co
995 Dalton Ave
Cincinnati, OH 45203-1101


National City Commercial Capital Co
c/o Borst & Collinjs
180 N. Stetson Ave., Ste 3050
Chicago, IL 60601-6718

National City Commercial Capital Co
c/o Borst & Collins
180 N. Stetson Ave., Ste 3050
Chicago, IL 60601-6718

Nealy Foods
900 W Fulton St
Chicago, IL 60607


PNCEF, LLC dba PNC Equipment Finance
995 Dalton Avenue
Cincinnati, OH 45203-1101

Popular Leasing USA
3000 Dundee Rd., Ste 301
Northbrook, IL 60062-2434

QuickLease Powered by Coactive
655 Business Center Drive
Suite 250
Horsham, PA 19044-3448

| | | |
|---|---|---|
| Supervalu Foods<br>11840 Valley View Road<br>Eden Prairie, MN 55344-3691 | Swift Financial / M&I Bank<br>PO Box 3025<br>Milwaukee, WI 53201-3025 | TCF Equipment Finance<br>11100 Wayzata Blvd #501<br>Hopkins, MN 55305-5518 |
| The Huntington National Bank<br>Monette W Cope Esq<br>Weltman Weinberg & Reis Co<br>180 N LaSalle St Ste 2400<br>Chicago, IL 60601-2704 | Tree of Life.<br>c/o Transworld Systems Inc<br>P.O. Box 15630, Dept 23<br>Wilmington, DE 19850-5630 | U.S. Foodservice, Inc<br>c/o Kohner Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212-1077 |
| Washington Mutual<br>1301 Second Ave<br>Seattle, WA 98101-2005 | VPV Distribution<br>160 Scott St.<br>Elk Grove Village, IL 60007-1211 | Forrest L Ingram<br>79 W. Monroe<br>Suite 1210<br>Chicago, IL 60603-4936 |
| Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street<br>Suite 900<br>Chicago, IL 60603-4914 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-1702 | Robert Little<br>office of Chief Counsel<br>Internal Revenue Service<br>210 W. Adams Street, Ste<br>Chicago, Illinois 60606 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ~~Illinois Department of Revenue~~<br>~~Bankruptcy Section Level 7-425~~<br>~~100 W. Randolph St.~~<br>~~Chicago, IL 60606~~ | ~~(d)Illinois Department of Revenue~~<br>~~Bankruptcy Unit~~<br>~~100 W. Randolph St., #7-400~~<br>~~Chicago, IL 60601~~ | Internal Revenue Service<br>230 S Dearborn Street<br>Suite 3030<br>Chicago, IL 60604 |
| (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| ~~(u)Coactiv Capital Partners, Inc.~~ | ~~(u)Fifth Third Bank~~ | ~~(u)The Huntington National Bank~~ |
| ~~(d)Cecela Johnson~~<br>~~6448 S. Eberhart Ave.~~<br>~~Chicago, IL 60637-3325~~ | ~~(d)Huntington~~<br>~~105 East Forth Street~~<br>~~Suite 200~~<br>~~Cincinnati, OH 45202~~ | (u)Jack Tuchten Produce<br>2404 S Wolcott Ave<br>Unit 31 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 09 B 35697 |
| | ) | |
| **MY RANCH, INC.,** | ) | Hon. Jack B. Schmetterer |
|    d/b/a Fresh Harvest Market, | ) | |
| | ) | |
| Debtor. | ) | Ch. 11 |

## ILLINOIS DEPARTMENT OF REVENUE'S MOTION TO DISMISS

NOW COMES the State of Illinois, Department of Revenue ("Department") by and through its attorney, LISA MADIGAN, Illinois Attorney General, and moves this Court, pursuant to 11 U.S.C. §1112(b) to dismiss the instant Ch. 11 case. In support thereof, the Department respectfully states as follows:

1.  Debtor filed a voluntary petition for relief under Ch. 11 of the Bankruptcy Code (11 U.S.C. §101, et seq.) on September 25, 2009. Since it filed its petition, Debtor has operated as a Debtor in possession pursuant to §1107 and §1108.

2.  Debtor operates a grocery store and is licensed by the Department under Illinois Business Tax Number 2855-7781. It is registered for filing with the Department sales tax ("ROT/UT") returns, withholding tax ("WIT") returns, income tax returns ("BIT") and for paying the applicable tax due with each return.

3.  The Department is a secured, priority and general unsecured creditor of Debtor by virtue of unpaid taxes. The Department's claim in the amount of $26,635.12 is attached.[1]

---

[1] A portion of the claim is estimated due to Debtor's failure to file returns and liquidate the liability.

4. Pursuant to 11 U.S.C. §346(h) and 28 U.S.C. §960, Debtor is required to file all applicable tax returns and to pay the corresponding taxes to the Department for each period after the petition date.

5. According to the Department's records, Debtor is delinquent with respect to its post-petition tax obligations as follows:

<u>Sales Tax</u>:
October, 2009          amount due: $2,091
November, 2009      no return filed / no payment received
December, 2009      no return filed/ no payment received

<u>Withholding Tax:</u>
4th quarter, 2009      due January 31, 2010

6. In a phone conversation on January 14, 2010, Debtor's attorney acknowledged that Debtor has failed to pay its post-petition taxes. Debtor, notwithstanding, certified in its operating reports for both October and November, 2009, that it had no past-due post-petition tax obligations.

7. Debtor's failure to file the above-referenced post-petition tax returns and its failure to pay its post-petition taxes is grounds under §1112(b)(4)(I) to convert or dismiss this case.

8. Debtor's tax delinquency is evidence of a substantial or continuing loss to the estate and the absence of a reasonable likelihood of rehabilitation – grounds under §1112(b)(4)(A) to convert or dismiss this case.

9. The Department reserves its right to raise, as further grounds, any additional post-petition liabilities that may accrue while this Motion is pending.

WHEREFORE, the Illinois Department of Revenue requests that an Order be entered dismissing or converting the instant case unless and until Debtor files all outstanding tax returns and satisfies all post-petition tax obligations due the Illinois Department of Revenue and granting the Department such other and further relief as this Court deems just and proper.

|        |                                                              |
|--------|--------------------------------------------------------------|
|        | State of Illinois, Department of Revenue                     |
| by:    | LISA MADIGAN, Illinois Attorney General                      |
|        |                                                              |
| by:    | /s/ Faith Dolgin                                             |
|        | Faith Dolgin, SPAAG                                          |
|        | 100 W. Randolph St., 13th Floor                         |
|        | Chicago, Illinois  60601                                     |
|        | (312) 814-5195 / (312) 814-3589 (fax)                        |
|        | faith.dolgin@illinois.gov                                    |

| United States Bankruptcy Court Northern District of Illinois | PROOF OF CLAIM |
|---|---|

| Name of Debtor: My Ranch Inc | Case Number: 09-35697 |
|---|---|

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Illinois Department of Revenue

☐ Check box if you are aware that the debtor's attorney filed a claim on behalf of the Illinois Department of Revenue.

**Name and address where notices should be sent:**
Illinois Department of Revenue, Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 312-814-3058

THIS SPACE FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:** see attachment

Check here if this claim ☐ replaces / ☑ amends a previously filed claim, dated: 1/13/10

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☑ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: ____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

**2. Date debt was incurred:** see attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,858.60 (unsecured)  6,637.03 (secured)  18,139.49 (priority)  26,635.12* (Total)

* Amount of debt cannot be determined in whole or in part as debtor failed to file one or more tax returns.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. A copy of the itemized statement of all interest or additional charges must be provided to debtor's attorney and trustee.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a of setoff).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 6,637.03

If the amount listed as secured exceeds the value of the property securing it the portion of the secured amount entitled to priority is: $ 5,602.03
with the remainder classified as general unsecured: $ 1,035.00

**6. Unsecured Nonpriority Claim** $ 1,858.60

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim.

Amount entitled to priority $ 18,139.49

Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with cases commenced on or after the date of adjustment.*

THIS SPACE FOR COURT USE ONLY

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** A Summary of Exhibits shall be prepared that enumerates and briefly describes each exhibit germane to the matter under consideration. The proof of claim and Summary of Exhibits shall be filed together. electronically as a single document. A copy of the claim and exhibits (documentation of your lien), in paper format, must still be provided to debtor's attorney and trustee.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 1/19/10 | /s/ Richard Vein, Revenue Tax Specialist |



# Illinois Department of Revenue
## Attachment to Proof of Claim
## Bankruptcy 09-35697 filed  09/25/09  by
## My Ranch Inc

| Period | Assessed* | Tax Type | Tax ID | Calculated To Bankruptcy Petition Date | | | Lien | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Tax | Penalty | Interest | Date | County |
| 2005 | | Business Income Tax | 36-4215965 | $613.00 | $103.56 | $125.84 | | |
| 2006 | | Business Income Tax | 36-4215965 | $1,278.00 | $253.36 | $163.86 | | |
| 7/05 | | ROT/UT | 2885-7781 | $2.31 | $214.00 | $216.55 | 05/02/07 | Cook |
| 8/05 | | ROT/UT | 2885-7781 | $839.00 | $131.00 | $198.08 | 05/02/07 | Cook |
| 9/05 | | ROT/UT | 2885-7781 | $765.00 | $122.00 | $176.86 | 05/02/07 | Cook |
| 10/05 | | ROT/UT | 2885-7781 | $746.00 | $120.00 | $168.73 | 05/02/07 | Cook |
| 11/05 | | ROT/UT | 2885-7781 | $696.00 | $114.00 | $154.28 | 05/02/07 | Cook |
| 12/05 | | ROT/UT | 2885-7781 | $143.22 | $67.00 | $32.35 | 05/02/07 | Cook |
| 5/06 | | ROT/UT | 2885-7781 | $733.00 | $128.00 | $137.27 | 05/02/07 | Cook |
| 6/06 | | ROT/UT | 2885-7781 | $503.00 | $139.00 | $90.38 | 05/02/07 | Cook |
| 7/06 | estimated | ROT/UT | 2885-7781 | $808.00 | $96.96 | $140.26 | | |
| 3/09 | | ROT/UT | 2885-7781 | $1,651.00 | $198.12 | $10.36 | | |
| 4/09 | | ROT/UT | 2885-7781 | $1,555.00 | $186.60 | $7.20 | | |
| 5/09 | | ROT/UT | 2885-7781 | $1,926.00 | $231.00 | $5.43 | | |
| 6/09 | | ROT/UT | 2885-7781 | $1,879.00 | $225.48 | $3.45 | | |
| 7/09 | | ROT/UT | 2885-7781 | $2,012.00 | $241.44 | $1.98 | | |
| 8/09 | | ROT/UT | 2885-7781 | $1,962.00 | $78.48 | $0.22 | | |
| 9/09 | | ROT/UT | 2885-7781 | $1,659.00 | $0.00 | $0.00 | | |
| 1st qtr 06 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $28.49 | | |
| 2nd qtr 06 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $25.84 | | |
| 3rd qtr 06 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $22.88 | | |
| 4th qtr 06 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $19.99 | | |
| 1st qtr 07 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $17.13 | | |
| 2nd qtr 07 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $14.24 | | |
| 3rd qtr 07 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $11.28 | | |
| 4th qtr 07 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $8.51 | | |
| 1st qtr 08 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $5.97 | | |
| 2nd qtr 08 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $3.69 | | |
| 3rd qtr 08 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $2.27 | | |
| 4th qtr 08 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $1.54 | | |
| 1st qtr 09 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $0.83 | | |
| 2nd qtr 09 | estimated | Withholding | 36-4215965 | $145.00 | $17.40 | $0.23 | | |
| 3rd qtr 09 | estimated | Withholding | 36-4215965 | $145.00 | $0.00 | $0.00 | | |

*If "Assessed" = "Priority" then equitable tolling applies.

End Report