# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **09 B 35697** |
| | ) | |
| **MY RANCH, INC.,** | ) | **Hon. Jack B. Schmetterer** |
|     **d/b/a Fresh Harvest Market,** | ) | |
| | ) | |
|     **Debtor.** | ) | **Ch. 11** |

## ORDER DISMISSING CH. 11 CASE

This matter coming before the Court on the Illinois Department of Revenue's Motion to Dismiss, due notice having been given and the Court having been fully informed;

It is hereby ORDERED:

The above-captioned Ch. 11 case is dismissed.

Date:                                                                    ENTER:

                                                                                    Hon. Jack B. Schmetterer