12-07-'09 07:15 FROM-

T-027 P003/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia Johnson    CASE NO. 09-37011

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending December, 20 09

BEGINNING BALANCE IN ALL ACCOUNTS    $ 1,634.06

RECEIPTS:
   1. Receipts from operations    $ 7297.66
   2. Other Receipts    $ 2577.94

DISBURSEMENTS:
   3. Net payroll:
     a. Officers    $ 0
     b. Others    $ 0

   4. Taxes
     a. Federal Income Taxes    $ 0
     b. FICA withholdings    $ 0
     c. Employee's withholdings    $ 0
     d. Employer's FICA    $ 0
     e. Federal Unemployment Taxes    $ 0
     f. State Income Tax    $ 0
     g. State Employee withholdings    $ 0
     h. All other state taxes    $ 0

   5. Necessary expenses:
     a. Rent or mortgage payments(s)    $ 4990.48
     b. Utilities    $ 1040.00
     c. Insurance    $ 674.45
     d. Merchandise bought for manufacture or sale    $ 0
     e. Other necessary expenses (specify) Food Expenses    $ 400.00

TOTAL DISBURSEMENTS    $ 7105.23

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ 2770.32

ENDING BALANCE IN Bank of America (Name of Bank)    $ 98.25

ENDING BALANCE IN Bank of America cash (Name of Bank)    $ 1038.06

ENDING BALANCE IN ALL ACCOUNTS    $ 1,136.31

OPERATING REPORT Page 1

EXHIBIT "B"

12-07-'09 07:15 FROM-                                                T-027 P004/018 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia N. Johnson          CASE NO.: 09-37011

## RECEIPTS LISTING

FOR MONTH ENDING December, 2009

Bank: Bank of America
Location: Dallas, Texas 75283-2406
Account Name: Cecelia N. Johnson
Account No.: 3755563093

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| December 1, 2009 | Rent | 3,097.66 |
| December 1, 2009 | Rent building partial | 3,450.00 |
| December 27, 2009 | Salary/hair | 750.00 |
| December 29, 2009 | contribution/children | 1000.00 |
| December 30, 2009 | Salary/My Ranch | 1577.94 |

TOTAL: 9875.60

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

12-07-'09 07:16 FROM-

T-027 P005/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: Cecelia Johnson     CASE NO.: 09-37011

## DISBURSEMENT LISTING

FOR MONTH ENDING December, 2009

Bank: Bank of America

Location: Dallas, Texas 75283-2406

Account Name: Cecelia N. Johnson

Account No.: 3755563093

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| December 15, 2009 | moneyorder | mortgage | 1892.82 |
| December 1, 2009 | moneyorder | mortgage | 3,097.66 |
| Dec. 30, 2009 | ACH | insurance 4652 N Sheridan | 674.75 |
| Dec. 5, 2009 | cash | utilities | 1,040.00 |
| Dec. 9, 2009 | cash | misc. (food, med) | 400.00 |

TOTAL: 7105.23

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

12-07-'09 07:16 FROM-                                                T-027 P007/013 F-083

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CASE NAME: _Cecelia Johnson_   CASE NO.: _09-37011_

FOR MONTH ENDING _December_, 20_09_

### STATEMENT OF AGED RECEIVABLES

**ACCOUNTS RECEIVABLE:**

Beginning of month balance   $ _0_

Add: sales on account   $ _____

Less: collections   $ _____

End of month balance   $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |

### STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance   $ _____

Add: credit extended   $ _____

Less: payments of account   $ _____

End of month balance   $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |

**ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT**

OPERATING REPORT Page 5

12-07-'09 07:16 FROM-                                              T-027 P008/013 F-083

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson        CASE NO.: 09-37011

FOR MONTH ENDING December, 20 09

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes          Yes ( )    No (✓)
2. FICA withholdings             Yes ( )    No (✓)
3. Employee's withholdings       Yes ( )    No (✓)
4. Employer's FICA               Yes ( )    No (✓)
5. Federal Unemployment Taxes    Yes ( )    No (✓)
6. State Income Tax              Yes ( )    No (✓)
7. State Employee withholdings   Yes ( )    No (✓)
8. All other state taxes         Yes ( )    No (✓)

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

12-07-'09 07:16 FROM-                                           T-027 P010/013 F-083

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Cecilia Johnson_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_[signature]_
For the Debtor in Possession (Trustee)

Print or type name and capacity of person signing this Declaration:
_Cecelia Johnson_

DATED: _1/14/09_

OPERATING REPORT Page 6