IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|    d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecelia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: January 14, 2010 10:00 AM |

### ORDER EXTENDING DEADLINE TO FILE CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

This matter came to be heard on **Debtors' Motion to Extend Time to File Plan and Disclosure Statement**. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

(i) My Ranch, Inc. is granted until February 19, 2010 to file its Plan and Disclosure Statement.

(ii) Cecelia Johnson is granted until February 26, 2010 to file her Plan and Disclosure Statement.

(iii) Status of filing Plan reset from 1/19/10 to 3/4/10 at 10:30

Dated: 1/14/10

BY THE COURT

_____
The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

JAN 14 2010

This document was prepared by Forrest L. Ingram, P.C.