**U. S. TRUSTEE QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Cecelia Johnson   CASE NO.: 09-37011

FOR CALENDAR QUARTER ENDING December 31, 20 09

**DISBURSEMENTS***

1. 
| MONTH | DISBURSEMENTS |
|---|---|
| Oct. | $ 6,465.48 |
| Nov. | $ 18,465.48 |
| Dec. | $ 7,105.23 |

TOTAL DISBURSEMENTS FOR QUARTER     $ 32,036.19

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)     $ 650.00

3. QUARTERLY FEE PAID (Attach proof of payment)     $ _____

4. AMOUNT OF UNPAID FEES (IF ANY)     $ 650.00

I, Cecelia Johnson, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 1/28/10        /s/ Johnson
                     For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and     Cecelia Johnson
capacity of person signing
this Declaration).

\* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"