Case 09-35697    Doc 138    Filed 01/29/10    Entered 02/01/10 09:48:10    Desc Main
Document    Page 1 of 1

09-35697:66.2:Motion to Assume/Reject:Proposed Order Great America Proposed Order Entered: 12/8/2009 2:41:28 PM by:Forrest Ingram Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Case No. 09-35697 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: December 17, 2009, 10:00 A.M. |

### ORDER REJECTING LEASE PURSUANT TO 11 U.S.C. § 356(a) (Great America)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject Lease No. 003-04780989-000 with Great America Leasing, Lessor, for equipment used by the Debtor in the operation of its business, including, but not limited to, a checkout, a meat tenderizer, a meat saw, label scales, a heat seal machine, a food processor, a walk-in freezer, and a stainless steel worktable and shelves. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that Lease No. 003-04780989-000 with Great America Leasing for personal property including, but not limited to, a checkout, a meat tenderizer, a meat saw, label scales, a heat seal machine, a food processor, a walk-in freezer, and a stainless steel worktable and shelves, is hereby rejected by the Debtor, effective immediately.

Dated: 1/29/10

BY THE COURT

The Honorable Jack Schmetterer

JAN 29 2010

This order was prepared by
FORREST L. INGRAM, P.C.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.