## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Case No. 09-35697 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: December 17, 2009, 10:00 A.M. |

### ORDER REJECTING LEASE PURSUANT TO 11 U.S.C. § 356(a) (PopuLAR)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject Lease # 066721.01 with Popular Equipment Finance, Lessor, for equipment used by the Debtor in the operation of its business, including, but not limited to, a deli fish case, refrigerated case, a walk-in, and a merchandiser refrigerated case. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that Lease # 066721.01 with Popular Equipment Finance for personal property including, but not limited to, a deli fish case, refrigerated case, a walk-in, and a merchandiser refrigerated case, is hereby rejected by the Debtor, effective immediately.

Dated: 1/29/10

BY THE COURT

The Honorable Jack Schmetterer

JAN 29 2010

This order was prepared by
FORREST L. INGRAM, P.C.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.