## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Case No. 09-35697 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: December 10, 2009, 10:00 A.M. |

### ORDER REJECTING LEASE PURSUANT TO 11 U.S.C. § 356(a)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject the Lease, schedules # 110804000 and 110804001 with National City Commercial Capital (hereinafter "National City"), Lessor, for equipment used by the Debtor in the operation of its business, including, but not limited to, a boiler, a forklift, 5 self-service non-refrigerated merchandisers, a floral merchandiser, a pressure fryer, 2 slicers, an ice cream machine, 2 juicers, a gelato case, a coffee brewer, a cappuccino machine, a refrigerated counter, a sandwich top, a refrigerated undercounter, a blender, smoothers, and an ice machine. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that the Lease, schedules # 110804000 and 110804001 with National City for personal property including, but not limited to, a boiler, a forklift, 5 self-service non-refrigerated merchandisers, a floral merchandiser, a pressure fryer, 2 slicers, an ice cream machine, 2 juicers, a gelato case, a coffee brewer, a cappuccino machine, a refrigerated counter, a sandwich top, a refrigerated undercounter, a blender, smoothers, and an ice machine, is hereby rejected by the Debtor, effective immediately.

Dated:

1/29/2010

This order was prepared by
FORREST L. INGRAM, P.C.

BY THE COURT

*[signature]*

The Honorable Jack Schmetterer

JAN 29 2010

The prevailing party will forthwith serve a
copy of this order on all parties affected thereby,
and file proof of such service with the Clerk.