## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| My Ranch, Inc. ) | Case No. 09-35697 |
| ) | |
| Debtor and Debtor in Possession. ) | Judge Jack Schmetterer |
| ) | |
| ) | Hearing: December 10, 2009, 10:00 A.M. |

**ORDER REJECTING LEASE PURSUANT TO 11 U.S.C. § 356(a)** *(Huntington Bank)*

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject Lease No. 70657 with Huntington Bank, Lessor, for personal property including one baler, two freezer doors, one condensing unit, one rotisserie oven, and one walk-in cooler. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that Lease No. 70657 with Huntington Bank for personal property including one baler, two freezer doors, one condensing unit, one rotisserie oven, and one walk-in cooler is hereby rejected by the Debtor, effective immediately.

Dated:

1/29/10

BY THE COURT

_____
The Honorable Jack Schmetterer

JAN 29 2010

This order was prepared by
FORREST L. INGRAM, P.C.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.