## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc. | ) | Case No. 09-35697 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Jack Schmetterer |
| | ) | |
| | ) | Hearing: December 10, 2009, 10:00 A.M. |

**ORDER REJECTING LEASE PURSUANT TO 11 U.S.C. § 356(a)** (American United)

THIS MATTER CAME TO BE HEARD on the motion of the Debtor and Debtor in Possession under § 365(a) to reject its lease with American United Leasing, Lessor, for food service equipment used by the Debtor in the operation of its business, including, but not limited to, a Deli case and a meat case. The Court has jurisdiction over the subject matter, and the matter is a core proceeding. Due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that Debtor's lease with American United Leasing for personal property including, but not limited to, a Deli case and a meat case, is hereby rejected by the Debtor, effective immediately.

Dated: 1/29/10

BY THE COURT

[signature]

The Honorable Jack Schmetterer

JAN 29 2010

This order was prepared by
FORREST L. INGRAM, P.C.

The prevailing party will forthwith serve a copy of this order on all parties affected thereby, and file proof of such service with the Clerk.