IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cecelia N. Johnson | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-37011 |
| | ) | |

### CERTIFICATE OF SERVICE

I, Philip Groben, an attorney, certify that I caused a true and correct copy of the attached **Order Rejecting Lease Pursuant to § 356(a)**, signed by this Court on January 29, 2010 released via CM/ECF on February 1, 2010, to be served upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 West Monroe Street, Chicago, Illinois on the 1st day of February, 2009.

_____
Philip Groben

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312)759-2838

## SERVICE LIST

**Via ECF:**

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov


**Via US Mail**:

**My Ranch, Inc.**
4650 N. Sheridan Rd.
Chicago, IL 60640
Fax: (773) 516-4861
My.ranch@hotmail.com

**Quicklease Powered by Co-Activ**
c/o Dennis Miller
655 Business Center Dr., Suite 250
Horsham, PA 19044