WWR# 07895432

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: MY RANCH, INC.

                    Debtor,

Cecelia N. Johnson,

                Debtor-in-Possession,
_____/

Case No. 09-35697
Chapter 7
Hon. Jack B. Schmetterer

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF THE DEBTORS

This matter is before the court on HUNTINGTON NATIONAL BANK's Routine Motion for a Rule 2004 examination of the debtors.

**IT IS ORDERED**:

HUNTINGTON NATIONAL BANK is authorized to examine debtor Cecelia N. Johnson pursuant to Rule 2004 at the offices of Weltman, Weinberg, & Reis, 180 N. LaSalle, Suite 2400, Chicago, Illinois.

Cecelia N. Johnson is commanded to bring the following documents to the 2004 exam:

1. Copies of Cecelia Johnson's federal and state tax returns for the year 2007 to present.

2. All financial statements or documents depicting Debtor Johnson's financial circumstances, prepared by any person from 2007 to present.

3. Any and all documents relating to any joint venture, partnership, business or corporation in which Debtor Johnson has or had an interest or was or is employed from the year 2007 to present.

4. Any and all documents relating to Debtor Johnson's income or revenue sources from 2007 to present not requested in paragraphs one, two, or three.

5. The books and records of My Ranch, Inc. from 2007 to present.

6. Copies of My Ranch Inc.'s federal and state tax returns for the years 2007 to the present.

7. Any and all financial statements or documents depicting My Ranch, Inc.'s financial circumstances, prepared by any person from 2007 to present.

8. Any and all documents, including but not limited to, corporate documents, that relate in any way to the holders of the offices of President, Vice President, Treasurer, and/or Secretary of My Ranch, Inc. from 2007 to present.

9. Any and all documents that relate in any way, including but not limited to, corporate documents, to any transfer of shares of My Ranch, Inc. from the year 2007 to present.

_____  _____
Date  Judge Jack B. Schmetterer