WWR# 07895432

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: MY RANCH, INC.

|  |  |
|---|---|
| Debtor, and | Case No. 09-35697 |
|  | Chapter 11 |
| Cecelia N. Johnson, | Hon. Jack B. Schmetterer |
|  |  |
| Debtor-in-Possession | |
| _____ / | |

### NOTICE OF HEARING

| TO: | Cecelia N. Johnson | Forrest I. Ingram, P.C. |
|---|---|---|
|  | 6448 S. Eberhart | Attorney for Debtor |
|  | Chicago, IL 60637 | 79 W. Monroe Street, Ste. 900 |
|  |  | Chicago, IL 60603 |
|  |  |  |
|  | My Ranch, Inc. | William T. Neary |
|  | 4650 N. Sheridan Road | 219 S. Dearborn, Room 873 |
|  | Chicago, IL 60640 | Chicago, IL 60604 |

PLEASE TAKE NOTICE that Huntington National Bank's Motion for Relief from the Automatic Stay shall be brought on for hearing at 10:00 a.m. on February 16, 2010 or as soon thereafter as counsel may be heard before the Honorable Judge Jack B. Schmetterer at:

219 S. Dearborn, Chicago, IL, Courtroom 682

    Respectfully submitted,
    **WELTMAN, WEINBERG & REIS CO., L.P.A.**

| Date: February 10, 2010 | By: /s/ Monette Cope |
|---|---|
|  | Monette Cope |
|  | 180 N. LaSalle Street, Suite 2400 |
|  | Chicago, IL 60601 |
|  | Phone: 312-253-9624 |
|  | Fax: 312-782-4201 |
|  | ARDC #6198913 |
|  | Attorney for Creditor |

## **PROOF OF SERVICE**

Creditor Huntington National Bank filed a Routine Motion for Rule 2004 Examination of the Debtor. All parties were served a copy of the motion on <u>February 10, 2010.</u> The Motion was served upon Debtor(s) by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Cecelia N. Johnson
6448 S. Eberhart
Chicago, IL  60637

My Ranch, Inc.
4650 N. Sheridan Road
Chicago, IL  60640

Forrest I. Ingram, P.C.
Attorney for Debtor
79 W. Monroe Street, Ste. 900
Chicago, IL  60603

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By:  /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Phone:  312-253-9624
ARDC #6198913
Attorney for Creditor
Huntington National Bank