# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: February , 2010 at 10:00 a.m. |

## NOTICE OF MOTION

To:    See attached service list

    PLEASE TAKE NOTICE that I will appear on February 23, 2010 at 10:00 a.m. before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **Debtors' Motion to Continue Debtor's Motion to Extend the Deadline to File Objections to Proofs of Claim**, and request entry of orders in accordance with the motion. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

                                                                  /s/ Forrest L. Ingram_____
                                                                  One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, on February 16, 2010.

                                                                   /s/ Philip Groben

## SERVICE LIST

**Via CM/ECF**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**National City Commercial Capital Company, LLC**
**Vincent T Borst**
Borst & Collins, LLC
180 N Stetson Ave Suite 3050
Chicago, IL 60601

**Huntington National Bank**
**Monette W Cope**
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601

**Illinois Department Of Revenue**
**Faith Dolgin**
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601

**Fifth Third Bank**
**David L Hazan**
Diver, Grach, Quade & Masini LLP
111 North County Street
Waukegan, IL 60085

**Coactiv Capital Partners, Inc.**
**David P. Vallas**
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606

**Via U.S. Mail**
**Debtor**
My Ranch, Inc.
4650 N. Sheridan Rd.
Chicago, IL 60640

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of the West
c/o Kennet Donke
7220 W. 194th St. Suite 105
Tinley Park, IL 60487

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

Charter One Bank
PO Box 18204
Bridgeport, CT 06601-3204

Citizens Leasing
328 S. Saginaw Street
Flint, MI 48502

Fifth Third Bank
Business Mastercard
P.O. Box 740789
Cincinnati, OH 45274-0789

George S. May International Co.
303 S. Northwest Hwy.
Park Ridge, IL 60068

Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, IL 60067

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612

J P Morgan Chase Bank
712 Mail St. 4th Floor N.
Attn: Bankruptcy Dept.
Houston, TX 77002

National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

Popular Leasing USA
3000 Dundee Rd Ste 301
Northbrook, IL 60062

Washington Mutual
1301 Second Ave.
Seattle, WA 98101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: February 23, 2010 at 10:00 a.m. |

**NOTICE OF MOTION TO CONTINUE HEARING OF DEBTOR'S MOTION TO EXTEND THE DEADLINE TO FILE OBJECTIONS TO PROOFS OF CLAIMS**

NOW COMES the Debtors and Debtors in Possession, My Ranch, Inc. ("My Ranch") and Cecelia N. Johnson ("Johnson"), by and through their attorneys, Forrest L. Ingram, P.C., and moves this Honorable Court for a Continuance to the Hearing on Debtor's Extension of Time to File Objections to Proofs of Claim. In support thereof, the Debtor states as follows:

1. My Ranch filed its Chapter 11 bankruptcy case on September 25, 2009.

2. Johnson filed her chapter 11 bankruptcy case on October 5, 2009.

3. On January 5, 2010, this Court entered an order granting My Ranch and Johnson's joint motions for Joint Administration in the lead case 09-35697.

4. This Court set January 29, 2010 as the last day to file objections to proofs of claim

5. The majority of proofs of claim filed with the Court in My Ranch's bankruptcy case involve claims which arise from leases entered into by My Ranch. Johnson acted as a personal guarantor on most, if not all, of those leases.

6. On January 29, 2009, this Court entered sixteen orders rejecting leases entered into by the Debtor prior to its filing for bankruptcy. Prior to the entry of these orders, the Debtor had

entered into settlement negotiations with the leaseholders in an attempt to resolve control of various pieces of equipment, and the claims of each creditor.

7. On February 9, 2010, the Debtors filed with a motion to extend the deadline to file objections to proofs of claim to be heard on February 16, 2010. The Debtor believes that insufficient notice was given for this motion, and the Debtor would like to reset that matter for February 23, 2010.

8. The Debtor believes notice given on this motion shall be sufficient to correct the deficient notice on the original motion to extend the deadline to object to proofs of claim.

WHEREFORE, the Debtors, My Ranch, Inc. and Cecelia N. Johnson respectfully requests that this Honorable Court continue Debtors' motion to extend the deadline for Debtor to file objections to proofs of claim to February 23, 2010, and grant the Debtor such other and further relief as this Court deems just and equitable.

                                                Respectfully submitted,

                                                MY RANCH, INC. and
                                                    CECELIA N. JOHNSON

.

                                      By:    /s/ Forrest L. Ingram
                                                One of its attorneys

Forrest L. Ingram #3129032
Philip Groben
Vic Chaudhry
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838