**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: Clelia Johnson           CASE NO. 09-3701

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**

For Month Ending January, 2010

BEGINNING BALANCE IN ALL ACCOUNTS         $1,136.31

RECEIPTS:
1. Receipts from operations              $14,049.66
2. Other Receipts                        $2580.24

DISBURSEMENTS:
3. Net payroll:
   a. Officers                           $0
   b. Others                             $0

4. Taxes
   a. Federal Income Taxes               $0
   b. FICA withholding                   $0
   c. Employee's withholdings            $0
   d. Employer's FICA                    $0
   e. Federal Unemployment Taxes         $0
   f. State Income Tax                   $0
   g. State Employee withholdings        $0
   h. All other state taxes              $0

5. Necessary expenses:
   a. Rent or mortgage payments(s)       $13,436.68
   b. Utilities                          $1240.00
   c. Insurance                          $674.75
   d. Merchandise bought for
      manufacture or sale                $0
   e. Other necessary expenses
      (specify) Food expenses            $40.57

TOTAL DISBURSEMENTS                      $15,351.43

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $1278.47

ENDING BALANCE IN Bank of Amlych         $-8.57
                 (Name of Bank)

ENDING BALANCE IN _____ CASH          $2423.35
                 (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS           $2414.78

OPERATING REPORT Page 1

EXHIBIT "B"

12-07-'09 07:15 FROM-                                    T-027 P004/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia N. Johnson   CASE NO.: 09-37011

## RECEIPTS LISTING

FOR MONTH ENDING January, 2010

Bank: Bank of America
Location: Dallas, Texas 75283-2406
Account Name: Cecelia N. Johnson
Account No.: 375556 3093

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| January 1, 2010 | Rent | 3,097.66 |
| January 19, 2010 | Rent building | 10,200.00 |
| January 27, 2010 | salary/hair | 750.00 |
| January 29, 2010 | contribution/children | 1,000.00 |
| January 30, 2010 | salary/myRanch | 1582.24 |

TOTAL: 16,629.90

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

12-07-'09 07:16 FROM-

T-827 P005/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecelia Johnson       CASE NO.: 0937011

## DISBURSEMENT LISTING

FOR MONTH ENDING January, 20 10

Bank: Bank of America
Location: Dallas, Texas 75283-2406
Account Name: Cecelia V. Johnson
Account No.: 375 556 3093

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Jan. 14, 2010 | 1004 | mortgage paymt | 1,892.82 |
| Jan 11, 2010 | 1103 | mortgage paymt | 8,446.20 |
| Jan. 19, 2010 | 1005 | gas bill | 210.10 |
| Jan 1, 2010 | moneyorder | mortgage paymt | 3,097.66 |
| Jan 5, 2010 | cash | utilities | 1,040.00 |

TOTAL: 14,676.68

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: Cecilia Johnson          CASE NO.: 09-37011

FOR MONTH ENDING January, 20 10

## STATEMENT OF INVENTORY

Beginning inventory          $ 0

Add: purchases               $ ___

Less: goods sold             $ ___
(cost basis)

Ending inventory             $ ___

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period     $ 0

Payroll taxes due but unpaid      $ ___

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Bank of America | Jan 1 | 1892.82 | 0 | 0 |
| Flagstar Bank | Jan 1 | 3,097.66 | 0 | 0 |
| Fifth Third bank | Jan 1 | 8,446.20 | 0 | |

*Include only post-petition payments.

OPERATING REPORT Page 4

12-07-'09 07:16 FROM-

T-027 P008/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: Clay Johnson     CASE NO.: 09-3701

FOR MONTH ENDING January, 20 10

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes — Yes ( )  No (✓)
2. FICA withholdings — Yes ( )  No (✓)
3. Employee's withholdings — Yes ( )  No (✓)
4. Employer's FICA — Yes ( )  No (✓)
5. Federal Unemployment Taxes — Yes ( )  No (✓)
6. State Income Tax — Yes ( )  No (✓)
7. State Employee withholdings — Yes (✓)  No ( )
8. All other state taxes — Yes (✓)  No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

12-07-'09 07:16 FROM-          T-027 P010/013 F-083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _Cecelia Johnson_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor in Possession (Trustee)

Print or type name and capacity of person signing this Declaration:
_Cecelia Johnson_

DATED: 2/16/10

OPERATING REPORT Page 8