IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: February 23, 2010 at 10:30 a.m. |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that I will appear on February 23, 2010 at 10:30 a.m. before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **Debtors' Motion to Extend the Deadline to File Objections to Proofs of Claim**, and request entry of orders in accordance with the motion. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram<br>
One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, on February 16, 2010.

/s/ Philip Groben

SERVICE LIST

<u>Via CM/ECF</u>
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**National City Commercial Capital Company, LLC**
Vincent T Borst
Borst & Collins, LLC
180 N Stetson Ave Suite 3050
Chicago, IL 60601

**Huntington National Bank**
Monette W Cope
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601

**Illinois Department of Revenue**
Faith Dolgin
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601

**Fifth Third Bank**
David L Hazan
Diver, Grach, Quade & Masini LLP
111 North County Street
Waukegan, IL 60085

**Coactiv Capital Partners, Inc.**
David P. Vallas
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606

<u>Via U.S. Mail</u>

**My Ranch, Inc.**
4650 N. Sheridan Road
Chicago, IL 60640-5020

ACC Capital
c/o Kenneth Donke
7220 W 194th St., Suite 105
Tinley Park, IL 60487-9228

AEL Financial
600 N. Buffalo Grove Rd
Buffalo Grove, IL 60089-2424

American Infosource
PO Box 248809
Oklahoma City, OK 73124-8809

Allied Waste Service
2608 S. Damen
Chicago, IL 60608-5209

America United Bank
321 W. Golf Rd
Schaumburg, IL 60196-1085

American Credit System
400 W Lake Street
PO Box 72849
Roselle, IL 60172-0849

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

American Infosource LP
Bank of America
PO Box 248809
Oklahoma City, OK 73124-8809

Bank of America
PO Box 17054
Wilmington, DE 19884-0001

Bank of America Business Card
PO Box 15710
Wilmington, DE 19886-5710

Bank of the West
c/o Kenneth Donkel
7200 W 194th St, Suite 105
Tinley Park, IL 60487

Bret Rappaport
2610 Lake Cook
Riverwoods, IL 60015-5711

CIT Technology Financing Services, Inc.
Bankruptcy Processing Solutions Inc.
800 E Sonterra Blvd., Suite 240
San Antonio, TX 78258-3941

Cecilia Johnson
6448 S. Eberhart
Chicago, IL 60637-3325

Charter One
PO Box 18204
Bridgeport, CT 06601-3204

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114-3299

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Cardmember Service
PO Box 15298
Wilmington, DE 19886-5298

Churchhill Quinn Richtman & Hamilton Ltd
2 S Whitney
PO Box 284
Grayslake, IL 60030-0284

Citi Tech. Fin. Serv. Corp
PO Box 550599
Jacksonville, FL 32255-0599

Citibank
PO Box 6077
Sioux Falls, SD 57117-6077

Citizens Capital/Coactive Partner
328 S. Saginaw St
Flint, MI 48502-1923

City of Chicago
Department of Revenue
333 S. State St LL
Chicago, IL 60604-3900

Coca Cola Enterprises Inc.
521 Lake Kathy Drive
Brandon, FL 33510-3945

Dean Dairy Holdings LLC
c/o Alex D Madrazo
2515 McKinney Ave, Ste 1200
Dallas, TX 75201-1945

Dietz & Kolodenko
2404 S. Wolcott
Units 24 & 25
Chicago, IL 60608-5300

Ervin Leasing
3893 Research Park Drive
Ann Arbor, MI 48108-2217

Everyday Fresh
PO Box 656
Lemont, IL 60439-0656

Evergreen Produce
2404 S Wolcott Ave
Units 8 & 9
Chicago, IL 60608-5300

Fifth Third Bank
1830 East Paris SE
Grand Rapids, MI 49549-8803

First Equity Card
PO Box 84075
Columbus, GA 31908-4075

George S. May International Co
303 S. Northwest Hwy
Park Ridge, IL 60068-4232

Global Communication
PO Box 715248
Columbus, OH 43271-5248

Great America Leasing
PO Box 609
Cedar Rapids, IA 52406

Harris Bank
Bankruptcy Department
150 West Wilson
Palatine, IL 60067-0926

Churchill Quinn Richtman & Hamilton, Ltd
PO Box 284
Grayslake, IL 60030-0284

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612-3200

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Irwin Naturals
5310 Beethoven St
Los Angeles, CA 90066-7015

JP Morgan Chase Bank
25 East Washington St
Suite 1000
Chicago, IL 60602-1705

JP Morgan Chase Bank
PO Box 260180
Baton Rouge, LA 70826-0180

JP Morgan Chase Bank
702 Mail St 4th Floor N
Attn Bankruptcy Dept
Houston, TX 77002-3201

Key Equipment Finance Inc.
1000 S. McCaslin Blvd.
Superior, CO 80027-9456

Leaf Financial
PO Box 644006
Cincinnati, OH 45264-0309

Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Martin Weisenburger
8630 Wheeler Dr
Orland Park, IL 60462-4704

McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146-1807

Michael J Navillo & Sons
2404 S Wolcott Ave
Unit 26-27
Chicago, IL 60608-5343

Midwest Ice Cream Co LLC
c/o Alex D Madrazo
2515 McKinney Ave, Ste 1200
Dallas, Tx 75201-1945

Nealey Foods
900 W Fulton St
Chicago, IL 60607

PNCEF LLC
995 Dalton Ave
Cinicinnati, OH 45203-1101

Popular Leasing USA
3000 Dundee Rd, Ste 301
Northbrook, IL 60062-2434

Quicklease
655 Business Center Drive
Ste 250
Horsham, PA 19044-3448

Supervalu Foods
11840 Valley View Rd
Eden Prairie, MN 55344-3691

Swift Financial/ M&I Bank
PO Box 3025
Milwaukee, WI 53201-3023

TCF Equipment Finance, Inc.
11100 Wayzata Blvd #801
Minnetonka, MN 55305-5517

Tree of Life
c/o Transworld Systems Inc.
PO Box 15630, Dept. 23
Wilmington, DE 19850-5630

U.S. Foodservice, Inc.
c/o Kohner Mann & Kailas, SC
4650 N Port Washington Rd
Milwaukee, WI 53212-1077

Washington Mutual
1301 Second Ave
Seattle, WA 98101-2005

YPV Distribution
160 Scott St
Elk Grove Village, IL 60007-1211