## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: February 16, 2010 at 10:00 a.m. |

### ORDER TO EXTEND TIME TO FILE OBJECTIONS TO PROOFS OF CLAIM

This matter came to be heard on **Debtor's Motion to Extend Time to File Debtor's Objections to Proofs of Claim.** Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

The Debtors are granted until March 18, 2010 to file their objections to Proofs of Claim.

Dated: 2/23/10

BY THE COURT

The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

FEB 23 2010

This document was prepared by
Forrest L. Ingram, P.C.