WWR# 07895432

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: MY RANCH, INC.

                        Debtor, and                      Case No. 09-35697
                                                            Chapter 11
Cecelia N. Johnson,                       Hon. Jack B. Schmetterer

                        Debtor-in-Possession
_____/

## ORDER EXTENDING DEADLINE TO FILE OBJECTION TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

This matter came on for consideration upon The Huntington National Bank's Second Motion to Extend Deadline to Object to Discharge or to Determine the Dischargeability of Debts, due notice having been served, and the Court being fully advised in the premises:

**IT IS ORDERED**: That the deadline to file an adversary complaint objecting to My Ranch Inc.'s and Cecelia Johnson's Discharge or to Determine the Dischargeability of the Debt between the two Debtors and the Movant is extended until April 9, 2010.

Entered: _____                _____
                                                                   Judge Jack B. Schmetterer
                                                                   United States Bankruptcy Court