# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: March 23, 2010 at 10:00am |

**ORDER**

This matter came to be heard on the motion of the Debtor and Debtor in Possession, My Ranch, Inc., to Sell Certain Receivables. Due notice having been given under Rule 2002 and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

[Space intentionally left blank]

Debtor and Debtor in Possession My Ranch, Inc. is hereby authorized to sell to The Business Backer its current and future receivables, including credit card receivables, in the amount of $35,100 in return for an immediate payment to My Ranch, Inc. of $27,000, which the Debtor intends to use to purchase needed inventory. The Debtor is authorized to assign to The Business Backer, after receiving the $27,000 payment, 15% of every credit card transaction in the Debtor's store, Fresh Harvest Market, until the total amount of the purchased receivables, namely, $35,100, is received by The Business Backer.

Dated:                                   BY THE COURT:

                                         _____
                                         The Honorable Jack Schmetterer
                                         U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.