# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: March 23, 2010 at 11:30am |

## NOTICE OF CHANGE OF HEARING TIME

To:    See attached service list

PLEASE TAKE NOTICE that the Honorable Jack B. Schmetterer has reset hearing on the **Debtors' Motion to Sell Certain Receivables** from March 23, 2010 at 10:00am to March 23, 2010 at 11:30am.  I will appear on March 23, 2010 at 11:30 a.m. before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present, and request entry of orders in accordance with the motion.  AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Philip Groben_____
One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, on March 2, 2010.

/s/ Philip Groben

## SERVICE LIST

### Via CM/ECF

**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**National City Commercial Capital Company, LLC**
**Vincent T Borst**
Borst & Collins, LLC
180 N Stetson Ave Suite 3050
Chicago, IL 60601

**Huntington National Bank**
**Monette W Cope**
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601

**Illinois Department Of Revenue**
**Faith Dolgin**
Illinois Attorney General
100 W Randolph St 13th Floor
Chicago, IL 60601

**Fifth Third Bank**
**David L Hazan**
Diver, Grach, Quade & Masini LLP
111 North County Street
Waukegan, IL 60085

**Coactiv Capital Partners, Inc.**
**David P. Vallas**
Wildman Harrold Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606

### Via U.S. Mail
**Debtor**
My Ranch, Inc.
4650 N. Sheridan Rd.
Chicago, IL 60640

Bank of America
P.O. Box 17054
Wilmington, DE 19884

Bank of the West
c/o Kenneth Donkel
7220 W. 194th St. Suite 105
Tinley Park, IL 60487

Charter One Bank
1215 Superior Avenue
Cleveland, OH 44114

Charter One Bank
PO Box 18204
Bridgeport, CT 06601-3204

Citizens Leasing
328 S. Saginaw Street
Flint, MI 48502

Fifth Third Bank
Attn: Bankruptcy Dept / MD# RSCB3E
1830 East Paris SE
Grand Rapids, MI 49546

George S. May International Co.
303 S. Northwest Hwy.
Park Ridge, IL 60068

Harris Bank
Churchill, Quinn, Ritchman
2 S. Whitney
PO Box 284
Grayslake, IL 60030

Innovative Bank
SOHO Loans
360 14th Street
Oakland, CA 94612

J P Morgan Chase Bank
712 Mail St. 4th Floor N.
Attn: Bankruptcy Dept.
Houston, TX 77002

National City
P.O. Box 3038
Kalamazoo, MI 49003-3038

Popular Leasing USA
3000 Dundee Rd Ste 301
Northbrook, IL 60062

Washington Mutual
1301 Second Ave.
Seattle, WA 98101

Cecelia N. Johnson
6448 S. Eberhart
Chicago, IL 60637

CIT Technology Fin Serv.
Bankruptcy Processing Solutions
800 E. Sonterra Blvd., Suite 240
San Antonio, TX 78258

American InfoSource
PO Box 248809
Oklahoma City, OK 73124

US FoodService, Inc.
Kohner, Mann & Kailas
4650 N. Port Washington Rd.,
2nd Floor North
Milwaukee, WI 53212

Great America Leasing Corp
PO Box 609
Cedar Rapids, IA 52406

Marlin Leasing
300 Fellowship Rd.
Mt Laurel, NJ 08054

Coca-Cola Entr.
521 Lake Kathy Dr.
Brandon, FL 33510

Ervin Leasing
3893 Research Park Dr.
Ann Arbor, MI 48108

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Chase Bank USA
PO BOX 15145
Wilmington, DE 19850

Dean Dairy Holdings
Alex Madrazo
2515 McKinney Ave., Suite 1200
Dallas, TX 75201

Midwest Ice Cream
Alex Madrazo
2515 McKinney Ave., Suite 1200
Dallas, TX 75201

Key Equipment Finance
1000 S. McCaslin Blvd.
Superior, CO 80027

TCF Equipment Finance
11100 Wayzata Blvd, Suite 801
Minnetonka, MN 55305

PNCEF
Lisa M. Moore
995 Dalton Ave.
Cincinnati, OH 45203

AEL Financing
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089

Allied Waste Service
2608 S. Damen
Chicago, IL 60608

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Borst & Collins, LLC
180 N. Stetson Ave., Suite 3050
Chicago, IL 60601

Chase Cardmember Service
PO Box 15548
Wilmington, DE 19886

CIT Tech
PO BOX 550599
Jacksonville, FL 32255

Citibank
PO Box 6077
Sioux Falls, SD 57117

City of Chicago
Dept. of Revenue
333 S. State St LL
Chicago, IL 60604

Evergreen Produce
Dietz & Kolodenko
2404 S. Wolcott
Units 24 & 25
Chicago, IL 60608

Ervin Leasing
3893 Reseach Park Drive
Ann Arbor, MI 48108

Everyday Fresh
PO Box 656
Lemont, IL 60439

First Equity
PO Box 84075
Columbus, GA 31908

Global Communication
PO Box 715248
Columbus, OH 43271

Irwin Naturals
5310 Beethoven St.
Los Angeles, CA 90066

Key Equipment Finance
26000 Cannon Road
Cleveland, OH 44146

Leaf
McCarthy, Burgess & Wolff
PO Box 644006
Cincinnati, OH 45264

Nealy Foods
900 W. Fulton St.
Chicago, IL 60607

Supervalu Foods
11840 Valley View Rd
Eden Prairie, MN 55344

Swift Financial
PO Box 3025
Milwaukee, WI 53201-3025

Tree of Life
c/o Transworld Systems
PO Box 15630, Dept. 23
Wilmington, DE 19850

YPV Distribution
160 Scott St.
Elk Grove Village, IL 60007