Case 09-35697   Doc 202   Filed 03/04/10   Entered 03/05/10 09:22:18   Desc Main
Document   Page 1 of 1

09-35697:187.1:Motion to Extend Time to Object to Discharge or Dischargeability Under 523/727:Proposed Order Entered: 2/26/2010 11:21:59 AM by:Monette Cope P

WWR# 07895432

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: MY RANCH, INC.

                      Debtor, and             Case No. 09-35697
                                                              Chapter 11

Cecelia N. Johnson,                       Hon. Jack B. Schmetterer

                      Debtor-in-Possession

_____/

### ORDER EXTENDING DEADLINE TO FILE OBJECTION TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

This matter came on for consideration upon The Huntington National Bank's Second Motion to Extend Deadline to Object to Discharge or to Determine the Dischargeability of Debts, due notice having been served, and the Court being fully advised in the premises:

**IT IS ORDERED**: That the deadline to file an adversary complaint objecting to My Ranch Inc.'s and Cecelia Johnson's Discharge or to Determine the Dischargeability of the Debt between the two Debtors and the Movant is extended until April 9, 2010.

Entered: 3/4/10

Judge Jack B. Schmetterer
United States Bankruptcy Court