**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: April 13, 2010 at 10:00 |

**NOTICE OF HEARING**

    PLEASE TAKE NOTICE that on April 13, 2010 at 10:00 am, or as soon thereafter as I may be heard, I will appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the **Debtor's Objection to Claim Number 5 filed by Marlin Leasing Company**, a copy of which is enclosed and hereby served upon you, AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

                                      /s/ Philip Groben_____
                                      One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, on March 18, 2010.

                                      /s/ Philip Groben

## SERVICE LIST

**Via CM/ECF:**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Via U.S. Mail:**
**Debtor**
My Ranch, Inc.
4650 N. Sheridan Rd.
Chicago, IL 60640

**Marlin Leasing Corporation**
300 Fellowship Rd.
Mt, Laurel, NJ 08054

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 09-35697 |
| My Ranch, Inc. ) | |
|    d/b/a Fresh Harvest Market ) | |
| ) | Judge Schmetterer |
|    Debtor and Debtor in Possession ) | |
| _____) | |
| ) | Chapter 11 |
| Cecilia N. Johnson ) | Case No. 09-37011 |
| ) | |
|    Debtor and Debtor in Possession ) | Hearing: April 13, 2010 at 10:00 |

### DEBTOR'S OBJECTION TO CLAIM NO. 5 FILED BY MARLIN LEASING CORP.

NOW COMES the Debtor and Debtor in Possession, My Ranch, Inc. (the "Debtor"), by and through its attorneys, Forrest L. Ingram, and for its Objection to Claim No. 5, filed by Marlin Leasing Corporation ("Marlin"), state as follows:

1. On September 25, 2009 (the "Petition Date"), the Debtor filed its petition for relief under chapter 11 of the United States Bankruptcy Code.

2. This Court set the last day to file proofs of claim as January 1, 2010, with government proofs of claim due by March 24, 2010. Objections to proofs of claim were due by January 29, 2010.

3. On February 23, 2010, this Court extend the time for the Debtor to file objections to proofs of claim Marlin March, 18, 2010.

4. Churchill filed proof of claim 5-1 with the Court on October 20, 2009. According to Official Form 10 box 2, the claim is based upon leased equipment. See attached **Exhibit A.** Box 4 alleges a secured claim in the amount of $8,000.00 which is secured by "leased equipment."

     5.     Upon Debtor's motion, this Court entered an order rejecting the lease between Marlin and the Debtor on January 29, 2010.

     6.     The documents attached to claim 5-1 support a lease agreement entered into between Marlin and the Debtor.  See Exhibit A, page 3.

     7.     As Marlin has alleged a proof of claim based upon a lease for personal property, its claim cannot be considered secured by the collateral.

**WHEREFORE**, the Debtor prays for an order reclassifying Claim No. 5, filed by Marlin Leasing Corporation, as an unsecured claim in its entirety, and for such other and further relief as is just.

                          Respectfully submitted,

                              My Ranch, Inc.

                  By:    /s/   Philip Groben
                           One of its attorneys

Forrest L. Ingram
Philip Groben
Michael Ohlman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838