## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: April 13, 2010 at 10:00 |

This matter coming to be heard on the Debtor's Objection to Claim No. 23 filed by Fifth Third Bank, proper notice having been provided and the Court being fully advised in the premises,

**IT IS ORDERED**:

Debtor's objection is sustained; Claim No. 23 of Fifth Third Bank is disallowed in its entirety.

Dated:                                                                                    BY THE COURT

_____
Hon. Jack Schmetterer
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.