## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
|     Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
|     Debtor and Debtor in Possession | ) | Hearing: April 13, 2010 at 10:00 |

This matter coming to be heard on the Debtor's Objection to Claim No. 3 filed by The Huntington National Bank, proper notice having been provided and the Court being fully advised in the premises,

**IT IS ORDERED**:

Debtor's objection is sustained; Claim No. 3 of The Huntington National Bank is reclassified as an unsecured claim in its entirety.

Dated:                                                                                              BY THE COURT


                                                                                             _____
                                                                                             Hon. Jack Schmetterer
                                                                                             United States Bankruptcy Judge


This order was prepared by
Forrest L. Ingram, P.C.