IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: April 13, 2010 at 10:00 |

**NOTICE OF WITHDRAWAL OF OBJECTION**

**PLEASE TAKE NOTICE** that Debtor My Ranch, Inc. hereby withdraws its objection to Proof of Claim No. 23, filed by Fifth Third Bank, currently scheduled to be heard by Judge Jack Schmetterer on April 13, 2010 at 10:00 at 9:30am, or any other judge sitting in his stead, and requests this matter be taken off the Court's calendar.  Plaintiff withdraws its objection without prejudice.

                                                             /s/ Philip Groben
                                                             One of Debtor's attorneys

Forrest L. Ingram
Philip Groben
Michael Ohlman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

     I, Philip Groben, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on March 22, 2010.

                                                             /s/Philip Groben

## SERVICE LIST

**Via CM/ECF:**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Via U.S. Mail:**
**Debtor**
My Ranch, Inc.
4650 N. Sheridan Rd.
Chicago, IL 60640

**Fifth Third Bank**
1830 East Paris Ave.
Grand Rapids, MI 49546