UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| My Ranch, Inc., | ) | Case No. 09 B 35697 |
| d/b/a Fresh Harvest Market, | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

(To Be Served By Clerk)

## NOTICE OF MOTION AND UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE

To the Debtors, its creditors, and other parties in interest:

The United States Trustee for the Northern District of Illinois hereby moves the Court to enter an order converting the above captioned Chapter 11 case to Chapter 7, or, alternatively, dismissing the case, whichever may be in the best interest of creditors and the estate for the following reasons: First, the Debtor's monthly operating reports indicate the Debtor's bankruptcy estate is experiencing continuing losses and diminution, resulting in the absence of a reasonable likelihood of rehabilitation in this case. Second, the Debtor has failed to pay fees required under chapter 123 of title 28. Accordingly, cause exists to convert or dismiss the Debtor's case under §1112(b)(4)(A) and (K) respectively, of the Bankruptcy Code.

The United States Trustee reserves the right to raise other grounds for conversion or dismissal based on any papers filed or testimony taken at or before the hearing on this motion.

PLEASE TAKE NOTICE that a hearing on the United States Trustee's Motion is set for _____May 6_____, 2010, at the hour of __11:30__ A.M., before the Honorable Jack B. Schmetterer in Courtroom 682, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

Dated: March 23, 2010

STEPHEN G. WOLFE, ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
219 S. Dearborn St., #873
CHICAGO, ILLINOIS 60604
(312) 886-7480