

# Maria Pappas
## Cook County Treasurer

*Phil —*
*Please respond*

Thursday, January 07, 2010

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe Street - Suite 900
Chicago, IL 60603

Re:   Bankruptcy of Johnson, Cecelia N.
      Case Number: 09 B 37011

Dear Forrest L. Ingram:

The Cook County Treasurer's Office has received notice filing of the above referenced bankruptcy case. Notification indicates that the bankrupt is the owner of real estate in Cook County. For the Cook County Treasurer's Office to properly comply with the Automatic Stay and complete the claim, it is necessary that you provide us with the Property Index Number (PIN) and property location for each parcel of real estate.

If this bankruptcy case does not involve property located in Cook County, notify our office in writing.

Please complete the enclosed form, sign it, and return to the following address as soon as possible.

Cook County Treasurer's Office
Attention: Tax Sale Department
118 N. Clark Street - Room 212
Chicago, IL 60602

If you have any questions, please contact Susan Bruen at (312) 603-5838.

Sincerely,

*Tax Sale Department*
Cook County Treasurer's Office



# Maria Pappas
## Cook County Treasurer

Thursday, January 07, 2010

To: Maria Pappas
Cook County Treasurer and ex officio Cook County Collector

Re: Bankruptcy of Johnson, Cecelia N.
Case Number: 09 B 37011

| **PROPERTY INDEX NUMBER(s)** | **STREET ADDRESS** (include city zip code) |
|---|---|
| 13-03-129-053-0000 | 4676 W. Peterson |
| 14-17-211-015-0000 | 4650 N. Sheridan |
| 20-22-209-034-0000 | 6448 S. Eberhart |

The undersigned attorney or pro se petitioner certifies under penalty or perjury and pursuant to Rule 9011 of the Federal Bankruptcy Rules that he/she is the attorney or pro se petitioner for the above named and has knowledge of the facts set forth herein and that each of the following properties identified by its/their Property is owned by the bankrupt and each such property is part of the bankrupt's estate.

_____
Attorney of Pro Se Petitioner Signature

Philip Groben
Attorney of Pro Se Petitioner Printed Name

_____
Attorney ID#

118 North Clark Street • Room 212 • Chicago, Illinois 60602
www.cookcountytreasurer.com