**NOTE: THIS ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**

**ESTIMATE OF COST OF REDEMPTION: Annual sale**

ORDER NO. A119306

DAVID D. ORR
County Clerk of Cook County

Owner's Name or Trust No., Mailing Address & Phone No.

Name_____

Deputy _W_

Date Prepared: 03-22-2010

Address_____

Permanent Real Estate Index Number: 14-17-211-015-0000
Volume Number: 42A  CP 2709  Class: 2-12  Tax Code: 73073
Property Sold to: USBANKCUST SASSMUNIVDTR
Telephone_____

For 2007 General Taxes OR Special Assessment Warrant No._____ Inst no._____
Date of Sale: 07-21-2009  Cert. No.: 07-0016797
Redemption date extended to: 02-08-2012  By Affidavit of Purchaser

| SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE SUBJECT TO ANNUAL INCREASE FROM THE DATE THEY ARE PAID | | | | |
|---|---|---|---|---|
| INST. YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
| 1 2008 | 03-02-2010 | 8,030.49 | 12 | 963.66 |
| 2 2008 | 03-02-2010 | 8,682.08 | 12 | 1,041.85 |

Total Subsequent Tax: 16,712.57
Total Subsequent Penalty: 2,005.51

FEES ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.

CLERK _____ 17.24
TORRENS _____
ADVER. _____
MAIL _____
SHERIFF _____
FILING _____
BUYER _____
OTHER _____
COURT COSTS _____

TOTAL FEES $ 17.24

County Treasurer Funds $ 200.00
County Clerk Fees $ 47.00
Taxes Sold $ 7,847.59
Prior Year(s) Sold 0000 to 0000 $ 0.00
AMOUNT OF SALE $ 8,094.59
Penalty Periods 2 x 1 % = 2 % $ 161.89
Add interest of 1/2% per month when redemption period is extended from 01-21-2012 to 02-08-2012 0.0 % $ 0.00

SUBSEQUENT TAXES
Total Subsequent Taxes $ 16,712.57
Total Subsequent Penalty $ 2,005.51
Clerk, Adver., Mail, Sheriff, Filing, Torrens & Court Costs Fees $ 17.24
Redemption Fees $ 10.00
Sub-Total $ 27,001.80
Cost of Estimate $ 3.00
GRAND TOTAL $ 27,004.80

**NOTE: THE GRAND TOTAL IS SUBJECT TO INCREASE.**

Sale penalties increase every 6 months from the date of sale. Additional penalty of 1 % amounting to $ 80.94 added after 7-21-10. Includes additional 5% fee required per P.A. 91-564

ESTIMATE CHECKED & AUDITED
DAVID ORR
MAR 22 2010
APPROVED:
COOK COUNTY CLERK

**THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.**

IMPORTANT: PLEASE READ REVERSE SIDE



0231233  1 OF 1