

# Maria Pappas

**Cook County Treasurer**
118 North Clark Street
Chicago, IL 60602
www.cookcountytreasurer.com

# FAX

| TO: | PHIL GROBIN | FROM: | SHIRLEY GRAU |
|---|---|---|---|
| FAX: | 312.759.0298 | FAX: | 312.603.4147 |
| PHONE: | | PHONE: | |
| RE: | VACATE TAX SALE | PAGE(S): | (INCLUDING THIS SHEET 2 ) |
| DATE: | MARCH 23, 2010 | CC: | |

θ Urgent    θ For Review    θ Please Reply    θ Please Distribute    θ FYI

☐ Comments:

Per our conversation, please complete the attached Vacate Tax Sale Inquiry Form and fax back to me along with any supporting documentation as to why this sale should be vacated.

The information contained in this facsimile message is intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. If you do not receive all of the pages, please call the sender at the number provided above as soon as possible. Thank you.



# Maria Pappas
## Cook County Treasurer

## Vacate Tax Sale Inquiry Form

This form may only be completed by the property owner. Tax buyers may not fill out this form. Please complete the requested fields fully and accurately so that the Cook County Treasurer's Office may respond to your inquiry in the most efficient manner possible.

### Property Information

Property Index Number (PIN): **14-17-211-015-0000**
(If there are multiple PINs, please indicate and attach a sheet with all relevant PINs)

Sale (including year) at which the taxes were sold: **2008**

Date the taxes were sold: **3/2/2010**

### Contact Information

Name of Inquirer: **Philip Groben**

Inquirer Address: **79 W. Monroe, Suite 900**
**Chicago, IL 60603**

Phone Number(s): **(312) 759-2535**

E-mail Address: **pgroben@fingramlaw.com**

### Reasons for Asserting the Sale was in Error

Please submit all supporting documentation to this application.

[ ]   The property was exempt from taxation: _____
     (Please specify the reason for exemption)

[ ]   The taxes/special assessments were paid prior to the sale
[ ]   There is a double assessment
[X]   The PIN was in Bankruptcy at the time it was sold
[ ]   The PIN is/was the subject of a Condemnation/Eminent Domain case
[ ]   Other: _____
     (Please specify)

For Office Use Only: _____

Accepted By _____   Date _____

118 North Clark Street • Room 112 • Chicago, IL 60602