# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| _____ ) | | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: April 1, 2010 at 10:00 |

**ORDER ENFORCING THE AUTOMATIC STAY AND GRANTING SANCTIONS PURSUANT TO § 362(k) AGAINST THE COOK COUNTY TREASURER AND THE COOK COUNTY CLERK**

THIS MATTER CAME TO BE HEARD on the Debtor and Debtor in Possession Cecelia N. Johnson, on her motion to Enforce the Automatic Stay and for Sanctions Against the Maria Pappas individually and as the Cook County Treasurer and David Orr individually and as the Cook County Clerk, due notice having been given, and the Court being fully advised in the premises:

**IT IS ORDERED**

1. The sale of real estate property taxes on March 2, 2010 by the Cook County Treasurer and the Cook County Clerks were a willful violation of the automatic stay found in 11 U.S.C. § 362.

2. The sale of real estate property taxes on March 2, 2010 is void.

[Space intentionally left blank; order continued on next page.]

3. The Cook County Treasurer and Cook County Clerk are to pay the Debtor damages in the amount of $18,912.21 in actual damages, plus attorneys fees and costs incurred in bringing this action, and $10,000.00 in punitive damages pursuant to 11 U.S.C. § 362(k).


Dated:                                                          By the Court

_____
The Honorable Jack Schmetterer
Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.