**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 09−35697
Chapter: 11
Judge: Jack B. Schmetterer

In Re:
   My Ranch, Inc
   dba Fresh Harvest Market
   4650 N. Sheridan Road
   Chicago, IL 60640

   Cecelia N. Johnson
   6448 S. Eberhart
   Chicago, IL 60637
   U,S,A,

Social Security No.:

xxx−xx−7244

Employer's Tax I.D. No.:
   39−4215965

---

PLEASE TAKE NOTICE that a hearing will be held at:

    219 South Dearborn, Courtroom 682, Chicago, IL 60604

    on May 6, 2010 at 11:30 AM

TO CONSIDER AND ACT UPON the following: Motion to Convert or Dismiss Case

                For the Court,

Dated: March 23, 2010               Kenneth S. Gardner , Clerk
                                United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez                Page 1 of 3                   Date Rcvd: Mar 23, 2010
Case: 09-35697                 Form ID: ntchrgBK            Total Noticed: 101

The following entities were noticed by first class mail on Mar 25, 2010.
db           +My Ranch, Inc,    4650 N. Sheridan Road,    Chicago, IL 60640-5020
dbpos        +Cecelia N. Johnson,    6448 S. Eberhart,    Chicago, IL 60637-3325,    U,S,A,
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
ust          +Stephen G Wolfe,    OFFICE OF THE UNITED STATES TRUSTEE,    219 S Dearborn St #873,
               Chicago, IL 60604-2027
ust          +William T Neary,    Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
14498659     +ACC Capital,    c/o Kennet Donke,    7220 W. 194th St. Suite 105,    Tinley Park, IL 60487-9228
14635479     +AEL Financing,    600 N Buffalo Grove Rd,    Buffalo Grove, IL 60089-2434
14701385     +Allied Waste Service,    2608 S Damen,    Chicago, IL 60608-5209
14498660     +America United Bank,    321 W. Golf Road,    Schaumburg, IL 60196-1085
14701386     +American Credit System,    400 W lake Street,    PO Box 72849,    Roselle, IL 60172-0849
14701387     +American Express,    c/o Becket and Lee,    PO Box 3001,    Malvern, PA 19355-0701
14701763     +Apartment 301,    4650 N Sheridan,    Chicago, IL 60640-5020
14701764     +Apartment 302,    4650 N Sheridan,    Chicago, IL 60640-5020
14701765     +Apartment 303,    4650 N Sheridan,    Chicago, IL 60640-5020
14498661     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
14498662      Bank of America Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
14498663     +Bank of the West,    C/O Kenneth Donkel,    7220 W 194th St Ste 105,    Tinley Park, IL 60487-9228
14498664     +Borst & Collins, LLC,    180 N. Stetson Ave.,    Suite 3050,    Chicago, IL 60601-6718
14498665     +Bret Rappaport,    2610 Lake Cook,    Riverwoods, IL 60015-5711
14610484     +CIT Technology Financing Services Inc,    Bankruptcy Processing Solutions Inc,
               800 E. Sonterra Blvd., Suite 240,    San Antonio, TX 78258-3941
14498666     +Cecela Johnson,    6448 S. Eberhart Ave.,    Chicago, IL 60637-3325
14498670     +Cecelia Johnson,    6448 S. Eberhart,    Chicago, IL 60637-3325
14498668     +Cecelia Johnson,    6448 S. Eberhart Ave.,    Chicago, IL 60637-3325
14498669     +Cecelia Johnson,    6448 S. Ebrhart Ave.,    Chicago, IL 60637-3325
14498671     +Cecelia N. Johnson,    6548 S. Eberhart Ave.,    Chicago, IL 60637-3206
14498672      Charter One,    PO Box 18204,    Bridgeport, CT 06601-3204
14498673     +Charter One Bank,    1215 Superior Avenue,    Cleveland, OH 44114-3299
14701746     +Chase Bank,    PO Box 15548,    Wilmington, DE 19886-5548
14677822      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14498674     +Chase Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
14701747     +Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19886-5298
14603234      Churchhill Quinn Richtman & Hamilton LTD,    2 S Whitney,    POB 284,    Grayslake, IL 60030-0284
14498677      Cit. Tech. Fin. Serv. Corp.,    P.O. Box 550599,    Jacksonville, FL 32255-0599
14701748     +Citibank,    PO Box 6077,    Sioux Falls, SD 57117-6077
14498678     +Citizens Capital / Coactive Partner,    328 S Saginaw St,    Flint, MI 48502-1923
14635477     +Citizens Leasing,    328 S Saginaw Street,    Flint, MI 48502-1940
14701383     +City of Chicago,    Department of Revenue,    333 S State St LL,    Chicago, IL 60604-3900
14921328     +CoActiv Capital Partners, Inc.,    c/o Deeb, Petrakis, Blum & Murphy, P.C.,
               1601 Market Street, Suite 2600,    Philadelphia, PA 19103-2349
14614845     +Coca Cola Enerprises Inc,    521 Lake Kathy Drive,    Brandon, FL 33510-3945
14498679     +Curchill, Quinn, Richtman, Hamilton,    Two South Whitney,    PO Box 284,
               Grayslake, IL 60030-0284
14498680     +David Hazen,    Diver Grach Quade & Masini,    111 N. County St.,    Waukegan, IL 60085-4325
14869206     +David P Vallas,    Coactive Capital Partners Inc,    225 W Wacker Dr Ste 2800,
               Chicago, IL 60606-1228
14712924     +Dean Dairy Holdings LLC dba Dean IL Dairies LLC,    c/o Alex D Madrazo,
               2515 McKinney Ave, Ste 1200,    Dallas, TX 75201-1945
14635478     +Dean Food Co,    3600 N River Road,    Franklin Park, IL 60131-2185
14701749     +Dietz & Kolodenko,    2404 S Wolcott,    Units 24 & 25,    Chicago, IL 60608-5300
14498681     +Ervin Leasing,    3893 Research Park Drive,    Ann Arbor, MI 48108-2217
14701751     +Everday Fresh,    PO Box 656,    Lemont, IL 60439-0656
14701750     +Evergreen Produce,    2404 S wolcott Ave,    Units 8 & 9,    Chicago, IL 60608-5300
14498683     +Fifth Third Bank,    5001 Kingsley Dr.,    Cincinnati, OH 45227-1114
14498682      Fifth Third Bank,    Business Mastercard,    P.O. Box 740789,    Cincinnati, OH 45274-0789
14498684      Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
14756934     +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
               Grand Rapids MI 49546-6253
14635476     +First Equity Cards,    Po Box 84075,    Columbus, GA 31908-4075
14498685     +George S. May International Co.,    303 S. Northwest Hwy.,    Park Ridge, IL 60068-4232
14701752     +Global Communication,    PO Box 715248,    Columbus, OH 43271-5248
14498686     +Great America Leasing,    625 First Street S.E. Suite 800,    Cedar Rapids, IA 52401-2031
14582013     +GreatAmerica Leasing Corporation,    Po Box 609,    Cedar Rapids, IA 52406-0609
14498687     +Harris Bank,    Bankruptcy Department,    150 West Wilson,    Palatine, IL 60067-0926
14498688      Huntington,    105 East Forth Street,    Suite 200,    Cincinnati, OH 45202
14498690     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph St.,    Chicago, IL 60606)
14853027     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Bankruptcy Unit,
               100 W. Randolph St., #7-400,    Chicago, IL 60601)
14701384     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    230 S Dearborn Street,    Suite 3030,
               Chicago, IL 60604)
14637824     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114)
14635460      Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
14498691     +Innovative Bank,    SOHO Loans,    360 14th Street,    Oakland, CA 94612-3200
```

```
District/off: 0752-1          User: bchavez              Page 2 of 3              Date Rcvd: Mar 23, 2010
Case: 09-35697                Form ID: ntchrgBK          Total Noticed: 101

14701753     +Irwin Naturals,    5310 Beethoven St,    Los Angeles, CA 90066-7015
14498692     +J P Morgan Chase Bank,    25 East Washington St. Suite 1000,    Chicago, IL 60602-1705
14498693      J.P. Morgan Chase Bank,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
14635474     +JP Morgan Chase Bank,    702 Mail St 4th Floor N,    Attn Bankruptcy Dept,   Houston, TX 77002-3201
14701754     +JP Morgan Chase Bank,    712 Mail St 4th Floor N,    Attn Bankruptcy Dept,   Houston, TX 77002-3231
14498694     +Key Equipment Finance,    600 Travis, Suite 1300,    Houston, TX 77002-3005
14498695     +Key Equipment Finance,    26000 Cannon Road,    Cleveland, OH 44146-1807
14773326     +Key Equipment Finance Inc.,    1000 S. McCaslin Blvd.,    Superior, CO 80027-9456
14498696     +Leaf,    PO Box 644006,    Cincinnati, OH 45264-0309
14635475     +Leaf Financial,    Po Box 644006,    Concinnati, OH 45264-0309
14498697     +Leaf Fnancial,    PO Box 644006,    Cincinnati, OH 45264-0309
14498699      Marlin Leasing,    PO box 13604,    Philadelphia, PA 19101-3604
14498698     +Marlin Leasing,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
14701756     +Martin Weisenburger,    8630 Wheeler Dr,    Orland, Park, IL 60462-4704
14498700     +McCarthy, Burgess & Wolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
14701757     +Michael J Navillo & Sons,    2404 S Wolcott Ave,    Unit 26-27,    Chicago, IL 60608-5343
14712929     +Midwest Ice Cream Co LLC,    c/o Alex D Madrazo,    2515 McKinney Ave, Ste 1200,
               Dallas, TX 75201-1945
14498701      National City,    P.O. Box 3038,    Kalamazoo, MI 49003-3038
14498704     +National City Commercial Capital Co,    995 Dalton Ave,    Cincinnati, OH 45203-1101
14498703     +National City Commercial Capital Co,    c/o Borst & Collinjs,    180 N. Stetson Ave., Ste 3050,
               Chicago, IL 60601-6718
14498702     +National City Commercial Capital Co,    c/o Borst & Collins,    180 N. Stetson Ave., Ste 3050,
               Chicago, IL 60601-6718
14701759      Nealy Foods,    900 W Fulton St,    Chicago, IL 60607
14879036     +PNCEF, LLC dba PNC Equipment Finance,    995 Dalton Avenue,    Cincinnati, OH 45203-1101
14635472     +Popular Leasing USA,    3000 Dundee Rd., Ste 301,    Northbrook, IL 60062-2434
14498705     +QuickLease Powered by Coactive,    655 Business Center Drive,    Suite 250,
               Horsham, PA 19044-3448
14701760     +Supervalu Foods,    11840 Valley View Road,    Eden Prairie, MN 55344-3691
14701761     +Swift Financial / M&I Bank,    PO Box 3025,    Milwaukee, WI 53201-3025
14635473     +TCF Equipment Finance,    11100 Wayzata Blvd #501,    Hopkins, MN 55305-5518
14626082     +The Huntington National Bank,    Monette W Cope Esq,    Weltman Weinberg & Reis Co,
               180 N LaSalle St Ste 2400,    Chicago, IL 60601-2704
14498706     +Tree of Life.,    c/o Transworld Systems Inc,    P.O. Box 15630, Dept 23,
               Wilmington, DE 19850-5630
14498707     +U.S. Foodservice, Inc,    c/o Kohner Mann & Kailas, S.C.,    4650 N. Port Washington Road,
               Milwaukee, WI 53212-1077
14635471     +Washington Mutual,    1301 Second Ave,    Seattle, WA 98101-2005
14701762     +YPV Distribution,    160 Scott St,    Elk Grove Village, IL 60007-1211
The following entities were noticed by electronic transmission on Mar 23, 2010.
14528415      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2010 00:26:24
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA CARD SERVICES, NA/BANK OF AMERICA,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14498675      E-mail/Text: citjaxbankruptcy@cit.com                             CIT Technology Fin Serv, Inc,
               PO Box 550599,    Jacksonville, FL 32255-0599
14498676      E-mail/Text: citjaxbankruptcy@cit.com                             CIT Technology Fin. Serv, Inc.,
               21146 Network Place,    Chicago, IL 60673-1211
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14701755      Jack Tuchten Produce,    2404 S Wolcott Ave,    Unit 31
14498667*    +Cecela Johnson,    6448 S. Eberhart Ave,,    Chicago, IL 60637-3325
14498689*     Huntington,    105 East Forth St.,    Suite 200,    Cincinnati, OH 45202
14701758*     National city,    PO Box 3038,    Kalamazoo, MI 49003-3038
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez           Page 3 of 3           Date Rcvd: Mar 23, 2010
Case: 09-35697                Form ID: ntchrgBK       Total Noticed: 101
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2010**                              **Signature:**   *Joseph Speetjens*