IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: April 12, 2010 at 10:30 |

**ORDER ENFORCING THE AUTOMATIC STAY AND GRANTING SANCTIONS PURSUANT TO § 362(k) AGAINST THE COOK COUNTY TREASURER AND THE COOK COUNTY CLERK**

THIS MATTER CAME TO BE HEARD on the Debtor and Debtor in Possession Cecelia N. Johnson, on her Amended motion to Enforce the Automatic Stay and for Sanctions Against the Maria Pappas individually as the Cook County Treasurer, David Orr individually and as the Cook County Clerk, and Usbankcust Sassmunivdta, due notice having been given, and the Court being fully advised in the premises:

**IT IS ORDERED**

1. The sale of real estate property taxes on March 2, 2010 between the Cook County Treasurer the Cook County Clerks, and Usbankcust Sassmunivdta was a willful violation of the automatic stay found in 11 U.S.C. § 362.

2. The sale of real estate property taxes on March 2, 2010 is void.

[Space intentionally left blank; order continued on next page.]

3. The Cook County Treasurer, Cook County Clerk, and Usbankcust Sassmunivdta are to pay the Debtor damages in the amount of $18,912.21 in actual damages, plus attorneys fees and costs incurred in bringing this action, and $10,000.00 in punitive damages pursuant to 11 U.S.C. § 362(k).

Dated:                                                                By the Court

                                                                      _____
                                                                      The Honorable Jack Schmetterer
                                                                      Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.