**NOTE: THIS ESTIMATE MUST BE RETURNED AT TIME OF PAYMENT**

ORDER NO. A119306

**ESTIMATE OF COST OF REDEMPTION: Annual sale**

DAVID D. ORR
County Clerk of Cook County

Owner's Name or Trust No., Mailing Address & Phone No.

Name _____

Deputy ____W____

Address _____

Date Prepared __03-22-2010__
Permanent Real Estate Index Number __14-17-211-015-0000__
Volume Number __426__ CP 2709 Class __2-12__ Tax Code __73073__
Property Sold to __USBANKCUST SASSMUNIVDIR__   Telephone _____
For __2007__ General Taxes OR Special Assessment Warrant No. _____ Inst no. _____
Date of Sale __07-21-2009__ Cert. No. __07-0016797__
Redemption date extended to __02-08-2012__ By Affidavit of Purchaser

| | | | | |
|---|---|---|---|---|
| SUBSEQUENT TAXES ARE PAID BY THE TAX PURCHASER AND ARE SUBJECT TO ANNUAL INCREASE FROM THE DATE THEY ARE PAID | | | | |
| INST. YEAR | DATE PAID | AMOUNT PAID | PENALTY % | PENALTY AMOUNT |
| 1 2008 | 03-02-2010 | 8,030.49 | 12 | 963.66 |
| 2 2008 | 03-02-2010 | 8,682.08 | 12 | 1,041.85 |

Total Subsequent Tax _____ 16,712.57
Total Subsequent Penalty _____ 2,005.51

FEES ARE SUBJECT TO INCREASE AS PAID BY THE TAX PURCHASER.

CLERK _____ 17.24
TORRENS _____
ADVER. _____
MAIL _____
SHERIFF _____
FILING _____
BUYER _____
OTHER _____
COURT COSTS _____

TOTAL FEES $ _____ 17.24

County Treasurer Funds  $ 200.00
County Clerk Fees  $ 47.00
Taxes Sold  $ 7,847.59
Prior Year(s) Sold __0000__ TO __0000__  $ 0.00
AMOUNT OF SALE  $ 8,094.59
Penalty Periods __2__ x __1__ % = __2__ %  $ 161.89
Add interest of 1/2% per month when redemption period is extended from __01-21-2012__ to __02-08-2012__ __0.0__%  $ 0.00

SUBSEQUENT TAXES
Total Subsequent Taxes  $ 16,712.57
Total Subsequent Penalty  $ 2,005.51
Clerk, Adver., Mail, Sheriff, Filing, Torrens & Court Costs Fees  $ 17.24
Redemption Fees  $ 10.00
                Sub-Total  $ 27,001.80
Cost of Estimate  $ 3.00
                GRAND TOTAL  $ 27,004.80

**NOTE: THE GRAND TOTAL IS SUBJECT TO INCREASE.**

Sale penalties increase every 6 months from the date of sale. Additional penalty of __1__ % amounting to $ __80.94__ added after __7-21-10__.
Includes additional 5% fee required per P.A. 91-564

ESTIMATE CHECKED & AUDITED
DAVID ORR
MAR 22 2010
APPROVED: COOK COUNTY CLERK

**THE ILLINOIS PROPERTY TAX CODE REQUIRES PAYMENT BE MADE IN FULL WITH CURRENCY, CERTIFIED OR CASHIER'S CHECK, EXPRESS OR U.S. MONEY ORDERS. NO PARTIAL PAYMENTS. ALL CHECKS MADE PAYABLE TO DAVID D. ORR, COOK COUNTY CLERK.**

IMPORTANT: PLEASE READ REVERSE SIDE



0231233   1 OF 1