IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|     d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| _____ | ) | |
| | ) | Chapter 11 |
| Cecilia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: April 26, 2010 at 10:30 |

**ORDER DECLARING PAYMENT OF REAL ESTATE TAXES TO BE A VIOLATION
OF THE AUTOMATIC STAY AND FOR SANCTIONS PURSUANT 11 U.S.C. § 362(k)**

THIS MATTER CAME TO BE HEARD on the Debtor and Debtor in Possession Cecelia N. Johnson, on her Motion to Declare Payment of Real Estate Taxes to be a Violation of the Automatic Stay and for Sanctions Pursuant to 11 U.S.C. § 362(k) against Maria Pappas individually as the Cook County Treasurer, against David Orr individually and as the Cook County Clerk, and against Usbankcust Sassmunivdta, due notice having been given, and the Court being fully advised in the premises:

**IT IS ORDERED**

   1. The sale of real estate property taxes on March 2, 2010 between the Cook County Treasurer, the Cook County Clerks, and Usbankcust Sassmunivdta was a willful violation of the automatic stay found in 11 U.S.C. § 362.

   2. The sale of real estate property taxes on March 2, 2010 is void.

[Space intentionally left blank; order continued on next page.]

3. The Cook County Treasurer, Cook County Clerk, and Usbankcust Sassmunivdta are to pay the Debtor actual damages in the amount of $18,912.21, plus attorneys fees and costs incurred in bringing this action, and $10,000.00 in punitive damages pursuant to 11 U.S.C. § 362(k).

Dated:                                                                     By the Court

                                                                               _____
                                                                               The Honorable Jack Schmetterer
                                                                               Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.