IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecilia Johnson    CASE NO. 09-37011

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending March, 20 10

BEGINNING BALANCE IN ALL ACCOUNTS    $ 3,693.25

RECEIPTS:
1. Receipts from operations    $ 14,047.66
2. Other Receipts    $ 2,582.24

DISBURSEMENTS:
3. Net payroll:
   a. Officers    $ 0
   b. Others    $ 0

4. Taxes
   a. Federal Income Taxes    $ 0
   b. FICA withholdings    $ 0
   c. Employee's withholdings    $ 0
   d. Employer's FICA    $ 0
   e. Federal Unemployment Taxes    $ 0
   f. State Income Tax    $ 0
   g. State Employee withholdings    $ 0
   h. All other state taxes    $ 0

5. Necessary expenses:
   a. Rent or mortgage payments(s)    $ 13,436.68
   b. Utilities    $ 1,040.00
   c. Insurance    $ 674.75
   d. Merchandise bought for manufacture or sale    $ 0
   e. Other necessary expenses (specify) food expenses    $ 400.00
   $ _____

TOTAL DISBURSEMENTS    $ 15,151.43

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ 1,478.47

ENDING BALANCE IN Bank of America    $ 294.11
              (Name of Bank)
ENDING BALANCE IN Bank of America Cash    $ 4877.61
              (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS    $ 5,171.72

OPERATING REPORT Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson   CASE NO.: 09-37011

RECEIPTS LISTING

FOR MONTH ENDING March, 2010

Bank: Bank of America
Location: Dallas, Texas
Account Name: Cecelia N. Johnson
Account No.: 375556 3093

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| March 1, 2010 | Rent | 3,097.66 |
| March 10, 2010 | Rent building | 10,200.00 |
| March 27, 2010 | Salary hair | 750.00 |
| March 28, 2010 | contribution/children | 1,000.00 |
| March 28, 2010 | Salary My Ranch | $1,582.24 |

TOTAL: 16,629.90

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson     CASE NO.: 09-37011

DISBURSEMENT LISTING

FOR MONTH ENDING March, 20 10

Bank: Bank of America
Location: Dallas, Texas 75283-2406
Account Name: Cecelia Johnson
Account No.: 5755563093

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| March 23, 2010 | 1013 | mortgage payment | 8,446.20 |
| March 22, 2010 | 1015 | mortgage payment | 1,892.82 |
| March 1, 2010 | cash/money order | mortgage payment | 3,097.66 |
| March 5, 2010 | cash | utilities | 840.00 |
| March 19, 2010 | cash | gas bill | 200.80 |
| March 5, 2010 | ach | insurance | 674.75 |

TOTAL: 14,476.68 + 674.75 =
15,151.43

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson     CASE NO.: 09-37011

FOR MONTH ENDING March, 2010

## STATEMENT OF INVENTORY

Beginning inventory            $ 0

Add: purchases                 $

Less: goods sold               $
(cost basis)

Ending inventory               $

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $ 0

Payroll taxes due but unpaid       $

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Bank of America | Mar 1 | 1892.82 | 0 | 0 |
| Flagstar Bank | Mar 1 | 3,097.66 | 0 | 0 |
| Fifth Third Bank | Mar 15 | 8,446.20 | 0 | |

*Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson   CASE NO.: 09-37011

FOR MONTH ENDING March, 2010

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

1. Federal Income Taxes        Yes ( )    No (✓)
2. FICA withholdings           Yes ( )    No (✓)
3. Employee's withholdings     Yes ( )    No (✓)
4. Employer's FICA             Yes ( )    No (✓)
5. Federal Unemployment Taxes  Yes ( )    No ( )
6. State Income Tax            Yes ( )    No (✓)
7. State Employee withholdings Yes (✓)    No ( )
8. All other state taxes       Yes (✓)    No ( )

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Cen Johnson_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____Cen Johnson_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

_____Cen Johnson_____

DATED: 4/24/10

OPERATING REPORT Page 8

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3755563093
01 01 149 01 M0000 E# 1
Last Statement: 02/26/2010
This Statement: 03/31/2010

Customer Service
1-800-657-9533

CECIIA N. JOHNSON
DEBTOR IN POSSESSION 09-37011
PERSONAL ACCOUNT
6448 S. EBERHART AVE
CHICAGO IL 60637

Page 1 of 2

Bankruptcy Case Number: 0937011

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/27/2010 - 03/31/2010 | Statement Beginning Balance | 61.68 |
| Number of Deposits/Credits 2 | Amount of Deposits/Credits | 2,900.00 |
| Number of Checks 1 | Amount of Checks | 1,892.82 |
| Number of Other Debits 5 | Amount of Other Debits | 774.75 |
| | Statement Ending Balance | 294.11 |
| Number of Enclosures 1 | | |
| | Service Charge | 100.00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/05 | | 700.00 | IL BANKING CENTER DEPOSIT | 36506182956743 |
| 03/26 | | 2,200.00 | CREDIT Effective Date is 03/25/2010 | 03480047701 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1015 | 1,892.82 | 03/29 | 8292035159 | | | | |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 03/02 | 1 | 25.00 | CSR ASSISTED INQ/REQUEST | | 09939900153 |
| 03/05 | | 674.75 | PFS 877-242-0069 DES:PFSPYMTILC ID:32667 INDN:CECELIA JOHNSON CO ID:4531659615 CCD | | 64002812010 |
| 03/08 | 1010 | 30.00 | Insufficient Funds Charge Effective Date is 03/05/2010 | NSF CHARGE | 09938100015 |
| 03/30 | 1013 | 30.00 | Insufficient Funds Charge Effective Date is 03/29/2010 | NSF CHARGE | 09938100010 |
| 03/31 | | 15.00 | Service Charge | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/26 | 61.68 | 61.68 | 03/25 | 2,231.93 | 2,231.93 |
| 03/02 | 36.68 | 36.68 | 03/29 | 309.11 | 8,137.09- |
| 03/05 | 31.93 | 8,414.27- | 03/31 | 294.11 | 8,152.09- |
| 03/10 | 31.93 | 31.93 | | | |