## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-35697 |
| My Ranch, Inc. | |
| d/b/a Fresh Harvest Market | |
| | Judge Schmetterer |
| Debtor and Debtor in Possession | |
| | |
| | Chapter 11 |
| Cecilia N. Johnson | Case No. 09-37011 |
| | |
| Debtor and Debtor in Possession | Hearing: May 10, 2010 at 10:00am |

### ORDER AMENDING ORDER OF COURT DATES MARCH 23, 2010

This matter came to be heard on the emergency motion of the Debtor and Debtor in Possession, My Ranch, Inc., to Amend the Order of Court dated March 23, 2010. Sufficient notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

1. Status on this matter is set for June 3, 2010 at 10:30am.

2. The Order of March 23, 2010, authorizing the Debtor and Debtor in Possession to sell receivables is hereby modified and will read as follows:

Debtor and Debtor in Possession My Ranch, Inc. is hereby authorized to sell to The Business Backer its current and future receivables, including credit card receivables, in the amount of $35,100.00 in return for an immediate payment to My Ranch, Inc. of $27,000.00, which the Debtor intends to use to purchase needed inventory; upon receiving the advanced payment from The Business Backer, the Debtor is authorized to assign to The Business Backer up to 15% of every credit card transaction in the Debtor's store, Fresh Harvest Market, until the

total amount of the purchased receivables is received by The Business Backer. The Debtor is further authorized sell to The Business Backer its current and future receivables, including credit card receivables, in the amount of $37,800.00 in return for an immediate payment to My Ranch, Inc. of $27,000.00, which the Debtor intends to use to purchase needed inventory. Upon receiving the advanced payment from The Business Backer, the Debtor is authorized to assign to The Business Backer up to 19% of every credit card transaction in the Debtor's store, Fresh Harvest Market, until the total amount of the purchased receivables is received by The Business Backer.

Dated: 5/10/10

BY THE COURT:

The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

MAY 10 2010

This document was prepared by
Forrest L. Ingram, P.C.