**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) MY RANCH INC.         Case No. 09B35697        Chapter 11

All Cases: Moving Creditor Flagstar Bank, FSB     Date Case Filed September 25, 2009

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing or Date Plan Confirmed

Chapter 7: ☐ No-Asset Report Filed on
           ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
    a. ☒ Home
    b. ☐ Car Year, Make, and Model _____
    c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date $355,684.75
   Total of all other Liens against Collateral $-

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition. N/A

4. Estimated Value of Collateral (*must* be supplied in *all* cases) $296,500.00 according to Zillow.com

5. Default
    a. ☐ Pre-Petition Default
        Number of months          Amount $

    b. ☐ Post-Petition Default
        i.  ☐ On direct payments to the moving creditor
            Number of months     Amount $

        ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months     Amount $

6. Other Allegations
    a. ☒ Lack of Adequate Protection § 362(d)(1)
        i.   ☐ No insurance
        ii.  ☐ Taxes unpaid       Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv.  ☒ Other (describe) To defend against demolition.

    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ☐ Other "Cause" § 362(d)(1)
        i.   ☐ Bad Faith (describe) _____
        ii.  ☐ Multiple Filings
        iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
        i.   ☐ Reaffirm           ii. ☐ Redeem
        iii. ☐ Surrender          iv. ☐ No Statement of Intention Filed

Date: 5/13/10                                By: /s/Toni Dillon
                                                 ARDC#6289370
                                                 Pierce & Associates, P.C.