IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
RE:   MY RANCH INC.                 )
                                    )
Flagstar Bank, FSB                  )
      Creditor,                     )     Case No. 09B35697
                                    )     Judge JACK B. SCHMETTERER
    vs.                             )
                                    )
MY RANCH INC.,                      )
      Debtor(s),                    )
```

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Flagstar Bank, FSB, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Flagstar Bank, FSB and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 4676 West Peterson Avenue, Chicago, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

DATED: _____    SIGNED BY: _____
                                  Bankruptcy Judge Jack B. Schmetterer

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 10-2947