# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-35697 |
| My Ranch, Inc. | ) | |
|    d/b/a Fresh Harvest Market | ) | |
| | ) | Judge Schmetterer |
| Debtor and Debtor in Possession | ) | |
| | ) | |
| | ) | Chapter 11 |
| Cecelia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Hearing: January ___, 2010 9:30 AM |

**ORDER FOR JOINT ADMINISTRATION OF CASES**

This matter came to be heard on the joint motion of two chapter 11 debtors, namely, MY RANCH, INC. and CECELIA N. JOHNSON, ("Debtors"), for the joint administration of the two chapter 11 cases. The court having agreed to shorten notice and having deemed notice to be sufficient, and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

The Debtors' motion for joint administration of the two cases is granted.

The chapter 11 cases of the Debtors MY RANCH, INC. and CECELIA N. JOHNSON, ("Debtors"), shall henceforth be jointly administered under Case No. 09-35697. (see next page)

1

09-37011:57.1:Motion for Joint Administration:Proposed Order Entered: 12/29/2009 10:42:55 AM by:Forrest Ingram Page 2 of 2

The caption for the jointly administered cases shall henceforth read:

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| My Ranch, Inc. | ) | Case No. 09-35697 |
| d/b/a Fresh Harvest Market | ) | |
| | ) | |
| Debtor and Debtor in Possession | ) | Jointly Administered with: |
| | ) | |
| Cecelia N. Johnson | ) | Case No. 09-37011 |
| | ) | |
| Debtor and Debtor in Possession | ) | Judge Jack Schmetterer |

Dated: 1/5/10

BY THE COURT

The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

JAN 05 2010

This document was prepared by
Forrest L. Ingram, P.C.

2