**EXHIBIT C**

1:36 AM
05/14/10
Cash Basis

# My Ranch Inc
## Transactions by Account
As of April 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| General Journal | 04/30/2010 | 2010-4CR | | Record payments in cash for vendors and expenses | | 10200 · Cash on Hand | 55,002.21 |
| Check | 04/01/2010 | 1085 | Tipan foods | Check | | 14000 · Inventory | 1,369.14 |
| Check | 04/01/2010 | 1087 | Pepsi | Check | | 14000 · Inventory | 257.70 |
| Check | 04/01/2010 | 1060 | Dearborn wholesale | Withdrawal | | 14000 · Inventory | 3,782.58 |
| Check | 04/02/2010 | | Sunrise bread | Check | | 14000 · Inventory | 304.97 |
| Check | 04/02/2010 | 1060 | Geko Distributors | Withdrawal | | 14000 · Inventory | 4,000.00 |
| Check | 04/05/2010 | 1083 | DPI Midwest | Check | | 14000 · Inventory | 1,696.00 |
| Check | 04/05/2010 | 1092 | renzo dairy | Check | | 14000 · Inventory | 408.43 |
| Check | 04/05/2010 | 1093 | La Briola | Check | | 14000 · Inventory | 500.00 |
| Check | 04/05/2010 | 1100 | Frito-Lay | Check | | 14000 · Inventory | 185.61 |
| Check | 04/05/2010 | 1127 | Windy City Deli | Check | | 14000 · Inventory | 400.00 |
| Check | 04/05/2010 | 1099 | sams club | Check | | 14000 · Inventory | 230.57 |
| Check | 04/05/2010 | | DPI Midwest | Check | | 14000 · Inventory | 1,406.00 |
| Check | 04/05/2010 | 1128 | Geko Distributors | Withdrawal | | 14000 · Inventory | 775.07 |
| Check | 04/05/2010 | 1095 | hawthorne melody | Check | | 14000 · Inventory | 500.00 |
| Check | 04/06/2010 | | Athenian Foods | Check | | 14000 · Inventory | 185.00 |
| Check | 04/06/2010 | | Geko Distributors | ATM Cash | | 14000 · Inventory | 500.00 |
| Check | 04/07/2010 | 1126 | 7 up | Check | | 14000 · Inventory | 291.30 |
| Check | 04/08/2010 | 1129 | kone foods | Check | | 14000 · Inventory | 877.02 |
| Check | 04/08/2010 | 1096 | tipan foods | Check | | 14000 · Inventory | 1,129.30 |
| Check | 04/08/2010 | 1098 | eagle distributors | Check | | 14000 · Inventory | 188.25 |
| Check | 04/08/2010 | 1132 | Frito lay | Check | | 14000 · Inventory | 209.94 |
| Check | 04/09/2010 | | Geko Distributors | Withdrawal | | 14000 · Inventory | 2,000.00 |
| Check | 04/09/2010 | | Neatley Foods | Withdrawal | | 14000 · Inventory | 2,060.00 |
| Check | 04/12/2010 | 1134 | Kraft Pizza | Check | | 14000 · Inventory | 267.15 |
| Check | 04/12/2010 | 1135 | Pepsi | Check | | 14000 · Inventory | 263.50 |
| Check | 04/12/2010 | 1138 | Sam's Club | Check | | 14000 · Inventory | 230.79 |
| Check | 04/12/2010 | 1136 | renzo dairy | Check | | 14000 · Inventory | 236.38 |
| Check | 04/12/2010 | 1130 | Economy Packing Co | Check | | 14000 · Inventory | 500.00 |
| Check | 04/13/2010 | 1142 | Sam's Club | Check | | 14000 · Inventory | 215.60 |
| Check | 04/13/2010 | 1143 | Windy City Deli | Check | | 14000 · Inventory | 450.00 |
| Check | 04/13/2010 | 1140 | Joe N Ross | Check | | 14000 · Inventory | 647.93 |
| Check | 04/13/2010 | | Geko Distributors | Withdrawal | | 14000 · Inventory | 500.00 |
| Check | 04/14/2010 | 1097 | | Withdrawal | | 14000 · Inventory | 1,500.00 |
| Check | 04/15/2010 | | acconto | Check | | 14000 · Inventory | 402.35 |
| Check | 04/16/2010 | 1155 | la hispamex foods | Withdrawal | | 14000 · Inventory | 1,500.00 |
| Check | 04/16/2010 | | | Check | | 14000 · Inventory | 255.55 |
| Check | 04/16/2010 | | | Withdrawal | | 14000 · Inventory | 2,250.00 |

## EXHIBIT C

1:36 AM
05/14/10
Cash Basis

### My Ranch Inc
### Transactions by Account
As of April 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| Check | 04/17/2010 | 1104 | hawthorne melody | | ✓ | 14000 · Inventory | 500.00 |
| Check | 04/18/2010 | | | | ✓ | 14000 · Inventory | 296.71 |
| Check | 04/19/2010 | 1144 | Frito-Lay | Check | ✓ | 14000 · Inventory | 700.00 |
| Check | 04/20/2010 | | | Withdrawal | ✓ | 14000 · Inventory | 2,200.00 |
| Check | 04/20/2010 | 1146 | Geko Distributors | Cashed Check | ✓ | 14000 · Inventory | 386.10 |
| Check | 04/20/2010 | 1141 | Athenian Foods | Check | ✓ | 14000 · Inventory | 353.32 |
| Check | 04/20/2010 | 1101 | Ken Young Distribution | Check | ✓ | 14000 · Inventory | 251.13 |
| Credit | 04/20/2010 | 1147 | Joe N Ross | Check | ✓ | 14000 · Inventory | 800.00 |
| Check | 04/20/2010 | | DPI Midwest | ATM Cash | ✓ | 14000 · Inventory | 400.00 |
| Check | 04/21/2010 | 1106 | Neeley Foods | Check | ✓ | 14000 · Inventory | 638.96 |
| Check | 04/21/2010 | 1149 | renzo dairy | Check | ✓ | 14000 · Inventory | 227.16 |
| Check | 04/21/2010 | 0421 | Kraft Pizza | | ✓ | 14000 · Inventory | 2,090.00 |
| Check | 04/22/2010 | 1102 | Geko Distributors | Check | ✓ | 14000 · Inventory | 428.61 |
| Check | 04/23/2010 | 1150 | renzo dairy | Check | ✓ | 14000 · Inventory | 1,176.60 |
| Check | 04/23/2010 | | hoari foods | Withdrawal | ✓ | 14000 · Inventory | 1,000.00 |
| Check | 04/25/2010 | 1105 | Geko Distributors | Check | ✓ | 14000 · Inventory | 251.32 |
| Check | 04/24/2010 | | 7up | ATM Cash | ✓ | 14000 · Inventory | 200.00 |
| Check | 04/26/2010 | 1115 | Windy City Deli | Check | ✓ | 14000 · Inventory | 420.00 |
| Check | 04/26/2010 | 1114 | Sam's Club | Check | ✓ | 14000 · Inventory | 335.58 |
| Check | 04/26/2010 | 1112 | Frito-Lay | Check | ✓ | 14000 · Inventory | 274.77 |
| Check | 04/26/2010 | 118 | jesus gonzalez | Check | ✓ | 14000 · Inventory | 113.73 |
| Check | 04/27/2010 | | Neeley Foods | ATM Cash | ✓ | 14000 · Inventory | 500.00 |
| Check | 04/28/2010 | | Geko Distributors | Withdrawal | ✓ | 14000 · Inventory | 1,000.00 |
| Check | 04/28/2010 | | Hinkley Springs | Withdrawal | ✓ | 14000 · Inventory | 1,000.00 |
| Check | 04/28/2010 | 1111 | sams club | Check | ✓ | 14000 · Inventory | 206.00 |
| Check | 04/28/2010 | 1115 | sams club | Check | ✓ | 14000 · Inventory | 50.00 |
| Check | 04/28/2010 | 1114 | Athenian Foods | Check | ✓ | 14000 · Inventory | 148.95 |
| Check | 04/30/2010 | 1094 | lifeway kefir | Check | ✓ | 14000 · Inventory | 770.39 |
| Check | 04/30/2010 | 1121 | | Check | ✓ | 14000 · Inventory | 220.20 |
| Check | 04/02/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 185.14 |
| Check | 04/05/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 319.10 |
| Check | 04/06/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 905.99 |
| Check | 04/07/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 306.54 |
| Check | 04/08/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 276.00 |
| Check | 04/09/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 227.32 |
| Check | 04/12/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 317.23 |
| Check | 04/13/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 1,030.71 |
| Check | 04/14/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 247.92 |
| Check | 04/15/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 266.65 |
| Check | 04/16/2010 | | | Preauthorized Debit | ✓ | 27100 · Loan-Business Backer | 237.41 |

MAY-17-2010 02:31PM FROM- T-745 P.008/017 F-009

**EXHIBIT C**

1:35 AM
05/14/10
Cash Basis

My Ranch Inc
**Transactions by Account**
As of April 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| Check | 04/19/2010 | | Business Backer | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 213.51 |
| Check | 04/20/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 871.92 |
| Check | 04/21/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 334.76 |
| Check | 04/22/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 243.78 |
| Check | 04/26/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 205.76 |
| Check | 04/27/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 225.10 |
| Check | 04/28/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 735.28 |
| Check | 04/29/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 205.34 |
| Check | 04/30/2010 | | | Preauthorized Debit | √ | 27100 · Loan-Business Backer | 226.30 |
| Deposit | 04/28/2010 | | | Return Item | √ | 49900 · Uncategorized Income | 178.91 |
| Check | 04/13/2010 | 1133 | Steven Eghan | Check | √ | 68000 · Advertising and Promotion | (326.80) |
| Check | 04/26/2010 | 1102 | George's Sign Service | Check | √ | 60500 · Advertising and Promotion | 144.00 |
| Check | 04/30/2010 | 1119 | George's Sign Service | Check | √ | 60500 · Advertising and Promotion | 144.00 |
| Check | 04/06/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 144.00 |
| Check | 04/06/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 35.28 |
| Check | 04/06/2010 | | Uhaul | DBT Purchase | √ | 60200 · Automobile Expense | 48.16 |
| Check | 04/06/2010 | | Uhaul | DBT Purchase | √ | 60200 · Automobile Expense | 62.38 |
| Check | 04/06/2010 | | Uhaul | DBT Purchase | √ | 60200 · Automobile Expense | 124.18 |
| Check | 04/07/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 375.58 |
| Check | 04/07/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 43.12 |
| Check | 04/09/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 78.96 |
| Check | 04/10/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 60.00 |
| Check | 04/13/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 83.50 |
| Check | 04/14/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 15.69 |
| Check | 04/21/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 3.92 |
| Check | 04/21/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 1.00 |
| Check | 04/23/2010 | | i go car sharing | DBT Purchase | √ | 60200 · Automobile Expense | 39.75 |
| Check | 04/27/2010 | | Uhaul | Withdrawal | √ | 60200 · Automobile Expense | 17.75 |
| Check | 04/27/2010 | | | DBT Purchase | √ | 60200 · Automobile Expense | 1,200.00 |
| Check | 04/05/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 19.86 |
| Check | 04/06/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 39.00 |
| Check | 04/13/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 155.00 |
| Check | 04/14/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 39.00 |
| Check | 04/20/2010 | | | Foreign ATM or POS Fee | √ | 60400 · Bank Service Charges | 78.00 |
| Check | 04/26/2010 | | | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 1.00 |
| Check | 04/27/2010 | | | Foreign ATM or POS Fee | √ | 60400 · Bank Service Charges | 39.00 |
| Check | 04/28/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 1.00 |
| Check | 04/28/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 39.00 |
| Check | 04/29/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 78.00 |
| Check | 04/29/2010 | | Bank service charges | Insufficient Funds Fee | √ | 60400 · Bank Service Charges | 39.00 |

1:36 AM  
05/14/10  
Cash Basis

# My Ranch Inc
## Transactions by Account
### As of April 30, 2010

**EXHIBIT C**

| Type | Date | Num | Name | Memo | Split | Clr | Credit |
|---|---|---|---|---|---|---|---|
| Check | 04/29/2010 | | Bank service charges | Insufficient Funds Fee | 60400 · Bank Service Charges | ✓ | 273.00 |
| Check | 04/30/2010 | | Bank service charges | Insufficient Funds Fee | 60400 · Bank Service Charges | ✓ | 39.00 |
| Check | 04/30/2010 | | Bank service charges | Insufficient Funds Fee | 60400 · Bank Service Charges | ✓ | 78.00 |
| Check | 04/01/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 29.50 |
| Check | 04/02/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.63 |
| Check | 04/05/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 24.41 |
| Check | 04/05/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.96 |
| Check | 04/06/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 38.72 |
| Check | 04/06/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 36.61 |
| Check | 04/07/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 34.74 |
| Check | 04/08/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 27.97 |
| Check | 04/09/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 29.32 |
| Check | 04/12/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 30.23 |
| Check | 04/12/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.02 |
| Check | 04/13/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 43.54 |
| Check | 04/14/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 32.39 |
| Check | 04/15/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 39.26 |
| Check | 04/16/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 32.67 |
| Check | 04/19/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 29.64 |
| Check | 04/19/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 30.49 |
| Check | 04/19/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 33.82 |
| Check | 04/20/2010 | | | Preauthorized Debit Payee:RBS WorldPay BNKCRD DEP | 62300 · Credit Card Processing Fees | ✓ | 44.27 |
| Check | 04/21/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 38.55 |
| Check | 04/22/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.53 |
| Check | 04/23/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 31.13 |
| Check | 04/26/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 37.52 |
| Check | 04/26/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 23.31 |
| Check | 04/27/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 31.16 |
| Check | 04/28/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.29 |
| Check | 04/28/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 35.92 |
| Check | 04/29/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 32.94 |
| Check | 04/30/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 37.91 |
| Check | 04/30/2010 | | | Preauthorized Debit | 62300 · Credit Card Processing Fees | ✓ | 32.96 |
| Check | 04/30/2010 | | Premium Financing Specialist | Preauthorized Debit | 63300 · Insurance Expense | ✓ | 23.89 |
| Check | 04/22/2010 | 1107 | City of Chicago | Check | 63450 · Licenses and fees | ✓ | 791.95 |
| Check | 04/08/2010 | 1091 | Chicagoland Equipment | Check | 63500 · Janitorial Expense | ✓ | 75.00 |
| Check | 04/16/2010 | 1131 | Chicago Equipment Supply | Check | 63500 · Janitorial Expense | ✓ | 800.30 |
| Check | 04/20/2010 | | | DBT Purchase | 64300 · Meals and Entertainment | ✓ | 338.18 |
| Check | | | | | | | 91.87 |

**EXHIBIT C**

1:36 AM
05/14/10
Cash Basis

## My Ranch Inc
### Transactions by Account
As of April 30, 2010

| Type | Date | Num | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|
| Check | 04/27/2010 | | | DBT Purchase | | 64300 · Meals and Entertainment | 4.14 |
| Check | 04/27/2010 | | | POS Debit | | 64300 · Meals and Entertainment | 18.51 |
| Check | 04/28/2010 | | | DBT Purchase | | 64300 · Meals and Entertainment | 4.98 |
| Check | 04/26/2010 | | | POS Debit | | 64900 · Office Supplies | 10.65 |
| Check | 04/05/2010 | | | Preauthorized Debit | | 66200 · Payroll Taxes | 481.54 |
| Check | 04/05/2010 | | | Preauthorized Debit | | 66000 · Payroll Taxes | 64.84 |
| Check | 04/21/2010 | | Paychex | Preauthorized Debit | | 66000 · Payroll Taxes | 233.81 |
| Check | 04/28/2010 | | Paychex | Preauthorized Debit | | 66000 · Payroll Taxes | 372.96 |
| Check | 04/12/2010 | | | Preauthorized Debit | | 66061 · Payroll processing expense | 101.81 |
| Check | 04/26/2010 | | forrest ingram | Check | | 66700 · Professional Fees | 2,500.00 |
| Check | 04/01/2010 | | Cecelia Johnson | Withdrawal | | 67100 · Rent Expense | 11,445.20 |
| Check | 04/05/2010 | 10074 | Mana C. Rojas | Check | | 67300 · Salaries and Wages | 401.91 |
| Check | 04/07/2010 | 10075 | Marcelina Chapparro | Check | | 67300 · Salaries and Wages | 293.78 |
| Check | 04/08/2010 | 10076 | Amanda K. Schmies | Check | | 67300 · Salaries and Wages | 524.27 |
| Check | 04/26/2010 | 10077 | Marissa Norris | Check | | 67300 · Salaries and Wages | 231.02 |
| Check | 04/26/2010 | 10077 | Steven Eghan | Check | | 67300 · Salaries and Wages | 326.80 |
| Check | 04/26/2010 | 10079 | Steven Eghan | Check | | 67300 · Salaries and Wages | 326.80 |
| Check | 04/26/2010 | 10079 | Emira Cemalovic | Check | | 67300 · Salaries and Wages | 378.30 |
| Check | 04/26/2010 | 10078 | Amanda K. Schmies | Check | | 67300 · Salaries and Wages | 256.70 |
| Check | 04/26/2010 | 10080 | Marissa Norris | Check | | 67300 · Salaries and Wages | 248.90 |
| Check | 04/26/2010 | 10081 | Ashleigh Williams | Check | | 67300 · Salaries and Wages | 378.54 |
| Check | 04/26/2010 | 1146 | Illinois department of Revenue | Check | | 68000 · Taxes | 322.50 |
| Check | 04/28/2010 | 1113 | Illinois department of Revenue | Check | | 68000 · Taxes | 2,692.52 |
| Check | 04/05/2010 | | Comcast | Preauthorized Debit | | 68100 · Telephone Expense | 141.96 |
| Check | 04/14/2010 | | | Preauthorized Debit | | 68100 · Telephone Expense | 263.87 |
| Check | 04/29/2010 | | US Cellular | Preauthorized Debit | | 68100 · Telephone Expense | 350.00 |
| Check | 04/02/2010 | | Comed | Preauthorized Debit | | 68600 · Utilities | 580.64 |
| Check | 04/02/2010 | | | Preauthorized Debit | | 68650 · Utility Processing Fee | 3.50 |
| | | | | | | | 141,504.50 |
| | | | | Unlocated difference to balance expenses | | | (17.96) |
| | | | | **TOTAL EXPENSES** | | | **141,486.54** |

To Exhibit B

Page 5 of 5

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

**Exhibit C1**

April 2010

| Date | Vendor | Amount |
|---|---|---|
| 4/1/2010 | d & d distributors | 79.02 |
| 4/1/2010 | dearborn wholesale | 3,792.58 |
| 4/1/2010 | el rey meats | 72.00 |
| 4/1/2010 | geko distributors | 709.50 |
| 4/1/2010 | Injera bread | 15.00 |
| 4/1/2010 | la barca foods | 113.70 |
| 4/1/2010 | lifeway foods | 188.00 |
| 4/1/2010 | mounsef international | 24.00 |
| 4/1/2010 | Nealey foods | 879.00 |
| 4/1/2010 | six corner bakery | 3.75 |
| 4/2/2010 | bimbo bakeries | 39.68 |
| 4/2/2010 | chicago baking co | 93.67 |
| 4/2/2010 | el milagro tortillas | 68.96 |
| 4/2/2010 | Geko distributors | 444.60 |
| 4/2/2010 | tropicana foods | 380.76 |
| 4/3/2010 | Brownberry Bread | 121.00 |
| 4/3/2010 | chicago baking co | 81.44 |
| 4/3/2010 | geko distirbutors | 800.00 |
| 4/3/2010 | golden country foods | 16.75 |
| 4/4/2010 | chicago baking | 100.00 |
| 4/4/2010 | el milagro tortillas | 44.10 |
| 4/4/2010 | geko distributors | 60.00 |
| 4/4/2010 | geko distributors | 500.00 |
| 4/4/2010 | six corner bakery | 6.25 |
| 4/4/2010 | todays temptations | 100.00 |
| 4/5/2010 | chicago sun times | 14.10 |
| 4/5/2010 | chicago tribune | 6.02 |
| 4/5/2010 | dearborn wholesale | 1,382.54 |
| 4/5/2010 | Geko distributors | 906.00 |
| 4/5/2010 | injera bread | 22.00 |
| 4/5/2010 | kehe foods | 775.07 |
| 4/5/2010 | mickey linen | 29.90 |
| 4/5/2010 | six corner bakery | 24.40 |
| 4/5/2010 | store supplies | 13.22 |
| 4/5/2010 | vals bakery | 24.40 |
| 4/6/2010 | insurance payment | 570.00 |
| 4/6/2010 | fresh n pure | 500.00 |
| 4/6/2010 | la guadulupana | 42.85 |
| 4/6/2010 | nealey foods | 987.00 |
| 4/6/2010 | six corner bakery | 11.75 |
| 4/6/2010 | todays temptation co. | 102.00 |
| 4/7/2010 | dearborn wholesale | 479.00 |
| 4/7/2010 | geko distributors | 652.00 |
| 4/7/2010 | injera bread | 22.75 |

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

**Exhibit C1**

April 2010

| Date | Vendor | Amount |
|---|---|---|
| 4/7/2010 | six corner bakery | 4.25 |
| 4/7/2010 | supplies | 144.00 |
| 4/7/2010 | vals bakery | 19.00 |
| 4/8/2010 | staples | 65.00 |
| 4/8/2010 | dearborn wholesale | 1,482.35 |
| 4/8/2010 | geko distributors | 1,480.00 |
| 4/8/2010 | mounsef international co | 18.00 |
| 4/8/2010 | nealey foods | 72.40 |
| 4/8/2010 | six corner baker | 2.50 |
| 4/8/2010 | tropicana foods | 250.02 |
| 4/8/2010 | vals bakery | 17.00 |
| 4/9/2010 | all united imports | 27.00 |
| 4/9/2010 | bimbo bakeries | 47.14 |
| 4/9/2010 | brownberry bread | 120.00 |
| 4/9/2010 | Chicago baking | 19.12 |
| 4/9/2010 | el milagro tortillas | 105.24 |
| 4/9/2010 | El rey meats & Seafood | 1,776.75 |
| 4/9/2010 | markellos bakery | 192.20 |
| 4/9/2010 | parker house sausage | 76.33 |
| 4/9/2010 | six corner bakery | 10.25 |
| 4/9/2010 | Tropicana foods | 252.32 |
| 4/10/2010 | alpha baking co. | 108.31 |
| 4/10/2010 | geko distributors | 621.15 |
| 4/10/2010 | injera bread | 6.00 |
| 4/10/2010 | mickeys linen | 29.90 |
| 4/10/2010 | six corner bakery | 7.75 |
| 4/10/2010 | superior knife | 33.00 |
| 4/10/2010 | todays temptations bread | 102.00 |
| 4/10/2010 | vals bakery | 41.00 |
| 4/11/2010 | el milagro tortillas | 45.90 |
| 4/11/2010 | Geko distributors | 635.00 |
| 4/12/2010 | chicago tribune | 7.87 |
| 4/12/2010 | geko distributors | 400.00 |
| 4/13/2010 | staples | 57.05 |
| 4/13/2010 | brownberry bread | 68.04 |
| 4/13/2010 | chicago baking | 27.98 |
| 4/13/2010 | Chicago sun times | 14.11 |
| 4/13/2010 | el matador | 117.00 |
| 4/13/2010 | geko distributors | 497.00 |
| 4/13/2010 | hair of the ferret | 39.00 |
| 4/13/2010 | injera bread | 9.00 |
| 4/13/2010 | la barca foods | 64.00 |
| 4/13/2010 | power distributing | 119.50 |
| 4/13/2010 | six corner bakery | 7.25 |
| 4/13/2010 | todays temptations bread | 80.00 |
| 4/14/2010 | consulting services | 150.00 |
| 4/14/2010 | geko distributors | 583.45 |

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

**Exhibit C1**

April 2010

| Date | Vendor | Amount |
|---|---|---|
| 4/14/2010 | six corner bakery | 6.00 |
| 4/15/2010 | brownberry bread | 250.00 |
| 4/15/2010 | dearborn wholesale | 896.38 |
| 4/15/2010 | el milagro tortillas | 65.20 |
| 4/15/2010 | geko distributors | 315.00 |
| 4/15/2010 | injera bread | 22.00 |
| 4/15/2010 | miguel patin water heater repair | 200.00 |
| 4/15/2010 | six corner bakery | 4.00 |
| 4/15/2010 | tropicana foods | 169.00 |
| 4/16/2010 | lakeshore waste | 40.00 |
| 4/16/2010 | bimbo bakeries | 47.36 |
| 4/16/2010 | chicago baking co | 80.68 |
| 4/16/2010 | el milagro tortillas | 46.70 |
| 4/16/2010 | Geko distirbutors | 470.00 |
| 4/16/2010 | nealey foods | 431.46 |
| 4/16/2010 | parker house sausage | 38.25 |
| 4/16/2010 | six corner bakery | 5.75 |
| 4/16/2010 | Tropicana foods | 199.45 |
| 4/17/2010 | us cellular | 59.01 |
| 4/17/2010 | georges signs | 144.00 |
| 4/17/2010 | alpha baking co | 104.93 |
| 4/17/2010 | el milagro tortillas | 44.80 |
| 4/17/2010 | geko distributors | 854.95 |
| 4/17/2010 | nealey foods | 305.78 |
| 4/17/2010 | todays temptations bread | 89.00 |
| 4/18/2010 | supplies | 50.00 |
| 4/18/2010 | el matador bakery | 117.00 |
| 4/18/2010 | El milagro tortillas | 87.00 |
| 4/18/2010 | gkeo distributors | 386.91 |
| 4/18/2010 | Markellos Bakery | 212.80 |
| 4/19/2010 | Van Repari | 250.00 |
| 4/19/2010 | chicago sun times | 13.45 |
| 4/19/2010 | chicago tribune | 2.67 |
| 4/19/2010 | geko distribuors | 940.00 |
| 4/19/2010 | lifeway foods | 264.80 |
| 4/19/2010 | mickeys linen | 29.90 |
| 4/19/2010 | six corner bakery | 8.25 |
| 4/19/2010 | vals bakery | 38.70 |
| 4/20/2010 | Chicago baking co | 26.65 |
| 4/20/2010 | el milagro tortillas | 88.64 |
| 4/20/2010 | geko distributors | 480.00 |
| 4/20/2010 | injera bread | 10.50 |
| 4/20/2010 | la barca foods | 40.80 |
| 4/20/2010 | nealey foods | 655.00 |
| 4/20/2010 | peoria packing co | 272.00 |
| 4/20/2010 | six corner bakery | 8.00 |
| 4/20/2010 | Todays temptation | 90.00 |

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

**Exhibit C1**

April 2010

| Date | Vendor | Amount |
|---|---|---|
| 4/21/2010 | btg distributors | 108.00 |
| 4/21/2010 | d & d distributors | 23.04 |
| 4/21/2010 | geko distibutors | 1,500.00 |
| 4/22/2010 | geko distributors | 608.00 |
| 4/22/2010 | mounsef international | 30.00 |
| 4/22/2010 | nealey foods | 450.00 |
| 4/22/2010 | six corner bakery | 14.25 |
| 4/22/2010 | vals bakery | 23.10 |
| 4/23/2010 | bimbo bakeries | 44.23 |
| 4/23/2010 | chicago baking co | 54.12 |
| 4/23/2010 | el milagro tortillas | 78.15 |
| 4/23/2010 | geko distributors | 850.00 |
| 4/23/2010 | injera bread | 22.50 |
| 4/23/2010 | nealey foods | 870.00 |
| 4/23/2010 | parker house sausage | 75.65 |
| 4/23/2010 | six corner bakery | 6.50 |
| 4/23/2010 | tropicana foods | 186.64 |
| 4/24/2010 | all united imports | 69.00 |
| 4/24/2010 | brownberry bread | 111.66 |
| 4/24/2010 | chicago tribune | 5.27 |
| 4/24/2010 | geko distributors | 1,250.00 |
| 4/24/2010 | markellos bakery | 103.80 |
| 4/24/2010 | markellos bakery | 62.00 |
| 4/24/2010 | nealey foods | 1,044.66 |
| 4/24/2010 | six corner bakery | 7.75 |
| 4/24/2010 | todays temptation inc | 92.00 |
| 4/25/2010 | el milagro tortillas | 66.60 |
| 4/25/2010 | geko distributors | 820.00 |
| 4/25/2010 | markellos bakery | 91.00 |
| 4/25/2010 | six corner bakery | 8.50 |
| 4/27/2010 | chicago baking | 47.51 |
| 4/27/2010 | el milagro | 104.46 |
| 4/27/2010 | geko distributors | 1,127.00 |
| 4/27/2010 | six corner bakery | 8.00 |
| 4/27/2010 | todays temptation inc | 93.00 |
| 4/26/2010 | dearborn wholesales | 1,161.56 |
| 4/26/2010 | geko distributors | 1,000.00 |
| 4/26/2010 | keona | 887.35 |
| 4/26/2010 | mickeys linen | 29.90 |
| 4/26/2010 | six corner bakery | 10.50 |
| 4/26/2010 | superior knife | 33.00 |
| 4/26/2010 | vals bakery | 37.00 |
| 4/28/2010 | btg distributors | 48.00 |
| 4/28/2010 | d & d distributors | 19.44 |
| 4/28/2010 | el matador | 85.00 |
| 4/28/2010 | el milagro tortillas | 57.76 |
| 4/28/2010 | geko distributors | 1,124.00 |

4 of 5

My Ranch, Inc.
d/b/a Fresh Harvest Market
Cash payments to Vendors

Exhibit C1

April 2010

| Date | Vendor | Amount |
|---|---|---|
| 4/28/2010 | geko distributors | 785.93 |
| 4/28/2010 | nealey foods | 775.05 |
| 4/28/2010 | six corner bakery | 9.25 |
| 4/28/2010 | Vals bakery | 25.50 |
| 4/29/2010 | bimbo bakeries | 62.25 |
| 4/29/2010 | family dollar supplies | 6.32 |
| 4/29/2010 | geko distributors | 1,320.00 |
| 4/29/2010 | injera bread | 6.00 |
| 4/29/2010 | nealey foods | 875.00 |
| 4/29/2010 | six corner bakery | 4.25 |
| 4/29/2010 | Tropicana foods | 284.00 |
| 4/30/2010 | bimbo bakeries | 137.06 |
| 4/30/2010 | chicago baking co | 90.70 |
| 4/30/2010 | dearborn wholesales | 505.95 |
| 4/30/2010 | el milagro tortillas | 70.40 |
| 4/30/2010 | family dollar supplies | 16.54 |
| 4/30/2010 | nealey foods | 815.52 |
| 4/30/2010 | parker house sausage | 37.69 |
| 4/30/2010 | six corner bakery | 2.75 |
| 4/30/2010 | tropicana foods | 284.59 |
| 4/30/2010 | vals bakery | 23.90 |

$ 55,002.21  To Exhibit C. Page _____

My Ranch, Inc.
Unpaid invoices for the month of April
dated 9/25/09 - 4/30/10

<u>Exhibit D</u>

Vendors

| Vendor | Amount |
|---|---|
| Dpi | |
| lipari foods | |
| Dutch Farms | $ 1,970.00 |
| Daily Meat Supply | $ 1,054.00 |
| Chicagoland Equipment Supply | |
| Windy City Deli | $ 375.00 |
| Joe n Ross Ice Cream | |
| El Rey Meats Seafoods | $ 650.00 |
| Greenridge foods | $ 102.68 |
| Lowell Foods | |
| Papa Nichols coffee | |
| George's Sign Co. | |
| Athenian Foods | $ 427.15 |
| Amrican Nut & Candy | |
| Kraft Pizza Co. | |
| Asiko House Foods | |
| Gourmet International Inc | $ 787.00 |
| Fresh N Pure | |
| Geko Distributors | |
| Ziyad Foods | |
| Hinckley Springs | |
| Eagle Distributors | $ 397.00 |
| Economy Packing | |
| Hawthorne Mellody | $ 1,506.93 |
| First Communications | $ 545.48 |
| la briola baking | $ 1,185.00 |
| Total | $ 9,000.24 |