

**1-866-262-4249**

Call Charter One's PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 OF 4

Beginning April 01, 2010
through April 30, 2010

US259 BR392                              1

MY RANCH INC
DBA FRESH HARVEST MKT
DIP CH 11 CASE 09 35697 MERCHANT ACCT
4650 N SHERIDAN RD
CHICAGO IL   60640-5020

## Commercial Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 26,422.24 |
| Checks | 28,382.96 - |
| Debits | 60,697.87 - |
| Deposits & Credits | 62,746.27 + |
| **Current Balance** | 87.68 = |

MY RANCH INC
DBA FRESH HARVEST MKT
DIP CH 11 CASE 09 35697 MERCHA
**Business Green Checking**
451496-141-7

**Previous Balance**
26,422.24

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1060 | 304.97 | 04/02 | 1115 | 400.00 | 04/26 |
| 1080* | 1,695.00 | 04/05 | 1118* | 113.73 | 04/26 |
| 1085* | 1,369.14 | 04/01 | 1119 | 144.00 | 04/30 |
| 1087* | 257.70 | 04/01 | 1121* | 220.20 | 04/30 |
| 1090* | 185.01 | 04/05 | 1126* | 291.39 | 04/07 |
| 1091 | 800.00 | 04/08 | 1127 | 230.57 | 04/05 |
| 1092 | 500.00 | 04/05 | 1128 | 500.00 | 04/06 |
| 1093 | 408.43 | 04/05 | 1129 | 877.02 | 04/08 |
| 1094 | 770.39 | 04/06 | 1130 | 500.00 | 04/12 |
| 1095 | 185.15 | 04/06 | 1131 | 338.18 | 04/16 |
| 1096 | 1,129.30 | 04/08 | 1132 | 209.94 | 04/09 |
| 1097 | 402.35 | 04/14 | 1133 | 144.00 | 04/13 |
| 1098 | 188.25 | 04/08 | 1134 | 267.16 | 04/12 |
| 1099 | 1,400.00 | 04/05 | 1135 | 263.50 | 04/12 |
| 1100 | 400.00 | 04/05 | 1136 | 238.38 | 04/12 |
| 1101 | 251.13 | 04/20 | 1138* | 230.79 | 04/12 |
| 1102 | 144.00 | 04/26 | 1140* | 647.93 | 04/13 |
| 1104* | 500.00 | 04/20 | 1141 | 353.32 | 04/20 |
| 1105 | 251.33 | 04/23 | 1142 | 215.60 | 04/13 |
| 1106 | 638.96 | 04/21 | 1143 | 450.00 | 04/13 |
| 1107 | 75.00 | 04/22 | 1144 | 290.71 | 04/19 |
| 1108 | 428.61 | 04/22 | 1145 | 255.55 | 04/16 |
| 1110* | 2,500.00 | 04/26 | 1146 | 323.50 | 04/20 |
| 1111 | 200.00 | 04/28 | 1147 | 800.00 | 04/28 |
| 1112 | 274.71 | 04/26 | 1148 | 386.10 | 04/20 |
| 1113 | 2,692.62 | 04/28 | 1149 | 227.16 | 04/21 |
| 1114 | 335.58 | 04/26 | 1150 | 1,176.60 | 04/23 |

**Total Checks**
28,382.96

### Debits

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 04/01 | 11,446.20 | Withdrawal |
| 04/01 | 3,792.58 | Withdrawal |
| 04/01 | 2,000.00 | Online Transfer To Checking 4513491247 |
| 04/01 | 800.00 | Online Transfer To Checking 4513491247 |

FF1 (REV. 12/02)

 **Charter One**
1-866-262-4249
Call Charter One's PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 2 OF 4

Beginning April 01, 2010
through April 30, 2010

*Commercial Checking continued from previous page*

MY RANCH INC
DBA FRESH HARVEST MKT
DIP CH 11 CASE 09 35697 MERCHA
**Business Green Checking**
451496-141-7

### Other Debits (continued)

| Date  | Amount    | Description |
|-------|-----------|-------------|
| 04/01 | 29.50     | Rbs Worldpay Bnkcrd Dep 040110 L0331 803731058 |
| 04/02 | 4,000.00  | Withdrawal |
| 04/02 | 791.95    | Pfs 877-242-0069 Pfspymtilc 100402 32666 |
| 04/02 | 185.14    | Business Backer Receivable 040110 Freshharvestmkt |
| 04/02 | 35.63     | Rbs Worldpay Bnkcrd Dep 040210 L0401 803731058 |
| 04/05 | 5,000.00  | Online Transfer To Checking 4513491247 |
| 04/05 | 775.07    | Withdrawal |
| 04/05 | 319.10    | Business Backer Receivable 040210 Freshharvestmkt |
| 04/05 | 141.96    | Comcast Rdp Comcas 032610 0017760847 |
| 04/05 | 90.00     | Online Transfer To Checking 4514961425 |
| 04/05 | 38.72     | Rbs Worldpay Bnkcrd Dep 040510 L0403 803731058 |
| 04/05 | 35.96     | Rbs Worldpay Bnkcrd Dep 040510 L0402 803731058 |
| 04/05 | 24.41     | Rbs Worldpay Bnkcrd Dep 040510 L0404 803731058 |
| 04/06 | 905.99    | Business Backer Receivable 040510 Freshharvestmkt |
| 04/06 | 409.88    | Online Transfer To Checking 4514961425 |
| 04/06 | 36.61     | Rbs Worldpay Bnkcrd Dep 040610 L0405 803731058 |
| 04/06 | 156.00    | Insufficient Available Funds Fee (4) |
| 04/06 | 39.00     | Overdraft Fee (1) |
| 04/07 | 306.54    | Business Backer Receivable 040610 Freshharvestmkt |
| 04/07 | 34.74     | Rbs Worldpay Bnkcrd Dep 040710 L0406 803731058 |
| 04/08 | 777.00    | Online Transfer To Checking 4514961425 |
| 04/08 | 276.00    | Business Backer Receivable 040710 Freshharvestmkt |
| 04/08 | 27.97     | Rbs Worldpay Bnkcrd Dep 040810 L0407 803731058 |
| 04/08 | 7.95      | Online Transfer To Checking 4514961425 |
| 04/09 | 2,000.00  | Withdrawal |
| 04/09 | 2,000.00  | Withdrawal |
| 04/09 | 227.32    | Business Backer Receivable 040810 Freshharvestmkt |
| 04/09 | 29.32     | Rbs Worldpay Bnkcrd Dep 040910 L0408 803731058 |
| 04/12 | 317.23    | Business Backer Receivable 040910 Freshharvestmkt |
| 04/12 | 102.00    | Online Transfer To Checking 4514961425 |
| 04/12 | 43.54     | Rbs Worldpay Bnkcrd Dep 041210 L0411 803731058 |
| 04/12 | 35.02     | Rbs Worldpay Bnkcrd Dep 041210 L0410 803731058 |
| 04/12 | 30.23     | Rbs Worldpay Bnkcrd Dep 041210 L0409 803731058 |
| 04/13 | 1,500.00  | Withdrawal |
| 04/13 | 1,000.71  | Business Backer Receivable 041210 Freshharvestmkt |
| 04/13 | 500.00    | Withdrawal |
| 04/13 | 90.00     | Online Transfer To Checking 4513491247 |
| 04/13 | 32.39     | Rbs Worldpay Bnkcrd Dep 041310 L0412 803731058 |
| 04/14 | 247.92    | Business Backer Receivable 041310 Freshharvestmkt |
| 04/14 | 38.23     | Rbs Worldpay Bnkcrd Dep 041410 L0413 803731058 |
| 04/15 | 1,500.00  | Withdrawal |
| 04/15 | 670.00    | Online Transfer To Checking 4514961425 |
| 04/15 | 265.65    | Business Backer Receivable 041410 Freshharvestmkt |
| 04/15 | 32.71     | Rbs Worldpay Bnkcrd Dep 041510 L0414 803731058 |
| 04/16 | 2,250.00  | Withdrawal |
| 04/16 | 500.00    | Online Transfer To Checking 4513491247 |
| 04/16 | 237.41    | Business Backer Receivable 041510 Freshharvestmkt |
| 04/16 | 29.64     | Rbs Worldpay Bnkcrd Dep 041610 L0415 803731058 |
| 04/19 | 700.00    | Withdrawal |
| 04/19 | 213.81    | Business Backer Receivable 041610 Freshharvestmkt |
| 04/19 | 44.27     | Rbs Worldpay Bnkcrd Dep 041910 L0418 803731058 |
| 04/19 | 33.82     | Rbs Worldpay Bnkcrd Dep 041910 L0416 803731058 |
| 04/19 | 30.49     | Rbs Worldpay Bnkcrd Dep 041910 L0417 803731058 |
| 04/20 | 2,200.00  | Withdrawal |
| 04/20 | 871.92    | Business Backer Receivable 041910 Freshharvestmkt |
| 04/20 | 39.55     | Rbs Worldpay Bnkcrd Dep 042010 L0419 803731058 |
| 04/21 | 2,000.00  | Withdrawal |
| 04/21 | 334.76    | Business Backer Receivable 042010 Freshharvestmkt |
| 04/21 | 250.00    | Online Transfer To Checking 4514961425 |
| 04/21 | 72.00     | Online Transfer To Checking 4513491247 |
| 04/21 | 35.53     | Rbs Worldpay Bnkcrd Dep 042110 L0420 803731058 |
| 04/22 | 243.78    | Business Backer Receivable 042110 Freshharvestmkt |
| 04/22 | 213.00    | Online Transfer To Checking 4513491247 |
| 04/22 | 31.13     | Rbs Worldpay Bnkcrd Dep 042210 L0421 803731058 |
| 04/23 | 1,000.00  | Withdrawal |
| 04/23 | 206.76    | Business Backer Receivable 042210 Freshharvestmkt |
| 04/23 | 37.52     | Rbs Worldpay Bnkcrd Dep 042310 L0422 803731058 |
| 04/26 | 1,700.00  | Online Transfer To Checking 4514961425 |
| 04/26 | 225.10    | Business Backer Receivable 042310 Freshharvestmkt |
| 04/26 | 35.29     | Rbs Worldpay Bnkcrd Dep 042610 L0425 803731058 |
| 04/26 | 31.16     | Rbs Worldpay Bnkcrd Dep 042610 L0424 803731058 |
| 04/26 | 23.31     | Rbs Worldpay Bnkcrd Dep 042610 L0423 803731058 |
| 04/27 | 755.28    | Business Backer Receivable 042610 Freshharvestmkt |
| 04/27 | 83.00     | Online Transfer To Checking 4513491247 |



**1-866-262-4249**

Call Charter One's PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 3  OF  4

Beginning April 01, 2010
through April 30, 2010

*Commercial Checking continued from previous page*

### Other Debits (continued)

| Date | Amount | Description |
|---|---|---|
| 04/27 | 35.92 | Rbs Worldpay Bnkcrd Dep 042710 L0426 803731058 |
| 04/28 | 1,000.00 | Withdrawal |
| 04/28 | 1,000.00 | Withdrawal |
| 04/28 | 205.34 | Business Backer Receivable 042710 Freshharvestmkt |
| 04/28 | 37.91 | Rbs Worldpay Bnkcrd Dep 042810 L0427 803731058 |
| 04/28 | 32.84 | Harland Clarke Chk Order 100424 Z3sc55821256300 |
| 04/29 | 226.30 | Business Backer Receivable 042810 Freshharvestmkt |
| 04/29 | 32.96 | Rbs Worldpay Bnkcrd Dep 042910 L0428 803731058 |
| 04/29 | 273.00 | Overdraft Fee (7) |
| 04/30 | 176.91 | Business Backer Receivable 042910 Freshharvestmkt |
| 04/30 | 23.99 | Rbs Worldpay Bnkcrd Dep 043010 L0429 803731058 |
| 04/30 | 78.00 | Overdraft Fee (2) |

MY RANCH INC
DBA FRESH HARVEST MKT
DIP CH 11 CASE 09 35697 MERCHA
**Business Green Checking**
451496-141-7

**Total Debits**
60,697.87

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 04/01 | 1,256.14 | Rbs Worldpay Bnkcrd Dep 040110 L0331 803731058 |
| 04/01 | 24.92 | American Express Settlement 100401 3122341902 |
| 04/02 | 2,095.09 | Rbs Worldpay Bnkcrd Dep 040210 L0401 803731058 |
| 04/02 | 9.96 | American Express Settlement 100402 3122341902 |
| 04/05 | 2,580.84 | Rbs Worldpay Bnkcrd Dep 040510 L0403 803731058 |
| 04/05 | 2,183.47 | Rbs Worldpay Bnkcrd Dep 040510 L0402 803731058 |
| 04/05 | 1,337.29 | Rbs Worldpay Bnkcrd Dep 040510 L0404 803731058 |
| 04/05 | 26.32 | American Express Settlement 100403 3122341902 |
| 04/05 | 2.70 | American Express Settlement 100405 3122341902 |
| 04/06 | 5,400.00 | Online Transfer From Checking 4513491247 |
| 04/06 | 2,094.10 | Rbs Worldpay Bnkcrd Dep 040610 L0405 803731058 |
| 04/06 | 14.89 | American Express Settlement 100406 3122341902 |
| 04/06 | 141.96 | Comcast Rdp Comcas 032610 0017760847 |
| 04/06 | 38.72 | Rbs Worldpay Bnkcrd Dep 040510 L0403 803731058 |
| 04/06 | 35.96 | Rbs Worldpay Bnkcrd Dep 040510 L0402 803731058 |
| 04/06 | 24.41 | Rbs Worldpay Bnkcrd Dep 040510 L0404 803731058 |
| 04/07 | 1,860.24 | Rbs Worldpay Bnkcrd Dep 040710 L0406 803731058 |
| 04/07 | 26.88 | American Express Settlement 100407 3122341902 |
| 04/08 | 1,355.61 | Rbs Worldpay Bnkcrd Dep 040810 L0407 803731058 |
| 04/08 | 50.55 | American Express Settlement 100408 3122341902 |
| 04/09 | 2,132.06 | Rbs Worldpay Bnkcrd Dep 040910 L0408 803731058 |
| 04/09 | 92.04 | American Express Settlement 100409 3122341902 |
| 04/12 | 2,615.09 | Rbs Worldpay Bnkcrd Dep 041210 L0411 803731058 |
| 04/12 | 2,473.17 | Rbs Worldpay Bnkcrd Dep 041210 L0409 803731058 |
| 04/12 | 1,735.90 | Rbs Worldpay Bnkcrd Dep 041210 L0410 803731058 |
| 04/12 | 22.19 | American Express Settlement 100412 3122341902 |
| 04/12 | 9.53 | American Express Settlement 100410 3122341902 |
| 04/13 | 1,694.06 | Rbs Worldpay Bnkcrd Dep 041310 L0412 803731058 |
| 04/14 | 1,799.50 | Rbs Worldpay Bnkcrd Dep 041410 L0413 803731058 |
| 04/14 | 14.32 | American Express Settlement 100414 3122341902 |
| 04/15 | 1,588.28 | Rbs Worldpay Bnkcrd Dep 041510 L0414 803731058 |
| 04/15 | 96.64 | American Express Settlement 100415 3122341902 |
| 04/16 | 1,427.24 | Rbs Worldpay Bnkcrd Dep 041610 L0415 803731058 |
| 04/19 | 2,300.25 | Rbs Worldpay Bnkcrd Dep 041910 L0418 803731058 |
| 04/19 | 1,925.74 | Rbs Worldpay Bnkcrd Dep 041910 L0417 803731058 |
| 04/19 | 1,627.10 | Rbs Worldpay Bnkcrd Dep 041910 L0416 803731058 |
| 04/19 | 23.93 | American Express Settlement 100419 3122341902 |
| 04/19 | 7.22 | American Express Settlement 100417 3122341902 |
| 04/20 | 2,231.44 | Rbs Worldpay Bnkcrd Dep 042010 L0419 803731058 |
| 04/20 | 100.00 | Deposit |
| 04/20 | 41.79 | American Express Settlement 100420 3122341902 |
| 04/21 | 1,637.65 | Rbs Worldpay Bnkcrd Dep 042110 L0420 803731058 |
| 04/21 | 75.25 | American Express Settlement 100421 3122341902 |
| 04/22 | 1,388.77 | Rbs Worldpay Bnkcrd Dep 042210 L0421 803731058 |
| 04/22 | 63.19 | American Express Settlement 100422 3122341902 |
| 04/23 | 1,500.64 | Rbs Worldpay Bnkcrd Dep 042310 L0422 803731058 |
| 04/23 | 12.66 | American Express Settlement 100423 3122341902 |
| 04/26 | 1,875.46 | Rbs Worldpay Bnkcrd Dep 042610 L0424 803731058 |
| 04/26 | 1,846.52 | Rbs Worldpay Bnkcrd Dep 042610 L0425 803731058 |
| 04/26 | 1,329.09 | Rbs Worldpay Bnkcrd Dep 042610 L0423 803731058 |
| 04/26 | 50.72 | American Express Settlement 100424 3122341902 |
| 04/26 | 38.00 | Online Transfer From Checking 4513491247 |
| 04/26 | 16.37 | American Express Settlement 100426 3122341902 |
| 04/27 | 1,368.92 | Rbs Worldpay Bnkcrd Dep 042710 L0426 803731058 |
| 04/27 | 1,060.00 | Deposit |
| 04/27 | 5.46 | American Express Settlement 100427 3122341902 |

FF1 (REV. 12/02)



**1-866-262-4249**

Call Charter One's PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 4  OF  4

Beginning April 01, 2010
through April 30, 2010

*Commercial Checking continued from previous page*

### Deposits & Credits (continued)

| Date | Amount | Description |
|---|---|---|
| 04/28 | 1,533.67 | Rbs Worldpay Bnkcrd Dep 042810 L0427 803731058 |
| 04/28 | 600.00 | Deposit |
| 04/28 | 19.00 | American Express Settlement 100428 3122341902 |
| 04/29 | 1,179.41 | Rbs Worldpay Bnkcrd Dep 042910 L0428 803731058 |
| 04/29 | 687.00 | Deposit |
| 04/29 | 58.83 | American Express Settlement 100429 3122341902 |
| 04/30 | 1,066.92 | Rbs Worldpay Bnkcrd Dep 043010 L0429 803731058 |
| 04/30 | 800.00 | Deposit |
| 04/30 | 15.20 | American Express Settlement 100430 3122341902 |

MY RANCH INC
DBA FRESH HARVEST MKT
DIP CH 11 CASE 09 35697 MERCHA
**Business Green Checking**
451496-141-7

**Total Deposits & Credits**
62,746.27

**Current Balance**
87.68

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 8,008.18 | 04/13 | 2,705.05 | 04/22 | 1,497.17 |
| 04/02 | 4,795.54 | 04/14 | 3,830.37 | 04/23 | 338.26 |
| 04/05 | -318.07 | 04/15 | 3,046.93 | 04/26 | -288.46 |
| 04/06 | 4,428.95 | 04/16 | 863.39 | 04/27 | 1,271.72 |
| 04/07 | 5,683.40 | 04/19 | 5,434.53 | 04/28 | -2,544.32 |
| 04/08 | 3,006.07 | 04/20 | 2,882.24 | 04/29 | -1,151.34 |
| 04/09 | 763.59 | 04/21 | 1,036.73 | 04/30 | 87.68 |
| 04/12 | 5,591.62 | | | | |

### NEWS FROM CHARTER ONE

--Charter One is here for all your borrowing needs. Whether you are consolidating debt, making home improvements or paying off student loans, Charter One has great rates that can help you with a variety of borrowing needs.  Take advantage of flexible repayment terms and no closing costs on home equity lines or loans.  Or, for those of you who are purchasing a home or refinancing your mortgage, get 1/8% off your rate when you have a Circle Gold Checking account and your payment automatically deducted. See a banker today or call 888-716-4824 and discuss your borrowing options.
--College tuition deposits are due May 1st. Need financing? The Charter One TruFit Student Loan features ZERO fees and a choice of repayment plans, providing eligible students and families with a financing alternative after they've maximized grants, scholarships and federal loan options. Discuss your needs with us today at 888-333-0179. charterone.com/TruFitStudent.
--Take control of your old 401(k) account - ask us about opening an IRA rollover today. Securities, Insurance and Investment Advisory Services offered through CCO Investment Services Corp. Member FINRA, SIPC. 53 State Street, MBS770, Boston, MA 02109. 1-888-411-8311. CCO Investment Services Corp. is an affiliate of RBS Citizens, N.A. and Citizens Bank of Pennsylvania. Securities and Insurance Products are not FDIC insured. Not Bank Guaranteed. May Lose Value. Not a Deposit. Not Insured by any Federal Government Agency.
--Keep your business finances running smoothly with these limited-time offers from Charter One. Our Flex Loan offers the ability to make multiple fixed asset purchases with the convenience of a Line of Credit and the stability of a Term Loan. Get a 5-Year Flex Loan with interest-only payments as low as Prime+1.00% during the 6-month draw period. In addition, open a new Everyday Points Business MasterCard and earn 4 Everyday Points per $1 spent or open a new Business Platinum MasterCard and earn a bonus of 6% cash back on gas purchases.  For additional details, call 1-866-262-4249, go to charterone.com/business or talk to your business banker today.
--RBS WorldPay Merchant Services is a smart and affordable way to get your cash faster! Combined with your Charter One business checking account you'll benefit from next day funding of credit and debit card deposits. Additionally, we offer you best-in-class customer service, a full range of payment processing products and services including credit, debit, check, gift card programs and 24/7 online account access and reporting. For more information, call 1-866-COB-4BIZ, visit charterone.com, or stop by your local branch for details. Don't forget to ask about our promotional offer for new RBS WorldPay customers! Terms and conditions apply.

FF1 (REV. 12/02)

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement   $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____ Total

### Customer Service
If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

Charter One
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

### Deposit Accounts Are Non-Transferable
Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

### Loan Statements
### BILLING RIGHTS SUMMARY
**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*Special Rule for Credit Card Purchases*

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Electronic Transfers
**In Case of Errors or Questions About Your Electronic Transfers**
In case of errors or questions about your electronic transfers, telephone us at the number shown on the front of your statement or write to us at the address shown above as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

### Negative Information
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Change of Address
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Charter One.*