IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson          CASE NO. 09-37011

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending April, 2010

BEGINNING BALANCE IN ALL ACCOUNTS          $ 5,171.72

RECEIPTS:
  1. Receipts from operations               $ 14,047.66
  2. Other Receipts                         $ 2,582.29

DISBURSEMENTS:
  3. Net payroll:
     a. Officers                            $ 0
     b. Others                              $ 0

  4. Taxes
     a. Federal Income Taxes                $ 0
     b. FICA withholdings                   $ 0
     c. Employee's withholdings             $ 0
     d. Employer's FICA                     $ 0
     e. Federal Unemployment Taxes          $ 0
     f. State Income Tax                    $ 0
     g. State Employee withholdings         $ 0
     h. All other state taxes               $ 0

  5. Necessary expenses:
     a. Rent or mortgage payments(s)        $ 13,456.66
     b. Utilities                           $ 1,040.50
     c. Insurance                           $ 674.75
     d. Merchandise bought for
        manufacture or sale                 $ 0
     e. Other necessary expenses
        (specify) food expenses             $ 400.00
                                            $

TOTAL DISBURSEMENTS                         $ 15,151.43

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ 1,478.47

ENDING BALANCE IN Bank of America           $ 296.29
                  (Name of Bank)
ENDING BALANCE IN Cash                      $ 6353.90
                  (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS              $ 6650.19

OPERATING REPORT Page 1
EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecilia Johnson       CASE NO.: 09-37011

### RECEIPTS LISTING

FOR MONTH ENDING April, 2010

Bank: Bank of America

Location: Dallas, Texas

Account Name: Cecilia V. Johnson

Account No.: 375563093

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| March April 1, 2010 | Rent | 3,097.66 |
| April 10, 2010 | Rent Building | 10,200.00 |
| April 27, 2010 | Salary hair | 750.00 |
| April 28, 2010 | Contribution/children | 1,000.00 |
| April 28, 2010 | Salary My Ranch | 1,582.24 |

TOTAL: 16,629.90

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson   CASE NO.: 09-37011

DISBURSEMENT LISTING

FOR MONTH ENDING April, 20 10

Bank: Bank of America
Location: Dallas, Texas
Account Name: Cecelia D. Johnson
Account No.: 3755563093

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| April 18, 2010 | 1016 | mortgage payment | 8,446.20 |
| April 15, 2010 | 1018 | mortgage payment | 1,892.82 |
| April 1, 2010 | cash moneyorder | mortgage payment | 3,097.66 |
| April 5, 2010 | cash | utilities | 840.00 |
| April 19, 2010 | cash | gas bill | 200.00 |
| April 5, 2010 | | | |

TOTAL: 14,476.68

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecelia Johnson    CASE NO.: 09-37011

FOR MONTH ENDING April, 2010

### STATEMENT OF INVENTORY

Beginning inventory    $ 0

Add: purchases    $ _____

Less: goods sold (cost basis)    $ _____

Ending inventory    $ _____

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period    $ 0

Payroll taxes due but unpaid    $ _____

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| Bank of America | April 1 | 1892.82 | 0 | 0 |
| Flagstar bank | April 1 | 3,097.66 | 0 | 0 |
| Fifth Third bank | April 15 | 8,446.20 | 0 | |

*Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Cecilia Johnson         CASE NO.: 09-37011

FOR MONTH ENDING April, 2010

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Tax | Yes | No |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (✓) |
| 2. | FICA withholdings | Yes ( ) | No (✓) |
| 3. | Employee's withholdings | Yes ( ) | No (✓) |
| 4. | Employer's FICA | Yes ( ) | No (✓) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No (✓) |
| 6. | State Income Tax | Yes ( ) | No (✓) |
| 7. | State Employee withholdings | Yes (✓) | No ( ) |
| 8. | All other state taxes | Yes (✓) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Carl Johnson_____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____Carl Johnson_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:
_____Carl Johnson_____

DATED: 5/17/10

OPERATING REPORT Page 8

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number      3755563093
01 01 149 01 M0000 E#        1
Last Statement:     03/31/2010
This Statement:     04/30/2010

Customer Service
1-800-657-9533

CECIIA N. JOHNSON
DEBTOR IN POSSESSION   09-37011
PERSONAL ACCOUNT
6448 S. EBERHART AVE
CHICAGO IL   60637

Page    1 of    2

Bankruptcy Case Number: 0937011

## CUSTOMER CONNECTION ECONOMY CHECKING

### Account Summary Information

Statement Period 04/01/2010 - 04/30/2010
Number of Deposits/Credits          1
Number of Checks                    1
Number of Other Debits              4

Statement Beginning Balance           294.11
Amount of Deposits/Credits          2,000.00
Amount of Checks                    1,892.82
Amount of Other Debits                105.00
Statement Ending Balance              296.29

Number of Enclosures                1

Service Charge                        105.00

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 04/21 | | 2,000.00 | IL BANKING CENTER DEPOSIT | 29406082716832 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1018 | 1,892.82 | 04/21 | 8692313365 | | | | |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 04/05 | | 30.00 | Insufficient Funds Charge Effective Date is 04/02/2010 | NSF CHARGE | 09938100008 |
| 04/28 | 1014 | 30.00 | Insufficient Funds Charge Effective Date is 04/27/2010 | NSF CHARGE | 09938100006 |
| 04/29 | 1016 | 30.00 | Insufficient Funds Charge Effective Date is 04/28/2010 | NSF CHARGE | 09938100008 |
| 04/30 | | 15.00 | Service Charge | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 03/31 | 294.11 | 8,152.09- | 04/21 | 371.29 | 371.29 |
| 04/01 | 294.11 | 294.11 | 04/27 | 341.29 | 8,104.91- |
| 04/02 | 264.11 | 410.64- | 04/28 | 311.29 | 16,581.11- |
| 04/07 | 264.11 | 264.11 | 04/30 | 296.29 | 8,149.91- |

Recycled Paper